# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PALM BAY POLICE AND FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., GARY NORCROSS, JAMES WOODALL, and STEPHANIE FERRIS,<br><br>    Defendants. | CASE NO:  3:23-cv-00252 |

## PLAINTIFF'S NOTICE OF RELATED ACTIONS

Pursuant to Local Rule 1.07(c), Plaintiff's counsel hereby notifies the Court

of two related actions pending in this Judicial District:

(1)    *McCollum v. Norcross*, No. 3:23-cv-00496 (M.D. Fla. filed Apr. 27, 2023); and

(2)    *Nebraska Investment Council v. Fidelity National Information Services, Inc.*, No. 3:23-cv-00504 (M.D. Fla. filed Apr. 28, 2023).

Dated: May 1, 2023                    Respectfully submitted,

                                      **SAXENA WHITE P.A.**

                                      By: <u>*/s/ Maya Saxena*</u>
                                      Maya Saxena (FL Bar No. 95494)
                                      Joseph E. White, III (FL Bar No. 621064)
                                      Lester Hooker (FL Bar No. 32242)
                                      7777 Glades Road, Suite 300
                                      Boca Raton, FL 33434
                                      Telephone: (561) 394-3399
                                      Facsimile: (561) 394-3382
                                      msaxena@saxenawhite.com
                                      jwhite@saxenawhite.com
                                      lhooker@saxenawhite.com

                                      *Counsel for Plaintiff City of Palm Bay*
                                      *Police and Firefighters' Pension Fund*

                                      **KLAUSNER KAUFMAN JENSEN**
                                      **& LEVINSON**
                                      Robert D. Klausner (FL Bar No. 244082)
                                      Stuart A. Kaufman (FL Bar No. 979211)
                                      7080 Northwest 4th Street
                                      Plantation, FL 33317
                                      Telephone: (954) 916-1202
                                      bob@robertdklausner.com
                                      stu@robertdklausner.com

                                      *Additional Counsel for Plaintiff Palm Bay*
                                      *Police and Firefighters' Pension Fund*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Maya Saxena*
Maya Saxena