**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| PALM BAY POLICE AND FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., GARY NORCROSS, JAMES WOODALL, and STEPHANIE FERRIS,<br><br>  Defendants. | No. 3:23-cv-00252-TJC-PDB<br><br>**DECLARATION OF DAVID S. OLIVER IN SUPPORT OF THE MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| NEBRASKA INVESTMENT COUNCIL, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., GARY NORCROSS, JAMES WOODALL, and STEPHANIE FERRIS,<br><br>  Defendants. | No. 3:23-cv-00504-BJD-PDB |

I, David S. Oliver:

I am a member in good standing of the bar of the State of Florida and am admitted to practice before this Court. I am a shareholder at the law firm of GrayRobinson, P.A. ("GrayRobinson"), liaison counsel for proposed Lead Plaintiff Nebraska Investment Council ("Nebraska") and the North Carolina Retirement Systems and the North Carolina Supplemental Retirement Plans ("North Carolina") and proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by Nebraska and North Carolina, for the entry of an Order: (i) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure (ii) appointing Nebraska and North Carolina Lead Plaintiff; (iii) approving Nebraska and North Carolina's selection of Labaton Sucharow LLP as Lead Counsel for the Class and GrayRobinson as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A: Signed Certifications of Nebraska and North Carolina, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4(a)(2);

EXHIBIT B: Loss analysis for Nebraska and North Carolina;

EXHIBIT C: Joint Declaration of Nebraska and North Carolina;

EXHIBIT D: Notice of pendency of *Palm Bay Police and Firefighters' Pension Fund v. Fidelity National Information Services, Inc.*, No. 23-cv-0252 (M.D. Fla.) published on March 6, 2023 in *GlobeNewswire*;

EXHIBIT E: Notice of pendency of *Nebraska Investment Council v. Fidelity National Information Services, Inc.*, No. 23-cv-0504 (M.D. Fla.) published on April 28, 2023 in *Business Wire.*

EXHIBIT F: Firm Resume of Labaton Sucharow

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of May, 2023

*/s/ David S. Oliver*
David S. Oliver

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Electronic Mail Notice List.

Respectfully submitted,


By: *<u>/s/ David S. Oliver</u>*
David S. Oliver