**Exhibit A**

## CERTIFICATION

I, Mike Hilgers, on behalf of Nebraska Investment Council ("Nebraska"), hereby certify as follows:

1.      I am the Attorney General of the State of Nebraska.  The Attorney General is statutorily authorized to represent Nebraska in this litigation.  I have reviewed a complaint prepared against Fidelity National Information Services, Inc. ("Fidelity National") alleging violations of the federal securities laws, and authorize the filing of this pleading;

2.      Nebraska did not purchase common stock of Fidelity National at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Nebraska is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Nebraska fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Nebraska's transactions in Fidelity National common stock during the Class Period, through the Defined Benefit Plan and Cash Balance Benefit Plan (commingled) and the General Endowments, are reflected in Exhibit A, attached hereto;

5.      Nebraska sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*City of Miami Fire Fighters and Police Officers Retirement Trust v. Okta, Inc.*,
No. 3:22-cv-2290 (N.D. Cal.)

6.      Beyond its pro rata share of any recovery, Nebraska will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is

true and correct this 28th day of April, 2023.

DocuSigned by:

*Mike Hilgers*

A7E09A8BAEC54AC...

Mike Hilgers

*Attorney General of the State of Nebraska
on behalf of Nebraska Investment Council*

2

## EXHIBIT A

## TRANSACTIONS IN FIDELITY NATIONAL INFORMATION SERVICES, INC.

### DB/CBB

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| BUY | 5/15/2020 | 5,145 | 131.05 | (674,242) |
| BUY | 5/15/2020 | 98 | 130.41 | (12,780) |
| BUY | 5/15/2020 | 1,730 | 130.94 | (226,528) |
| BUY | 5/15/2020 | 12 | 129.27 | (1,551) |
| BUY | 5/18/2020 | 476 | 136.60 | (65,023) |
| BUY | 5/18/2020 | 1,800 | 137.22 | (246,987) |
| BUY | 5/18/2020 | 355 | 136.83 | (48,575) |
| BUY | 5/18/2020 | 228 | 137.10 | (31,258) |
| BUY | 5/19/2020 | 1,892 | 137.67 | (260,474) |
| BUY | 5/19/2020 | 474 | 137.41 | (65,134) |
| BUY | 5/19/2020 | 996 | 136.41 | (135,863) |
| BUY | 5/19/2020 | 309 | 137.29 | (42,423) |
| BUY | 5/19/2020 | 2,373 | 137.04 | (325,192) |
| BUY | 5/19/2020 | 39 | 136.30 | (5,316) |
| BUY | 5/19/2020 | 955 | 135.96 | (129,839) |
| BUY | 5/19/2020 | 807 | 136.64 | (110,271) |
| BUY | 5/20/2020 | 367 | 139.36 | (51,146) |
| BUY | 5/20/2020 | 842 | 137.87 | (116,088) |
| BUY | 5/20/2020 | 228 | 138.98 | (31,687) |
| BUY | 5/20/2020 | 2,135 | 138.39 | (295,463) |
| BUY | 5/21/2020 | 1,987 | 136.79 | (271,808) |
| BUY | 5/21/2020 | 328 | 136.13 | (44,651) |
| BUY | 5/21/2020 | 3,858 | 137.18 | (529,242) |
| BUY | 5/21/2020 | 2,038 | 136.85 | (278,905) |
| BUY | 5/21/2020 | 2,605 | 136.98 | (356,841) |
| BUY | 5/22/2020 | 1,450 | 136.00 | (197,198) |
| BUY | 5/22/2020 | 85 | 136.54 | (11,605) |
| BUY | 5/22/2020 | 110 | 135.68 | (14,925) |
| BUY | 5/22/2020 | 918 | 135.95 | (124,802) |
| BUY | 5/22/2020 | 270 | 135.87 | (36,685) |
| BUY | 5/27/2020 | 573 | 137.76 | (78,936) |
| BUY | 5/27/2020 | 2,589 | 136.88 | (354,375) |
| BUY | 5/27/2020 | 459 | 136.97 | (62,868) |
| BUY | 5/28/2020 | 4,351 | 138.99 | (604,731) |
| BUY | 6/2/2020 | 427 | 137.85 | (58,862) |
| BUY | 6/2/2020 | 227 | 138.05 | (31,336) |
| BUY | 6/2/2020 | 6,854 | 138.52 | (949,382) |
| BUY | 6/5/2020 | 143 | 140.70 | (20,119) |
| BUY | 6/5/2020 | 993 | 140.36 | (139,374) |
| BUY | 6/5/2020 | 218 | 139.84 | (30,484) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| BUY | 6/5/2020 | 1,487 | 140.84 | (209,425) |
| BUY | 6/5/2020 | 2,347 | 141.89 | (333,004) |
| BUY | 6/8/2020 | 183 | 142.71 | (26,116) |
| BUY | 6/8/2020 | 1,563 | 142.55 | (222,809) |
| BUY | 6/8/2020 | 1,186 | 141.75 | (168,114) |
| BUY | 6/8/2020 | 573 | 141.35 | (80,994) |
| BUY | 6/8/2020 | 3,347 | 141.52 | (473,657) |
| BUY | 6/9/2020 | 1,450 | 141.87 | (205,717) |
| BUY | 6/9/2020 | 1,684 | 142.31 | (239,649) |
| BUY | 6/9/2020 | 46 | 141.90 | (6,527) |
| BUY | 6/9/2020 | 423 | 142.26 | (60,178) |
| BUY | 6/10/2020 | 4,159 | 141.34 | (587,824) |
| BUY | 6/10/2020 | 1,735 | 141.23 | (245,027) |
| BUY | 6/10/2020 | 145 | 141.99 | (20,588) |
| BUY | 6/10/2020 | 2,169 | 142.14 | (308,310) |
| BUY | 6/12/2020 | 625 | 137.66 | (86,040) |
| BUY | 6/12/2020 | 3,319 | 137.23 | (455,457) |
| BUY | 6/12/2020 | 125 | 137.53 | (17,191) |
| BUY | 7/1/2020 | 2,931 | 136.81 | (400,999) |
| BUY | 7/1/2020 | 214 | 137.09 | (29,336) |
| BUY | 7/1/2020 | 775 | 137.43 | (106,510) |
| BUY | 8/25/2020 | 154 | 144.39 | (22,235) |
| BUY | 8/25/2020 | 1,936 | 143.48 | (277,777) |
| BUY | 8/25/2020 | 496 | 144.10 | (71,473) |
| BUY | 8/25/2020 | 1,286 | 144.51 | (185,842) |
| SELL | 9/10/2020 | (754) | 149.15 | 112,459 |
| BUY | 10/26/2020 | 992 | 139.05 | (137,936) |
| BUY | 10/27/2020 | 854 | 140.16 | (119,699) |
| BUY | 10/27/2020 | 2,128 | 139.36 | (296,569) |
| BUY | 10/29/2020 | 2,435 | 125.67 | (306,001) |
| BUY | 10/29/2020 | 1,714 | 125.85 | (215,701) |
| BUY | 1/8/2021 | 657 | 136.64 | (89,770) |
| BUY | 1/8/2021 | 2,403 | 137.49 | (330,388) |
| BUY | 1/8/2021 | 2,270 | 137.90 | (313,030) |
| BUY | 1/8/2021 | 1,192 | 137.25 | (163,596) |
| BUY | 1/11/2021 | 988 | 138.78 | (137,115) |
| BUY | 1/11/2021 | 871 | 139.00 | (121,069) |
| BUY | 1/11/2021 | 380 | 136.97 | (52,047) |
| BUY | 1/11/2021 | 164 | 136.95 | (22,459) |
| BUY | 1/14/2021 | 1,798 | 129.00 | (231,942) |
| BUY | 1/14/2021 | 995 | 130.81 | (130,156) |
| BUY | 1/14/2021 | 877 | 130.65 | (114,584) |
| BUY | 1/14/2021 | 1,530 | 129.24 | (197,745) |
| BUY | 1/14/2021 | 143 | 130.45 | (18,654) |
| BUY | 1/15/2021 | 1,166 | 130.11 | (151,714) |
| BUY | 1/15/2021 | 1,983 | 129.49 | (256,770) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| --- | --- | --- | --- | --- |
| BUY | 1/15/2021 | 1,784 | 129.13 | (230,368) |
| BUY | 1/27/2021 | 809 | 124.88 | (101,031) |
| BUY | 1/27/2021 | 3,805 | 124.10 | (472,186) |
| BUY | 1/29/2021 | 1,774 | 124.12 | (220,187) |
| BUY | 1/29/2021 | 1,142 | 123.66 | (141,216) |
| BUY | 1/29/2021 | 245 | 124.01 | (30,382) |
| BUY | 1/29/2021 | 2,345 | 124.37 | (291,651) |
| BUY | 2/9/2021 | 842 | 132.43 | (111,504) |
| BUY | 2/9/2021 | 1,957 | 131.32 | (256,985) |
| BUY | 2/9/2021 | 1,334 | 131.71 | (175,706) |
| BUY | 2/9/2021 | 534 | 131.55 | (70,245) |
| BUY | 2/19/2021 | 4,934 | 131.28 | (647,724) |
| BUY | 8/3/2021 | 3,540 | 128.90 | (456,299) |
| BUY | 8/3/2021 | 5,215 | 129.22 | (673,880) |
| BUY | 8/3/2021 | 3,091 | 130.56 | (403,554) |
| BUY | 8/13/2021 | 1,754 | 134.30 | (235,562) |
| BUY | 8/13/2021 | 820 | 134.27 | (110,103) |
| BUY | 8/13/2021 | 541 | 134.06 | (72,529) |
| BUY | 8/13/2021 | 2,207 | 134.32 | (296,449) |
| BUY | 9/2/2021 | 994 | 126.76 | (125,999) |
| BUY | 9/2/2021 | 2,931 | 127.00 | (372,236) |
| BUY | 9/2/2021 | 325 | 126.69 | (41,174) |
| BUY | 9/2/2021 | 6,346 | 127.27 | (807,632) |
| BUY | 11/4/2021 | 632 | 112.04 | (70,806) |
| BUY | 11/4/2021 | 3,821 | 111.91 | (427,610) |
| BUY | 11/4/2021 | 631 | 111.56 | (70,393) |
| BUY | 11/4/2021 | 1,894 | 111.76 | (211,668) |
| BUY | 12/3/2021 | 3,108 | 103.93 | (323,014) |
| BUY | 12/3/2021 | 3,135 | 103.93 | (325,821) |
| BUY | 3/7/2022 | 3,953 | 88.84 | (351,180) |
| BUY | 3/7/2022 | 2,914 | 88.90 | (259,060) |
| SELL | 4/8/2022 | (12,204) | 100.96 | 1,232,096 |
| BUY | 5/17/2022 | 9,253 | 97.66 | (903,666) |
| SELL | 5/27/2022 | (638) | 105.19 | 67,112 |
| SELL | 5/27/2022 | (456) | 105.00 | 47,880 |
| SELL | 5/27/2022 | (842) | 105.18 | 88,563 |
| SELL | 5/31/2022 | (981) | 104.49 | 102,505 |
| SELL | 5/31/2022 | (22) | 104.42 | 2,297 |
| SELL | 5/31/2022 | (133) | 104.11 | 13,847 |
| SELL | 5/31/2022 | (1,289) | 104.49 | 134,688 |
| SELL | 6/1/2022 | (344) | 105.10 | 36,154 |
| SELL | 6/1/2022 | (45) | 105.23 | 4,735 |
| BUY | 8/4/2022 | 2,263 | 96.61 | (218,628) |
| BUY | 8/4/2022 | 4,378 | 96.61 | (422,971) |
| BUY | 9/16/2022 | 6,791 | 83.88 | (569,629) |
| BUY | 9/16/2022 | 11,379 | 83.94 | (955,156) |

3

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| BUY | 10/3/2022 | 425 | 76.44 | (32,487) |
| BUY | 10/3/2022 | 727 | 76.41 | (55,550) |
| BUY | 10/3/2022 | 6,285 | 76.37 | (479,956) |
| BUY | 10/14/2022 | 4,195 | 76.50 | (320,912) |
| BUY | 10/25/2022 | 21,300 | 79.93 | (1,702,466) |
| BUY | 10/26/2022 | 14,500 | 82.17 | (1,191,494) |
| BUY | 10/27/2022 | 10,000 | 83.06 | (830,623) |
| BUY | 10/31/2022 | 4,700 | 82.52 | (387,836) |
| BUY | 11/1/2022 | 51,927 | 83.06 | (4,312,802) |
| BUY | 11/8/2022 | 24,800 | 62.73 | (1,555,590) |
| BUY | 11/9/2022 | 11,647 | 61.70 | (718,600) |
| BUY | 11/11/2022 | 15,600 | 64.40 | (1,004,715) |
| BUY | 11/14/2022 | 4,953 | 64.50 | (319,474) |
| SELL | 12/1/2022 | (1,616) | 73.66 | 119,029 |
| SELL | 12/12/2022 | (63,735) | 71.03 | 4,527,333 |
| BUY | 2/2/2023 | 14,000 | 78.17 | (1,094,324) |

## ENDOWMENT

| Transaction Type | Trade Date | Shares | PricePerShare | Cost/Proceeds |
|---|---|---|---|---|
| BUY | 5/15/2020 | 1 | 129.27 | (129) |
| BUY | 5/15/2020 | 9 | 130.41 | (1,174) |
| BUY | 5/15/2020 | 455 | 131.05 | (59,627) |
| BUY | 5/15/2020 | 150 | 130.94 | (19,641) |
| BUY | 5/18/2020 | 20 | 137.10 | (2,742) |
| BUY | 5/18/2020 | 42 | 136.60 | (5,737) |
| BUY | 5/18/2020 | 159 | 137.22 | (21,817) |
| BUY | 5/18/2020 | 31 | 136.83 | (4,242) |
| BUY | 5/19/2020 | 166 | 137.67 | (22,853) |
| BUY | 5/19/2020 | 88 | 136.41 | (12,004) |
| BUY | 5/19/2020 | 42 | 137.41 | (5,771) |
| BUY | 5/19/2020 | 29 | 137.29 | (3,981) |
| BUY | 5/19/2020 | 3 | 136.30 | (409) |
| BUY | 5/19/2020 | 85 | 135.96 | (11,556) |
| BUY | 5/19/2020 | 71 | 136.64 | (9,702) |
| BUY | 5/19/2020 | 207 | 137.04 | (28,367) |
| BUY | 5/20/2020 | 32 | 139.36 | (4,460) |
| BUY | 5/20/2020 | 74 | 137.87 | (10,203) |
| BUY | 5/20/2020 | 188 | 138.39 | (26,017) |
| BUY | 5/20/2020 | 20 | 138.98 | (2,780) |
| BUY | 5/21/2020 | 229 | 136.98 | (31,369) |
| BUY | 5/21/2020 | 29 | 136.13 | (3,948) |
| BUY | 5/21/2020 | 340 | 137.18 | (46,641) |
| BUY | 5/21/2020 | 175 | 136.79 | (23,939) |
| BUY | 5/21/2020 | 180 | 136.85 | (24,633) |
| BUY | 5/22/2020 | 10 | 135.68 | (1,357) |

4

| Transaction Type | Trade Date | Shares | PricePerShare | Cost/Proceeds |
|---|---|---|---|---|
| BUY | 5/22/2020 | 24 | 135.87 | (3,261) |
| BUY | 5/22/2020 | 127 | 136.00 | (17,272) |
| BUY | 5/22/2020 | 81 | 135.95 | (11,012) |
| BUY | 5/22/2020 | 7 | 136.54 | (956) |
| BUY | 5/27/2020 | 228 | 136.88 | (31,208) |
| BUY | 5/27/2020 | 41 | 136.97 | (5,616) |
| BUY | 5/27/2020 | 50 | 137.76 | (6,888) |
| BUY | 5/28/2020 | 383 | 138.99 | (53,232) |
| BUY | 6/2/2020 | 604 | 138.52 | (83,663) |
| BUY | 6/2/2020 | 20 | 138.05 | (2,761) |
| BUY | 6/2/2020 | 38 | 137.85 | (5,238) |
| BUY | 6/5/2020 | 14 | 140.70 | (1,970) |
| BUY | 6/5/2020 | 130 | 140.84 | (18,309) |
| BUY | 6/5/2020 | 207 | 141.89 | (29,370) |
| BUY | 6/5/2020 | 19 | 139.84 | (2,657) |
| BUY | 6/5/2020 | 87 | 140.36 | (12,211) |
| BUY | 6/8/2020 | 50 | 141.35 | (7,068) |
| BUY | 6/8/2020 | 138 | 142.55 | (19,672) |
| BUY | 6/8/2020 | 105 | 141.75 | (14,884) |
| BUY | 6/8/2020 | 295 | 141.52 | (41,747) |
| BUY | 6/8/2020 | 16 | 142.71 | (2,283) |
| BUY | 6/9/2020 | 128 | 141.87 | (18,160) |
| BUY | 6/9/2020 | 148 | 142.31 | (21,062) |
| BUY | 6/9/2020 | 4 | 141.90 | (568) |
| BUY | 6/9/2020 | 37 | 142.26 | (5,264) |
| BUY | 6/10/2020 | 153 | 141.23 | (21,608) |
| BUY | 6/10/2020 | 13 | 141.99 | (1,846) |
| BUY | 6/10/2020 | 366 | 141.34 | (51,730) |
| BUY | 6/10/2020 | 191 | 142.14 | (27,149) |
| BUY | 6/12/2020 | 55 | 137.66 | (7,572) |
| BUY | 6/12/2020 | 291 | 137.23 | (39,933) |
| BUY | 6/12/2020 | 11 | 137.53 | (1,513) |
| BUY | 7/1/2020 | 258 | 136.81 | (35,298) |
| BUY | 7/1/2020 | 19 | 137.09 | (2,605) |
| BUY | 7/1/2020 | 68 | 137.43 | (9,345) |
| BUY | 8/25/2020 | 110 | 143.48 | (15,783) |
| BUY | 8/25/2020 | 9 | 144.39 | (1,299) |
| BUY | 8/25/2020 | 73 | 144.51 | (10,549) |
| BUY | 8/25/2020 | 28 | 144.10 | (4,035) |
| BUY | 10/26/2020 | 86 | 139.05 | (11,958) |
| BUY | 10/27/2020 | 74 | 140.16 | (10,372) |
| BUY | 10/27/2020 | 183 | 139.36 | (25,504) |
| BUY | 10/29/2020 | 212 | 125.67 | (26,642) |
| BUY | 10/29/2020 | 150 | 125.85 | (18,877) |
| BUY | 1/8/2021 | 104 | 137.25 | (14,273) |
| BUY | 1/8/2021 | 200 | 137.90 | (27,580) |

| Transaction Type | Trade Date | Shares | PricePerShare | Cost/Proceeds |
|---|---|---|---|---|
| BUY | 1/8/2021 | 58 | 136.64 | (7,925) |
| BUY | 1/8/2021 | 209 | 137.49 | (28,735) |
| BUY | 1/11/2021 | 33 | 136.97 | (4,520) |
| BUY | 1/11/2021 | 87 | 138.78 | (12,074) |
| BUY | 1/11/2021 | 15 | 136.95 | (2,054) |
| BUY | 1/11/2021 | 76 | 139.00 | (10,564) |
| BUY | 1/14/2021 | 12 | 130.45 | (1,565) |
| BUY | 1/14/2021 | 157 | 129.00 | (20,253) |
| BUY | 1/14/2021 | 86 | 130.81 | (11,250) |
| BUY | 1/14/2021 | 78 | 130.65 | (10,191) |
| BUY | 1/14/2021 | 134 | 129.24 | (17,319) |
| BUY | 1/15/2021 | 173 | 129.49 | (22,401) |
| BUY | 1/15/2021 | 156 | 129.13 | (20,144) |
| BUY | 1/15/2021 | 102 | 130.11 | (13,272) |
| BUY | 1/27/2021 | 71 | 124.88 | (8,867) |
| BUY | 1/27/2021 | 332 | 124.10 | (41,200) |
| BUY | 1/29/2021 | 21 | 124.01 | (2,604) |
| BUY | 1/29/2021 | 205 | 124.37 | (25,496) |
| BUY | 1/29/2021 | 155 | 124.12 | (19,238) |
| BUY | 1/29/2021 | 100 | 123.66 | (12,366) |
| BUY | 2/9/2021 | 171 | 131.32 | (22,455) |
| BUY | 2/9/2021 | 47 | 131.55 | (6,183) |
| BUY | 2/9/2021 | 116 | 131.71 | (15,279) |
| BUY | 2/9/2021 | 73 | 132.43 | (9,667) |
| BUY | 2/19/2021 | 431 | 131.28 | (56,581) |
| BUY | 8/3/2021 | 456 | 129.22 | (58,924) |
| BUY | 8/3/2021 | 270 | 130.56 | (35,251) |
| BUY | 8/3/2021 | 309 | 128.90 | (39,830) |
| BUY | 8/13/2021 | 153 | 134.30 | (20,548) |
| BUY | 8/13/2021 | 47 | 134.06 | (6,301) |
| BUY | 8/13/2021 | 72 | 134.27 | (9,668) |
| BUY | 8/13/2021 | 193 | 134.32 | (25,924) |
| BUY | 9/2/2021 | 194 | 127.00 | (24,638) |
| BUY | 9/2/2021 | 22 | 126.69 | (2,787) |
| BUY | 9/2/2021 | 66 | 126.76 | (8,366) |
| BUY | 9/2/2021 | 421 | 127.27 | (53,579) |
| SELL | 9/27/2021 | (838) | 122.95 | 103,036 |
| BUY | 11/4/2021 | 50 | 111.56 | (5,578) |
| BUY | 11/4/2021 | 151 | 111.76 | (16,875) |
| BUY | 11/4/2021 | 51 | 112.04 | (5,714) |
| BUY | 11/4/2021 | 306 | 111.91 | (34,245) |
| BUY | 12/3/2021 | 250 | 103.93 | (25,982) |
| BUY | 12/3/2021 | 253 | 103.93 | (26,294) |
| BUY | 12/16/2021 | 324 | 108.77 | (35,241) |
| BUY | 3/7/2022 | 323 | 88.84 | (28,695) |
| BUY | 3/7/2022 | 238 | 88.90 | (21,159) |

6

| Transaction Type | Trade Date | Shares | PricePerShare | Cost/Proceeds |
| --- | --- | --- | --- | --- |
| SELL | 4/8/2022 | (262) | 100.96 | 26,451 |
| SELL | 5/27/2022 | (79) | 105.18 | 8,309 |
| SELL | 5/27/2022 | (42) | 105.00 | 4,410 |
| SELL | 5/27/2022 | (59) | 105.19 | 6,206 |
| SELL | 5/31/2022 | (12) | 104.11 | 1,249 |
| SELL | 5/31/2022 | (4) | 104.42 | 418 |
| SELL | 5/31/2022 | (118) | 104.49 | 12,330 |
| SELL | 5/31/2022 | (91) | 104.49 | 9,509 |
| SELL | 6/1/2022 | (4) | 105.23 | 421 |
| SELL | 6/1/2022 | (32) | 105.10 | 3,363 |
| BUY | 8/4/2022 | 380 | 96.61 | (36,713) |
| BUY | 8/4/2022 | 197 | 96.61 | (19,032) |
| BUY | 9/16/2022 | 598 | 83.88 | (50,160) |
| BUY | 10/3/2022 | 546 | 76.37 | (41,695) |
| BUY | 10/3/2022 | 37 | 76.44 | (2,828) |
| BUY | 10/3/2022 | 63 | 76.41 | (4,814) |
| BUY | 10/14/2022 | 364 | 76.50 | (27,846) |

7

## CERTIFICATION

I, Benjamin Garner, on behalf of the Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems ("NCRS"), hereby certify as follows:

1. I am the General Counsel for the Treasurer. I am fully authorized to enter into and execute this certification on behalf of NCRS. I have reviewed complaints filed against Fidelity National Information Services, Inc. ("Fidelity National") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2. NCRS did not purchase common stock of Fidelity National at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. NCRS is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. NCRS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. NCRS's transactions in Fidelity National common stock during the Class Period are reflected in Exhibit A, attached hereto;

5. NCRS sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*Choi v. Coupang, Inc. et al.*, No. 22-cv-07309 (S.D.N.Y.)

*City of Hialeah Employees Retirement System v. Peloton Interactive, Inc. et al.*,
No. 21-cv-09582 (S.D.N.Y.)

6. Beyond its pro rata share of any recovery, NCRS will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is

true and correct this __4ᵗʰ__ day of May, 2023.

Benjamin Garner
*General Counsel for the Treasurer of the State of North Carolina, on behalf of the North Carolina Retirement Systems*

2

## EXHIBIT A

### TRANSACTIONS IN FIDELITY NATIONAL INFORMATION SERVICES, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 5/8/2020 | 720.00 | $128.31 | ($92,380.39) |
| Sales | 5/12/2020 | -10.00 | $127.91 | $1,279.10 |
| Sales | 5/18/2020 | -50.00 | $136.34 | $6,817.00 |
| Sales | 5/26/2020 | -2,402.00 | $136.60 | $328,113.20 |
| Sales | 5/29/2020 | -70.00 | $138.83 | $9,718.10 |
| Purchases | 6/10/2020 | 310.00 | $141.13 | ($43,750.92) |
| Sales | 6/19/2020 | -1,380.00 | $135.00 | $186,300.00 |
| Purchases | 6/26/2020 | 130.00 | $130.75 | ($16,998.10) |
| Purchases | 7/10/2020 | 200.00 | $135.61 | ($27,121.00) |
| Purchases | 7/15/2020 | 14,097.00 | $139.87 | ($1,971,740.34) |
| Purchases | 8/7/2020 | 200.00 | $145.92 | ($29,183.00) |
| Purchases | 8/20/2020 | 120.00 | $141.12 | ($16,934.60) |
| Purchases | 9/10/2020 | 330.00 | $149.87 | ($49,456.24) |
| Purchases | 9/18/2020 | 340.00 | $146.65 | ($49,861.00) |
| Purchases | 10/1/2020 | 190.00 | $150.12 | ($28,521.95) |
| Sales | 10/1/2020 | -120.00 | $147.09 | $17,650.60 |
| Sales | 10/5/2020 | -160.00 | $145.35 | $23,255.30 |
| Purchases | 11/2/2020 | 270.00 | $124.69 | ($33,665.92) |
| Purchases | 11/19/2020 | 250.00 | $147.70 | ($36,925.00) |
| Purchases | 12/10/2020 | 310.00 | $148.05 | ($45,894.14) |
| Purchases | 12/18/2020 | 230.00 | $145.22 | ($33,400.60) |
| Sales | 1/8/2021 | -351.00 | $137.46 | $48,247.44 |
| Purchases | 1/14/2021 | 250.00 | $131.05 | ($32,762.50) |
| Sales | 1/15/2021 | -100.00 | $129.73 | $12,973.00 |
| Purchases | 2/1/2021 | 300.00 | $129.23 | ($38,769.00) |
| Purchases | 2/26/2021 | 120.00 | $138.00 | ($16,560.00) |
| Purchases | 3/11/2021 | 260.00 | $146.66 | ($38,131.99) |
| Purchases | 3/19/2021 | 350.00 | $141.74 | ($49,608.65) |
| Purchases | 4/1/2021 | 230.00 | $141.73 | ($32,598.36) |
| Purchases | 4/30/2021 | 160.00 | $153.47 | ($24,555.01) |
| Purchases | 5/19/2021 | 888.00 | $147.57 | ($131,042.16) |
| Purchases | 6/4/2021 | 260.00 | $146.96 | ($38,208.79) |
| Purchases | 6/10/2021 | 180.00 | $144.87 | ($26,077.30) |
| Sales | 6/25/2021 | -1,380.00 | $146.86 | $202,660.87 |
| Purchases | 7/16/2021 | 240.00 | $148.95 | ($35,746.99) |
| Sales | 7/20/2021 | -70.00 | $144.83 | $10,138.10 |
| Purchases | 8/2/2021 | 140.00 | $149.22 | ($20,891.40) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 8/6/2021 | 15,600.00 | $132.92 | ($2,073,474.00) |
| Purchases | 8/6/2021 | 4,800.00 | $134.32 | ($644,728.32) |
| Purchases | 8/6/2021 | 9,600.00 | $134.27 | ($1,288,944.00) |
| Purchases | 8/6/2021 | 19,000.00 | $134.69 | ($2,559,089.10) |
| Purchases | 8/6/2021 | 3,069.00 | $133.84 | ($410,753.12) |
| Purchases | 8/13/2021 | 10,214.00 | $134.51 | ($1,373,902.50) |
| Purchases | 8/16/2021 | 130.00 | $132.21 | ($17,187.50) |
| Purchases | 8/17/2021 | 10,179.00 | $134.80 | ($1,372,152.61) |
| Sales | 8/25/2021 | -220.00 | $130.01 | $28,602.20 |
| Purchases | 9/8/2021 | 8,684.00 | $129.81 | ($1,127,311.72) |
| Purchases | 9/8/2021 | 2,200.00 | $130.20 | ($286,446.38) |
| Purchases | 9/10/2021 | 270.00 | $126.82 | ($34,241.40) |
| Purchases | 9/17/2021 | 2,820.00 | $123.62 | ($348,597.12) |
| Purchases | 9/17/2021 | 270.00 | $123.73 | ($33,407.10) |
| Purchases | 9/20/2021 | 4,800.00 | $122.64 | ($588,661.92) |
| Purchases | 9/20/2021 | 10.00 | $122.98 | ($1,229.80) |
| Purchases | 9/21/2021 | 854.00 | $122.61 | ($104,705.10) |
| Purchases | 10/15/2021 | 1,700.00 | $124.92 | ($212,360.60) |
| Purchases | 10/15/2021 | 1,500.00 | $124.64 | ($186,961.20) |
| Purchases | 10/15/2021 | 250.00 | $122.67 | ($30,666.50) |
| Purchases | 10/18/2021 | 2,325.00 | $123.94 | ($288,150.97) |
| Purchases | 11/1/2021 | 140.00 | $112.87 | ($15,801.80) |
| Purchases | 12/3/2021 | 210.00 | $103.30 | ($21,693.00) |
| Purchases | 12/8/2021 | 5,939.00 | $107.35 | ($637,551.65) |
| Purchases | 12/8/2021 | 600.00 | $107.01 | ($64,206.78) |
| Purchases | 12/10/2021 | 190.00 | $104.78 | ($19,909.06) |
| Purchases | 12/17/2021 | 4,405.00 | $108.72 | ($478,894.86) |
| Sales | 12/17/2021 | -3,800.00 | $108.37 | $411,802.96 |
| Purchases | 12/22/2021 | 300.00 | $109.99 | ($32,997.00) |
| Purchases | 12/22/2021 | 5,926.00 | $110.15 | ($652,763.12) |
| Purchases | 1/14/2022 | 30.00 | $117.40 | ($3,522.00) |
| Purchases | 1/19/2022 | 150.00 | $113.30 | ($16,995.00) |
| Purchases | 2/10/2022 | 190.00 | $115.43 | ($21,932.59) |
| Sales | 2/11/2022 | -400.00 | $111.92 | $44,768.00 |
| Sales | 2/25/2022 | -230.00 | $96.73 | $22,247.44 |
| Purchases | 3/18/2022 | 238.00 | $95.27 | ($22,674.90) |
| Purchases | 3/18/2022 | 700.00 | $95.82 | ($67,074.00) |
| Purchases | 3/18/2022 | 830.00 | $95.79 | ($79,504.12) |
| Purchases | 4/7/2022 | 10.00 | $100.48 | ($1,004.80) |
| Purchases | 4/13/2022 | 650.00 | $101.30 | ($65,841.95) |
| Purchases | 5/3/2022 | 190.00 | $98.13 | ($18,644.70) |

2

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 5/9/2022 | 10.00 | $95.81 | ($958.10) |
| Purchases | 5/26/2022 | 180.00 | $102.91 | ($18,523.80) |
| Purchases | 5/26/2022 | 10.00 | $102.27 | ($1,022.70) |
| Purchases | 6/17/2022 | 158.00 | $91.77 | ($14,500.07) |
| Purchases | 6/24/2022 | 165.00 | $98.63 | ($16,273.93) |
| Purchases | 6/24/2022 | 165.00 | $98.63 | ($16,273.95) |
| Sales | 7/12/2022 | -260.00 | $94.55 | $24,583.70 |
| Purchases | 7/22/2022 | 548.00 | $99.02 | ($54,262.96) |
| Purchases | 8/1/2022 | 10.00 | $103.30 | ($1,033.00) |
| Purchases | 8/9/2022 | 220.00 | $98.92 | ($21,761.41) |
| Purchases | 8/16/2022 | 170.00 | $103.40 | ($17,577.51) |
| Purchases | 8/30/2022 | 10.00 | $93.19 | ($931.90) |
| Sales | 9/14/2022 | -3,400.00 | $87.29 | $296,789.40 |
| Sales | 9/14/2022 | -25,800.00 | $87.01 | $2,244,736.74 |
| Sales | 9/15/2022 | -1,700.00 | $87.44 | $148,647.32 |
| Sales | 9/15/2022 | -7,600.00 | $86.54 | $657,738.20 |
| Sales | 9/15/2022 | -5,400.00 | $87.68 | $473,462.28 |
| Sales | 9/15/2022 | -14,700.00 | $85.68 | $1,259,468.07 |
| Purchases | 9/16/2022 | 920.00 | $84.26 | ($77,518.28) |
| Sales | 9/16/2022 | -4,800.00 | $83.99 | $403,135.68 |
| Sales | 9/16/2022 | -42,600.00 | $84.00 | $3,578,587.44 |
| Sales | 9/16/2022 | -70.00 | $84.02 | $5,881.49 |
| Sales | 9/19/2022 | -11,100.00 | $82.61 | $917,000.97 |
| Sales | 9/19/2022 | -6,900.00 | $82.39 | $568,491.00 |
| Sales | 9/20/2022 | -22,000.00 | $81.23 | $1,787,112.80 |
| Purchases | 9/21/2022 | 30.00 | $82.61 | ($2,478.30) |
| Purchases | 10/4/2022 | 350.00 | $78.97 | ($27,639.40) |
| Purchases | 10/12/2022 | 10.00 | $73.51 | ($735.05) |
| Purchases | 10/18/2022 | 360.00 | $77.29 | ($27,824.40) |
| Purchases | 11/1/2022 | 580.00 | $83.90 | ($48,661.42) |
| Purchases | 11/3/2022 | 1,575.00 | $61.72 | ($97,211.99) |
| Purchases | 11/16/2022 | 10.00 | $62.38 | ($623.80) |
| Purchases | 11/30/2022 | 260.00 | $72.58 | ($18,870.80) |
| Sales | 11/30/2022 | -30,924.00 | $72.58 | $2,244,463.92 |
| Purchases | 12/15/2022 | 3,188.00 | $70.01 | ($223,194.11) |
| Purchases | 12/16/2022 | 13,700.00 | $69.31 | ($949,533.30) |
| Purchases | 12/16/2022 | 5,270.00 | $69.34 | ($365,398.61) |
| Sales | 12/16/2022 | -5,720.00 | $69.22 | $395,938.40 |
| Purchases | 12/19/2022 | 40.00 | $68.06 | ($2,722.25) |
| Purchases | 1/6/2023 | 30.00 | $69.38 | ($2,081.40) |
| Purchases | 1/6/2023 | 10.00 | $69.41 | ($694.10) |

3

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 1/17/2023 | 340.00 | $71.23 | ($24,217.21) |
| Purchases | 2/3/2023 | 9.00 | $74.79 | ($673.07) |
| Purchases | 2/3/2023 | 30.00 | $75.10 | ($2,253.00) |

## CERTIFICATION

I, Benjamin Garner, on behalf of the Treasurer of the State of North Carolina, on behalf of the North Carolina Supplemental Retirement Plans ("NCSRP"), hereby certify as follows:

1.    I am the General Counsel for the Treasurer.  I am fully authorized to enter into and execute this certification on behalf of NCSRP.  I have reviewed complaints filed against Fidelity National Information Services, Inc. ("Fidelity National") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.    NCSRP did not purchase common stock of Fidelity National at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    NCSRP is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  NCSRP fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    NCSRP's transactions in Fidelity National common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.    NCSRP has not sought to serve as a lead plaintiff in any securities class actions filed under the federal securities laws during the last three years;

6.    Beyond its pro rata share of any recovery, NCSRP will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is

true and correct this 4th day of May, 2023.

Benjamin Garner

*General Counsel for the Treasurer of the State of North Carolina, on behalf of the North Carolina Supplemental Retirement Plans*

2

**EXHIBIT A**

**TRANSACTIONS IN FIDELITY NATIONAL INFORMATION SERVICES, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 2/22/2021 | 2,858.00 | $135.31 | ($386,716.55) |
| Purchases | 2/22/2021 | 715.00 | $135.64 | ($96,984.03) |
| Purchases | 2/22/2021 | 342.00 | $133.32 | ($45,594.55) |
| Purchases | 2/23/2021 | 4,824.00 | $136.65 | ($659,221.31) |
| Purchases | 2/23/2021 | 1,452.00 | $136.87 | ($198,735.09) |
| Purchases | 2/23/2021 | 11,291.00 | $137.11 | ($1,548,130.46) |
| Purchases | 2/24/2021 | 4,615.00 | $139.38 | ($643,219.78) |
| Purchases | 2/24/2021 | 1,521.00 | $139.47 | ($212,131.28) |
| Purchases | 2/24/2021 | 3,974.00 | $139.64 | ($554,939.30) |
| Purchases | 2/25/2021 | 4,662.00 | $139.21 | ($648,990.96) |
| Purchases | 2/25/2021 | 4,083.00 | $139.20 | ($568,371.16) |
| Purchases | 2/25/2021 | 2,907.00 | $138.82 | ($403,548.87) |
| Purchases | 2/26/2021 | 5,135.00 | $138.41 | ($710,710.70) |
| Purchases | 2/26/2021 | 3,586.00 | $138.45 | ($496,488.51) |
| Purchases | 3/1/2021 | 3,247.00 | $139.90 | ($454,246.86) |
| Purchases | 3/1/2021 | 2,799.00 | $139.87 | ($391,486.89) |
| Purchases | 3/1/2021 | 1,954.00 | $140.23 | ($274,009.82) |
| Purchases | 3/2/2021 | 2,808.00 | $139.26 | ($391,039.83) |
| Purchases | 3/2/2021 | 4,000.00 | $139.03 | ($556,110.00) |
| Purchases | 3/2/2021 | 1,853.00 | $138.35 | ($256,359.40) |
| Purchases | 3/3/2021 | 3,037.00 | $138.84 | ($421,656.17) |
| Purchases | 3/3/2021 | 3,654.00 | $138.60 | ($506,452.80) |
| Purchases | 3/3/2021 | 2,506.00 | $138.94 | ($348,178.38) |
| Purchases | 3/4/2021 | 6,057.00 | $137.22 | ($831,134.27) |
| Purchases | 3/4/2021 | 1,871.00 | $138.77 | ($259,632.50) |
| Purchases | 3/4/2021 | 3,113.00 | $137.32 | ($427,469.69) |
| Purchases | 3/5/2021 | 3,105.00 | $139.72 | ($433,844.57) |
| Purchases | 3/5/2021 | 1,419.00 | $138.93 | ($197,146.78) |
| Purchases | 9/7/2021 | 18,300.00 | $126.06 | ($2,306,898.00) |
| Purchases | 10/29/2021 | 2,900.00 | $110.83 | ($321,394.24) |
| Purchases | 11/16/2021 | 2,700.00 | $115.58 | ($312,056.01) |
| Purchases | 12/1/2021 | 8,200.00 | $103.38 | ($847,706.98) |
| Sales | 6/3/2022 | -15,800.00 | $103.83 | $1,640,515.58 |
| Purchases | 10/12/2022 | 1,900.00 | $74.27 | ($141,103.88) |
| Purchases | 12/8/2022 | 1,700.00 | $69.60 | ($118,322.21) |
| Purchases | 12/8/2022 | 5,000.00 | $69.71 | ($348,532.00) |
| Purchases | 12/9/2022 | 24,100.00 | $70.46 | ($1,698,153.48) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 12/12/2022 | 6,000.00 | $70.70 | ($424,195.20) |

2