**Exhibit D**



*Source:* *Saxena White P.A.*

*March 06, 2023 14:26 ET*

# Saxena White P.A. Files New Securities Fraud Class Action Against Fidelity National Information Services, Inc.

BOCA RATON, Fla., March 06, 2023 (GLOBE NEWSWIRE) -- Saxena White P.A. has filed a securities fraud class action lawsuit (the "Class Action") in the United States District Court for the Middle District of Florida against Fidelity National Information Services, Inc. ("Fidelity National" or the "Company") (NYSE: FIS) and certain of its current and former executive officers (collectively, "Defendants"). The Class Action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder on behalf of all persons or entities that purchased Fidelity National common stock between February 9, 2021 and February 10, 2023, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Saxena White is captioned: *Palm Bay Police and Firefighters' Pension Fund v. Fidelity National Information Services, Inc.*, No. 23-cv-252 (M.D. Fla.).

Fidelity National provides global e-commerce and payment technologies to financial institutions and businesses and, in recent years, has become the largest processing and payments company in the world. The Company's Merchant Solutions segment, which accounted for approximately 30% of Fidelity National's total revenue in 2021, serves merchants by enabling them to accept, authorize, and settle electronic payment transactions.

On July 31, 2019, Fidelity National announced it had completed the acquisition of payments company Worldpay, Inc. ("Worldpay") for $43 billion, which became part of the Fidelity National Merchant Solutions business.   Throughout the Class Period, Defendants assured investors that the integration of Worldpay was "ahead of schedule," achieved "success in revenue synergies," and ultimately was "successfully completed."

The Class Action alleges that, during the Class Period, Defendants misled investors and/or failed to disclose that (1) the integration of Worldpay was not ahead of schedule; (2) the integration of Worldpay was not successfully completed during the Class Period; (3) the increases in revenue synergies were not driven by the Worldpay integration; and (4) as a result, Defendants' positive statements about the Company's financial guidance, business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

The truth began to emerge on August 4, 2022, when Fidelity National announced that its Chief Financial Officer James Woodall planned to "step down." In response to this news, shares of Fidelity National declined approximately 7%, from a closing price of $104.13 per share on August 3, 2022, to a closing price of $96.57 per share on August 4, 2022.

Then, on November 3, 2022, the Company announced disappointing results for the third quarter of 2022, including that profit margins in the Merchant Solutions business "saw continued pressure in the quarter" resulting "in an overall adjusted EBITDA margin

contracting 150 points year-on-year."    In response to this news, shares of Fidelity National declined approximately 28%, from a closing price of $79.47 per share on November 2, 2022, to a closing price of $57.18 per share on November 3, 2022.

Finally, on February 13, 2023, Fidelity National announced that it would be spinning off Worldpay and recording a goodwill impairment charge of $17.6 billion related to its Merchants Solutions business. In response to this news, shares of Fidelity National declined approximately 12%, from a closing price of $75.43 per share on the prior trading day of February 10, 2023, to a closing price of $66.00 per share on February 13, 2023.

If you purchased Fidelity National common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff. If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Middle District of Florida no later than May 5, 2023. The lead plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

You may contact Lester Hooker (lhooker@saxenawhite.com), an attorney and Director at Saxena White P.A., to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You also may retain counsel of your choice to represent you in the Class Action.

You may obtain a copy of the Complaint and inquire about actively joining the Class Action at **www.saxenawhite.com**.

Saxena White P.A., with offices in Florida, New York, California, and Delaware, is a leading national law firm focused on prosecuting securities class actions and other complex litigation on behalf of injured investors. Currently serving as lead counsel in numerous securities fraud class actions nationwide, Saxena White has recovered billions of dollars on behalf of injured investors.

**CONTACT INFORMATION**
Lester Hooker, Esq.
lhooker@saxenawhite.com
Saxena White P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 206-6708
Fax: (561) 394-3382
www.saxenawhite.com