# Exhibit E

# News

Labaton Sucharow LLP Announces Expanded Securities Class Action Lawsuit Filed Against Fidelity National Information Services,

Apr 28 2023 20:06:00

**Labaton Sucharow LLP Announces Expanded Securities Class Action Lawsuit Filed Against Fidelity National Information Services, Inc. and Certain Executives**

**Business Wire**

**NEW YORK -- April 28, 2023**

Labaton Sucharow LLP ("Labaton Sucharow") announces that, on April 28, 2023, it filed a securities class action lawsuit (the "Complaint") on behalf of its client Nebraska Investment Council against Fidelity National Information Services, Inc. ("Fidelity National" or the "Company") (NYSE: FIS) and certain Fidelity National officers (collectively, "Defendants"). The action, which is captioned *Nebraska Investment Council v. Fidelity National Information Services, Inc.* No. 23-cv-00504 (M.D. Fla.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder, on behalf of all persons or entities who purchased or otherwise acquired Fidelity National common stock between May 7, 2020 and February 10, 2023, inclusive (the "Class Period").

The Complaint expands upon the action against Fidelity National captioned *Palm Bay Police and Firefighters' Pension Fund v. Fidelity National Information Services, Inc.*, No. 23-cv-00252 (M.D. Fla. Mar. 6, 2023) (the "Palm Bay P&F Complaint") by expanding the pled class period, from February 9, 2021 to February 10, 2023 in the Palm Bay P&F Complaint to May 7, 2020 to February 10, 2023 in the expanded Complaint. In addition, the Complaint expands the action by adding related allegations unpled in the Palm Bay P&F Complaint. Specifically, the expanded Complaint alleges that Defendants downplayed competition concerns in the Merchant Solutions segment and materially overstated the Company's earnings or materially understated the Company's net losses by improperly accounting for the Company's goodwill in violation of U.S. Generally Accepted Accounting Principles ("GAAP").

Pursuant to the notice published on March 6, 2023, in connection with the filing of the Palm Bay P&F Complaint, as required by the Private Securities Litigation Reform Act of 1995, investors wishing to serve as Lead Plaintiff in these related securities actions pending against Fidelity National are required to file a motion for appointment as Lead Plaintiff by no later than **May 5, 2023**.

Fidelity National provides payment processing products and services to financial institutions and other types of companies. The Company offers its solutions in three primary segments: Merchant Solutions; Banking Solutions; and Capital Market Solutions. The Merchant Solutions segment accounted for approximately 30% of the Company's total revenue in 2021, and serves merchants by enabling them to accept, authorize, and settle electronic payment transactions. In July 2019, Fidelity National completed the acquisition of payments company Worldpay, Inc. ("Worldpay") for $43 billion. As a result of the acquisition, the Worldpay business became part of the Merchant Solutions segment.

During the Class Period, Defendants made false and/or misleading statements in connection with Fidelity National's acquisition of Worldpay. Specifically, Defendants misled investors by: (1) touting the benefits of the Worldpay integration for the Company; (2) claiming the Fidelity National had "successfully completed the Worldpay integration"; (3) downplaying competition concerns in the Merchant Solutions segment; and (4) materially overstating the Company's earnings or materially understating the Company's net losses by improperly accounting for Worldpay's goodwill in violation of GAAP. As a result, Defendants' positive statements about the

Company's business, operations, and prospects during the Class Period were materially false and /or misleading. Through this fraud, Defendants caused Fidelity National stock to trade at artificially high prices during the Class Period.

These failures, false representations, and other undisclosed issues were later revealed to the market through public disclosures in 2022 and 2023, including through resignation of key officers of the Company and in financial reports from the Company. These revelations culminated on February 13, 2023 when the Company announced it would spin off Worldpay, and in the process, the Company recognized a stunning $17.6 billion goodwill impairment on the asset. In response to this revelation, the price of Fidelity National stock fell more than 12%, from a closing price of $75.43 per share on the prior trading day of February 10, 2023, to a closing price of $66.00 per share on February 13, 2023.

If you purchased or acquired Fidelity National common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as Lead Plaintiff. Lead Plaintiff motion papers must be filed no later than **May 5, 2023**. The Lead Plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as Lead Plaintiff to share in any Class recovery in this action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member. You may retain counsel of your choice to represent you in this action.

If you would like to consider serving as Lead Plaintiff or have any questions about this lawsuit, you may contact Francis P. McConville, Esq. of Labaton Sucharow, at (212) 907-0650, or via email at **fmcconville@labaton.com**. You can view a copy of the complaint online **here**.

Nebraska Investment Council is an unincorporated instrumentality of the State of Nebraska that has the statutory responsibility for the investment management of the assets of the State of Nebraska, including the public employee retirement plans administered by the Nebraska Public Employee Retirement System. Nebraska Investment Council is represented by Labaton Sucharow, which represents many of the largest pension funds in the United States and internationally with combined assets under management of more than $3 trillion. Labaton Sucharow's litigation reputation is built on its half-century of securities litigation experience, more than seventy full-time attorneys, and in-house team of investigators, financial analysts, and forensic accountants. Labaton Sucharow has been recognized for its excellence by the courts and peers, and it is consistently ranked in leading industry publications. Offices are located in New York, NY, Wilmington, DE, and Washington, D.C. More information about Labaton Sucharow is available at **www.labaton.com**.

View source version on businesswire.com:
**https://www.businesswire.com/news/home/20230428005613/en/**
**Contact:**

Francis P. McConville, Esq.

Labaton Sucharow LLP

(212) 907-0650

**fmcconville@labaton.com**

-0- Apr/29/2023 00:06 GMT