**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |
|---|---|
| IN RE FIDELITY NATIONAL INFORMATION SERVICES, INC. SECURITIES LITIGATION | Case No. 3:23-cv-252-TJC-PDB |
| This Document Relates To: <br><br> *Palm Bay Police and Firefighters' Pension Fund v. Fidelity National Information Services, Inc.*, Case No. 3:23-cv-252-TJC-PDB | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**
**BY PLAINTIFF CITY OF PALM BAY POLICE**
**AND FIREFIGHTERS' PENSION FUND**

PLEASE TAKE NOTICE that plaintiff City of Palm Bay Police and Firefighters' Pension Fund hereby voluntarily dismisses all claims in *Palm Bay Police and Firefighters' Pension Fund v. Fidelity National Information Services, Inc., et al.*, Case No. 3:23-cv-252-TJC-PDB (the "Action"), without prejudice, as to all defendants.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

DATED:  July 6, 2023

Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ Maya Saxena*
Maya Saxena (FL Bar No. 95494)
Joseph E. White, III (FL Bar No. 621064)
Lester R. Hooker (FL Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for Plaintiff City of Palm Bay Police and Firefighters' Pension Fund*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner (FL Bar No. 244082)
Stuart A. Kaufman (FL Bar No. 979211)
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Plaintiff Palm Bay Police and Firefighters' Pension Fund*

1

## **CERTIFICATE OF SERVICE**

I, Maya Saxena, hereby certify that, on July 6, 2023, I authorized a true and correct copy of the foregoing to be electronically filed with the clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Maya Saxena
Maya Saxena