## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

<table>
<tr><td>IN RE FIDELITY NATIONAL INFORMATION SERVICES, INC. SECURITIES LITIGATION</td><td>No. 3:23-cv-00252<br><br>Honorable Timothy J. Corrigan<br><br>Honorable Patricia D. Barksdale</td></tr>
</table>

### NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere."  I certify that the above-captioned case is related to the following civil case recently filed in this Court: *City of Hialeah Employees' Retirement System, Derivatively on Behalf of Fidelity National Information Services, Inc., v. Stephanie L. Ferris, Gary A. Norcross, James W. Woodall, Lee Adrean, Ellen R. Alemany, Vijay G. D'Silva, Jeffrey A. Goldstein, Lisa A. Hook, Kenneth T. Lamneck, Gary L. Lauer, Louise M. Parent, Brian T. Shea, James B. Stallings Jr., Charles D. Drucker, Keith W. Hughes, David K. Hunt, And Jeffrey E. Stiefler, And Fidelity National Information Services, Inc. (Nominal Defendant)*, Case No. 3:23-cv-01223, Middle District of Florida (Filed October 18, 2023).

Dated: October 23, 2023

Respectfully submitted,

*/s/ R. Eric Bilik*
R. Eric Bilik (FL Bar No. 987840)
MCGUIREWOODS LLP
50 North Laura Street
Suite 3300
Jacksonville, FL 32202
T: (904) 798-2685
F: (904) 360 6304
ebilik@mcguirewoods.com

Ian M. Ross (FL Bar No. 91214)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
T: (305) 391-5100
F: (305) 391-5191
iross@sidley.com

Hille R. Sheppard*
John M. Skakun III*
Caroline A. Wong*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
T: (312) 853-7000
F: (312) 853-7036
hsheppard@sidley.com
jskakun@sidley.com
caroline.wong@sidley.com
*Pro Hac Vice*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.


*/s/ R. Eric Bilik*