**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

|  |  |
|---|---|
| IN RE FIDELITY NATIONAL INFORMATION SERVICES, INC. SECURITIES LITIGATION | Case No. 3:23-cv-252-TJC-PDB<br><br>Honorable Timothy J. Corrigan<br><br>Honorable Patricia D. Barksdale |

**JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Lead Plaintiffs Nebraska Investment Council, North Carolina Retirement Systems, North Carolina Supplemental Retirement Plans ("Lead Plaintiffs"), and Defendants Fidelity National Information Services, Inc. ("FIS" or the "Company"), Gary Norcross, James Woodall, Stephanie Ferris, and Thomas Warren (the "Individual Defendants" and together with the Company, "Defendants") jointly move this Court to enter the Agreed Confidentiality Order.

In support of this motion, the Parties state as follows:

1.    On October 23, 2024, the Parties filed the Case Management Report in this action (Doc. No. 63).

2.    To facilitate discovery, the Parties conferred and reached an agreement regarding how the Parties will manage the production of confidential material in this action.

3.    A copy of the Agreed Confidentiality Order is attached hereto as Exhibit A.

WHEREFORE, the Parties respectfully request that this Court enters the attached Agreed Confidentiality Order

### Local Rule 3.01(g) Certification

Counsels for Lead Plaintiffs and Defendants certify that they have conferred regarding the relief sought herein and all Parties jointly seek such relief.

1

DATED: January 31, 2025

/s/ *Michael P. Canty*
Michael P. Canty (*pro hac vice*)
James T. Christie (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 8180-0477
mcanty@labaton.com
jchristie@labaton.com
nmanningham@labaton.com

*Lead Counsel for Lead Plaintiffs*

**GRAY ROBINSON, P.A.**
David S. Oliver (FL Bar No. 521922)
301 East Pine Street
Suite 1400
Orlando, Florida 32801

Telephone: (407) 843-8880
Facsimile: (407) 244-5690
david.oliver@gray-robinson.com

*Liaison Counsel for Lead Plaintiffs*

/s/ *Hille R. Sheppard*
Hille R. Sheppard (*pro hac vice*)
John M. Skakun III (*pro hac vice*)
Caroline A. Wong (*pro hac vice*)
Takayuki Ono (*pro hac vice*)
**SIDLEY AUSTIN LLP**
One South Dearborn Chicago, IL 60603
T: (312) 853-7000
F: (312) 853-7036
hsheppard@sidley.com
jskakun@sidley.com
caroline.wong@sidley.com
tono@sidley.com

Ian M. Ross (FL Bar No. 91214)
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
T: (305) 391-5100
F: (305) 391-5191
iross@sidley.com

R. Eric Bilik (FL Bar No. 987840)
**MCGUIREWOODS LLP**
50 North Laura Street Suite 3300
Jacksonville, FL 32202
T: (904) 798-2685
F: (904) 360 6304
ebilik@mcguirewoods.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case.

/s/ Michael P. Canty
Michael P. Canty