**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE FIDELITY NATIONAL INFORMATION SERVICES, INC. SECURITIES LITIGATION | No. 3:23-cv-00252<br><br>Honorable Timothy J. Corrigan<br><br>Honorable Patricia D. Barksdale |

**INDEX OF APPENDICES AND EXHIBITS TO DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| App'x | Description |
|---|---|
| I | Statements Challenged as False or Misleading |
| II | Alleged Corrective Disclosures |
| III | Comparison of the Challenged Statements to the Alleged Corrective Disclosures |

| Ex. | Date | Description |
|---|---|---|
| 1 | 5/2/25 | Expert Report of Douglas J. Skinner |
| 2 | 2/20/20 | 2019 Form 10-K (Excerpts) |
| 3 | 10/29/20 | 3Q20 Earnings Call Transcript |
| 4 | 2/15/22 | 4Q21 Earnings Call Transcript |
| 5 | 2/27/23 | 2022 Form 10-K (Excerpts) |
| 6 | 4/10/25 | Transcript of the Deposition of Chad Coffman (Excerpts) |
| 7 | 3/27/25 | Transcript of the 30(b)(6) Deposition of Plaintiff Nebraska Investment Council (Excerpts) |
| 8 | 4/22/25 | Letter from C. Wong to N. Manningham |
| 9 | 5/2/25 | Email from N. Manningham to C. Wong |
| 10 | 4/7/25 | Order on Class Certification, *In re Concho Resources, Inc. Sec. Litig.*, No. 21-cv-2473, Dkt. 121 (S.D. Tex. Apr. 7, 2025) |