## Appendix I:
## Statements Challenged as False or Misleading in the Amended Complaint[1]

| | | | Category A: Statements About Revenue Synergies or Cross Sales (May 2020–March 2022) | |
|---|---|---|---|---|
| # | Date | AC | Source | Challenged Statements, In Context |
| A-1 | 5/7/20 | ¶ 184 | 1Q20 Press Release | "The Company achieved annual run-rate synergies exiting the first quarter 2020 as follows: <br><br> • ***Revenue synergies of approximately $100 million, an increase of $20 million compared to the fourth quarter of 2019*** <br> • Expense synergies of approximately $580 million, inclusive of approximately $275 million in interest expense savings, an increase of $115 million compared to the fourth quarter of 2019 <br><br> As a result, the Company reiterated its previously-announced revenue synergy targets and increased its expense synergy target as follows: <br><br> • $200 million exiting 2020 <br> • $550 million exiting 2022." |
| A-2 | 8/4/20 | ¶ 186 | 2Q20 Earnings Call Transcript | "We continue to outpace expectations on our synergy goals and are well ahead of schedule to meet our aggressive 3-year synergy targets. ***At the end of the quarter, our teams have achieved more than . . . $115 million in annual revenue synergies.*** We have an additional $60 million in revenue synergies that we are in the process of implementing now, and we have a growing pipeline of cross-sell opportunities that will continue to drive additional growth." |

---

[1] This chart quotes each statement that Plaintiffs' Amended Complaint (Dkt. 46, "AC") claims is false or misleading. More specifically, Plaintiffs challenge the statements highlighted in bold and italics. *See* AC at p. 67 n.20.

| # | Date | AC | Source | Challenged Statements, In Context |
|---|---|---|---|---|
| A-3 | 10/29/20 | ¶ 188 | 3Q20 Earnings Call Transcript | "Touching on our Worldpay integration[,] [w]e are more than 2 years ahead of schedule. ***We have achieved $150 million in revenue synergies*** as we continue to see really strong traction with our Premium Payback solution. And we are significantly outperforming our initial expectations for merchant bank referrals." |
| A-4 | 2/9/21 | ¶ 190 | 4Q20 Earnings Call Transcript | "We also made great progress with the Worldpay integration, remaining well ahead of plan and ***exited the year generating more than $200 million in revenue synergies*** and more than $750 million in cost synergies. With this impressive momentum, we are excited to build on our strengths as we look ahead to accelerating organic revenue growth in 2021." |
| A-5 | 5/6/21 | ¶ 192 | 1Q21 Press Release | "Strong results and exceptional new sales performance across all operating segments drive increased outlook for full-year 2021[.] Increased revenue synergy targets as ramping volumes, cross-selling execution and continued geographic expansion accelerated first quarter synergy achievement[.] . . . The Company achieved annual run-rate synergies related to the Worldpay acquisition, exiting the first quarter of 2021 as follows: ***Revenue synergies of approximately $300 million on an annual run-rate basis, including ongoing execution of cross-sell opportunities, bank referral agreements, geographic expansion, ramping volumes and Merchant SMB sales initiatives."*** |

| # | Date | AC | Source | Challenged Statements, In Context |
|---|------|----|--------|----------------------------------|
| A-6 | 8/3/21 | ¶ 197 | 2Q21 Press Release | "[FIS] [r]aises year-end 2021 revenue synergy target by $100 million to approximately $700 million on an annual run-rate basis, ***in order to reflect strong cross-selling performance during the second quarter*** . . . 'FIS delivered an exceptional quarter,' said Gary Norcross, FIS chairman and chief executive officer. 'Our transformation has created strong demand with our clients. Even as the world slowed, we continued to invest in our talent and our cloud-native solutions portfolio, creating a significant pipeline with our clients and prospects. With strong new sales and our largest revenue synergy quarter to-date, we are raising our guidance for the second time this year.'" |
| A-7 | 2/15/22 | ¶ 209 | 4Q21 Earnings Call Transcript | "Let me take the cross-segment sales. I think the team has ***done an excellent job driving cross sales through the Worldpay acquisition***. I mean, ***we exceeded more than $700 million in cross sales***, and so far we exceeded our original guide of what we thought we would get." |
| A-8 | 3/9/22 | ¶ 218 | Wolfe Fintech Forum Transcript | Analyst: "When you – if you could look back in the year and tell us what you think what positively surprised you about the year, whether it's the industry and how that was trending or it's specific to FIS or for that matter, negatively surprised you through the year before we go into '22 and looking forward, I think that would be helpful."<br><br>Norcross: "Well, let's look at positives first. . . . We really successfully completed the Worldpay integration. We blew out [m]any of our operating synergies going into that, whether it was on expense takeout or revenue. ***Revenue exceeded well over $700 million of cross-sales.*** We ended up getting over $900 million of cost takeout. So we feel great about that integration and how that went." |

| Category B: Generic Statements About Worldpay or FIS's Market Share (June 2021–August 2022) | | | | |
|---|---|---|---|---|
| # | Date | AC | Source | Challenged Statements, In Context |
| B-1 | 6/10/21 | ¶ 195 | Baird Conference Transcript | Analyst: "If we move to one of the other just big events of the last couple of years, the Worldpay acquisition[,] I often think of your legacy business, your historical [] business about 2/3 the banking business and then 1/3 now is Worldpay. How has that gone? Where are the things that went better or worse than expected? And where are you today as a merger?"<br><br>Norcross: "We couldn't be more pleased with it. I hate to say it this way, ***but we really haven't had negative surprises with Worldpay***. We typically do – as you go through due diligence, especially as you're starting to dig in on your revenue synergies and where you're going to see opportunities come with cross-sell and upsells to our base. ***But frankly, everything [ha]s . . . hit as we expected, and many reasons and many examples have exceeded our expectations. And frankly, that's why you saw Woody and I both raise our overall revenue synergy guidance coming out of last quarter.***" |

| # | Date | AC | Source | Challenged Statements, In Context |
|---|------|----|--------|----------------------------------|
| B-2 | 11/16/21 | ¶ 205 | RBC Conference Transcript | "If you look at what's happened over the last several years is, look, we've had significant growth as a company. We've maintained our dividend at 10%. And frankly, our earnings have just outstripped that. And so it's really just a reflection of us saying let's get back to redeploying some capital. Let's target – how do we get back to roughly 1/3 of our cash flow going back to our shareholders through dividend over time. And so it's going to become very predictable.<br><br>And so it just felt like when you look at where we are on the Worldpay integration, ***we've got really Worldpay predominately behind us now. We've got all of our segments really hitting on all cylinders***, really have a competitive stack across the board. We're generating significant free cash flow. We're able to – we've got plenty of cash flow to not only maintain our investment, to maintain our growth, but continue to lean in on growth ideas. I'm sure we'll talk about the super user concept at some point in the meeting. And so just an opportunity for us to raise the dividend and say, look, let's get back to where that originally was and really start leaning in on our income guys as well that are looking for that and just one more way to really return value to our shareholders. So we'll continue to raise that. You'll see us over time move that back to where we're getting it back to about 1/3 payout." |

| # | Date | AC | Source | Challenged Statements, In Context |
|---|------|----|--------|----------------------------------|
| B-3 | 11/16/21 | ¶ 207 | RBC Conference Transcript | Analyst: "So that brings me to the competitive narrative and [M]erchant, which is why I think most people dialed in, right? Everyone wants to hear about this. So you gave a real deep dive during the last earnings call. It brought a lot of new insights, I think, for a lot of investors, myself included. But I wanted to give you opportunity to say like, what are the talking points? What are the takeaways from that information that you decided to be more transparent with to tell to the investment community about this competitive narrative around merchant?"<br><br>Norcross: ". . . I think what people see when they look and really dig through all of that, ***no way you can say that FIS is losing share, just the exact opposite***. No way to think that we can – when you look, we're actually a leader in the disruption, not going to be disrupt[ed], and that's hopefully the narrative that people are going to start realizing as they do their work." |
| B-4 | 8/4/22 | ¶ 232 | 2Q22 Earnings Call Transcript | "[W]e are ***hugely successful in terms of driving revenue synergies on the Worldpay transaction***. And as I came back into the company [I] was even more excited to look across the segments and see the demand and he[ar] the demand from customers." |

| Category C: Statements About Goodwill (November 2021–November 2022) | | | | |
|---|---|---|---|---|
| # | Date | AC | Source | Challenged Statements, In Context |
| C-1 | 11/4/21 | ¶ 200 | 3Q21 Form 10-Q | $35.9 billion reported for Merchant Solutions goodwill as of 9/30/21. |
| C-2 | 11/4/21 | ¶ 203 | 3Q21 Form 10-Q | "Due to the continued economic impact of the COVID-19 pandemic, we evaluated if events and circumstances as of September 30, 2021, indicated potential impairment of our reporting units. We performed a qualitative assessment by examining factors most likely to affect our reporting units' fair values and considered the impact to our business from the COVID-19 pandemic. The factors examined involve significant use of management judgment and included, among others, (1) forecast revenue, growth rates, operating margins, and capital expenditures used to calculate estimated future cash flows, (2) future economic and market conditions and (3) FIS' market capitalization. ***Based on our interim impairment assessment as of September 30, 2021, we concluded that it remained more likely than not that the fair value continues to exceed the carrying amount for each of our reporting units; therefore, goodwill was not impaired.***" |
| C-3 | 11/4/21 | ¶ 199 | 3Q21 Form 10-Q | "The periodic report containing financial statements to which this certificate is an exhibit fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934. . . . The information contained in the periodic report to which this certificate is an exhibit fairly presents, in all material respects, the financial condition and results of operations of the Company." |

7

| # | Date | AC | Source | Challenged Statements, In Context |
|---|------|-----|--------|----------------------------------|
| C-4 | 2/23/22 | ¶ 215 | 2021 Form 10-K | $36.4 billion reported for Merchant Solutions goodwill as of 12/31/21. |
| C-5 | 2/23/22 | ¶ 213 | 2021 Form 10-K | "Goodwill impairment assessments require a significant amount of management judgment, and a meaningful change in one or more of the underlying forecasts, estimates, or assumptions used in testing goodwill for impairment could result in a material impact on the Company's results of operations and financial position. Based on the results of our assessments, $94 million of goodwill related to certain non-strategic businesses within the Corporate and Other segment was impaired in 2020. *For all other reporting units for all periods presented, goodwill was not impaired."* . . .<br><br>*"For Merchant Solutions in 2021, we performed a qualitative assessment for our annual assessment. In addition to the factors noted above that are considered when performing such an assessment, we considered actual results for 2021 and updated internal forecasts as compared to prior internal forecasts and other assumptions used in the 2020 quantitative annual assessment. As a result of the assessment, we determined that the indicated fair value of the reporting unit was estimated to be in excess of carrying amount by a similar percentage as determined by the prior year's quantitative assessment. We concluded for 2021 that it remained more likely than not that the fair value of the Merchant Solutions reporting unit continued to exceed its carrying amount."* |
| C-6 | 2/23/22 | ¶ 212 | 2021 Form 10-K | "The periodic report containing financial statements to which this certificate is an exhibit fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934. . . . The information contained in the periodic report to which this certificate is an exhibit fairly presents, in all material respects, the financial condition and results of operations of the Company." |

| # | Date | AC | Source | Challenged Statements, In Context |
|---|------|-----|--------|----------------------------------|
| C-7 | 5/3/22 | ¶ 221 | 1Q22 Form 10-Q | $36.1 billion reported for Merchant Solutions goodwill as of 3/31/22. |
| C-8 | 5/3/22 | ¶ 224 | 1Q22 Form 10-Q | "We assess goodwill for impairment on an annual basis during the fourth quarter or more frequently if circumstances indicate potential impairment. Due to the continued economic impact of the COVID-19 pandemic, we evaluated if events and circumstances as of March 31, 2022, indicated potential impairment of our reporting units. We performed a qualitative assessment by examining factors most likely to affect our reporting units' fair values and considered the impact to our business from the COVID-19 pandemic. The factors examined involve significant use of management judgment and included, among others, (1) forecast revenue, growth rates, operating margins, and capital expenditures used to calculate estimated future cash flows, (2) future economic and market conditions and (3) FIS' market capitalization. ***Based on our interim impairment assessment as of March 31, 2022, we concluded that it remained more likely than not that the fair value continues to exceed the carrying amount for each of our reporting units; therefore, goodwill was not impaired.***" |
| C-9 | 5/3/22 | ¶ 220 | 1Q22 Form 10-Q | "The periodic report containing financial statements to which this certificate is an exhibit fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934. . . . The information contained in the periodic report to which this certificate is an exhibit fairly presents, in all material respects, the financial condition and results of operations of the Company." |

9

| # | Date | AC | Source | Challenged Statements, In Context |
|---|------|-----|--------|----------------------------------|
| C-10 | 8/4/22 | ¶ 227 | 2Q22 Form 10-Q | $35.2 billion reported for Merchant Solutions goodwill as of 6/30/22. |
| C-11 | 8/4/22 | ¶ 230 | 2Q22 Form 10-Q | "We assess goodwill for impairment on an annual basis during the fourth quarter or more frequently if circumstances indicate potential impairment. We evaluated if events and circumstances as of June 30, 2022, indicated potential impairment of our reporting units. We performed a qualitative assessment by examining factors most likely to affect our reporting units' fair values and considered the impact to our business from the COVID-19 pandemic and macroeconomic conditions. The factors examined involve significant use of management judgment and included, among others, (1) forecast revenue, growth rates, operating margins, and capital expenditures used to calculate estimated future cash flows, (2) future economic and market conditions and (3) FIS' market capitalization. ***Based on our interim impairment assessment as of June 30, 2022, we concluded that it remained more likely than not that the fair value continues to exceed the carrying amount for each of our reporting units; therefore, goodwill was not impaired.***" |
| C-12 | 8/4/22 | ¶ 226 | 2Q22 Form 10-Q | "The periodic report containing financial statements to which this certificate is an exhibit fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934. . . . The information contained in the periodic report to which this certificate is an exhibit fairly presents, in all material respects, the financial condition and results of operations of the Company." |

| # | Date | AC | Source | Challenged Statements, In Context |
|---|------|-----|--------|----------------------------------|
| C-13 | 11/4/22 | ¶ 235 | 3Q22 Form 10-Q | $34.3 billion reported for Merchant Solutions goodwill as of 9/30/22. |
| C-14 | 11/4/22 | ¶ 238 | 3Q22 Form 10-Q | "We assess goodwill for impairment on an annual basis during the fourth quarter or more frequently if circumstances indicate potential impairment. We evaluated if events and circumstances as of September 30, 2022, indicated potential impairment of our reporting units. We performed a qualitative assessment by examining factors most likely to affect our reporting units' fair values and considered the impact to our business from the COVID-19 pandemic and macroeconomic conditions. The factors examined involve significant use of management judgment and included, among others, (1) forecast revenue, growth rates, operating margins, and capital expenditures used to calculate estimated future cash flows, (2) future economic and market conditions and (3) FIS' market capitalization. ***Based on our interim impairment assessment as of September 30, 2022, we concluded that it remained more likely than not that the fair value continues to exceed the carrying amount for each of our reporting units; therefore, goodwill was not impaired.***" |
| C-15 | 11/4/22 | ¶ 234 | 3Q22 Form 10-Q | "The periodic report containing financial statements to which this certificate is an exhibit fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934. . . . The information contained in the periodic report to which this certificate is an exhibit fairly presents, in all material respects, the financial condition and results of operations of the Company." |

11