## Appendix II:
## Alleged Corrective Disclosures Asserted in the Amended Complaint

| Date | AC | Source | Allegedly Corrective Information |
|---|---|---|---|
| 8/4/22 | ¶ 245 | 2Q22 Earnings Press Release | **For 2Q22:** "Adjusted EBITDA margin contracted by 280 basis points to 47.1% [in the Merchant Solutions segment]." |
|  |  | 2Q22 Earnings Conference Call | **For 2Q22:** "On the volume side, we saw sequential volume decreases [for the Merchant Solutions segment] in line with Fiserv, Visa, MasterCard and Global, very similar." |
| 11/3/22 | ¶ 251 | 3Q22 Earnings Press Release | **For 3Q22:** "Adjusted EBITDA margin contracted by 430 basis points to 47.4% [in the Merchant Solutions segment]." |
|  |  | 3Q22 Earnings Conference Call | **For 3Q22:** "We are not pleased with the profitability performance of the business and are taking actions to address them." |
| 2/13/23 | ¶ 255 | 4Q22 Earnings Press Release | **For 4Q22:** "The Company recorded a non-cash goodwill impairment charge of $17.6 billion related to the Merchant Solutions reporting unit in the quarter." |
|  |  | 4Q22 Earnings Press Release | **On 2/13/23:** "FIS announced plans for a tax-free spin-off of its Merchant Solutions business." |