## Appendix III:
## Comparison of the Challenged Statements to the Alleged Corrective Disclosures

| Category A: Statements About Revenue Synergies or Cross Sales | | Allegedly Corrective Information |
|---|---|---|
| • **A-1 (5/7/20):** "The Company achieved . . . [r]evenue synergies of approximately $100 million." <br><br> • **A-2 (8/4/20):** "At the end of the quarter, our teams have achieved more than . . . $115 million in annual revenue synergies." <br><br> • **A-3 (10/29/20):** "We have achieved $150 million in revenue synergies." | 8/4/22 | • **For 2Q22:** "Adjusted EBITDA margin contracted by 280 basis points to 47.1% [in the Merchant Solutions segment]." <br><br> • **For 2Q22:** "On the volume side, we saw sequential volume decreases [for the Merchant Solutions segment] in line with Fiserv, Visa, MasterCard and Global, very similar." |
| • **A-4 (2/9/21):** "We . . . exited the year generating more than $200 million in revenue synergies." <br><br> • **A-5 (5/6/21):** "The Company achieved . . . [r]evenue synergies of approximately $300 million on an annual run-rate basis." <br><br> • **A-6 (8/3/21):** "[FIS] [r]aises year-end 2021 revenue synergy target by $100 million to approximately $700 million on an annual run-rate basis, in order to reflect strong cross-selling performance during the second quarter." | 11/3/22 | • **For 3Q22:** "Adjusted EBITDA margin contracted by 430 basis points to 47.4% [in the Merchant Solutions segment]." <br><br> • **For 3Q22:** "We are not pleased with the profitability performance of the business and are taking actions to address them." |
| • **A-7 (2/15/22):** "[W]e exceeded more than $700 million in cross sales." <br><br> • **A-8 (3/9/22):** "Revenue exceeded well over $700 million of cross-sales." | 2/13/23 | • **For 4Q22:** "The Company recorded a non-cash goodwill impairment charge of $17.6 billion related to the Merchant Solutions reporting unit in the quarter." <br><br> • **On 2/13/23:** "FIS announced plans for a tax-free spin-off of its Merchant Solutions business." |

| Category B: Generic Statements About Worldpay or FIS's Market Share | Allegedly Corrective Information | |
|---|---|---|
| • **B-1 (6/10/21):** "[W]e really haven't had negative surprises with Worldpay. . . . [F]rankly, everything [ha]s . . . hit as we expected, and many reasons and many examples have exceeded our expectations. And frankly, that's why you saw [us] raise our overall revenue synergy guidance coming out of last quarter."<br><br>• **B-2 (11/16/21):** "And so it just felt like when you look at where we are on the Worldpay integration, we've got really Worldpay predominately behind us now. We've got all of our segments really hitting on all cylinders, really have a competitive stack across the board.<br><br>• **B-3 (11/16/21):** "[N]o way you can say that FIS is losing share, just the exact opposite."<br><br>• **B-4 (8/4/22):** "[W]e are hugely successful in terms of driving revenue synergies on the Worldpay transaction." | 8/4/22 | • **For 2Q22:** "Adjusted EBITDA margin contracted by 280 basis points to 47.1% [in the Merchant Solutions segment]."<br><br>• **For 2Q22:** "On the volume side, we saw sequential volume decreases [for the Merchant Solutions segment] in line with Fiserv, Visa, MasterCard and Global, very similar." |
| | 11/3/22 | • **For 3Q22:** "Adjusted EBITDA margin contracted by 430 basis points to 47.4% [in the Merchant Solutions segment]."<br><br>• **For 3Q22:** "We are not pleased with the profitability performance of the business and are taking actions to address them." |
| | 2/13/23 | • **For 4Q22:** "The Company recorded a non-cash goodwill impairment charge of $17.6 billion related to the Merchant Solutions reporting unit in the quarter."<br><br>• **On 2/13/23:** "FIS announced plans for a tax-free spin-off of its Merchant Solutions business." |

| Category C: Statements About Goodwill | Allegedly Corrective Information | |
|---|---|---|
| • **C-1, C-4, C-7, C-10, C-13 (quarterly, 3Q21–3Q22):** The amount of goodwill reported for the Merchant Solutions segment as of 9/30/21 ($35.9 billion), 12/31/21 ($36.4 billion), 3/31/22 ($36.1 billion), 6/30/22 ($35.2 billion), and 9/30/22 ($34.3 billion), respectively.<br><br>• **C-2, C-8, C-11, C-14 (quarterly assessments for 3Q21, 1Q22, 2Q22, 3Q22):** "Based on our interim impairment assessment as of [September 30, 2021, March 31, 2022, June 30, 2022, or September 30, 2022, respectively], we concluded that it remained more likely than not that the fair value continues to exceed the carrying amount for each of our reporting units; therefore, goodwill was not impaired." | 8/4/22 | • **For 2Q22:** "Adjusted EBITDA margin contracted by 280 basis points to 47.1% [in the Merchant Solutions segment]."<br><br>• **For 2Q22:** "On the volume side, we saw sequential volume decreases [for the Merchant Solutions segment] in line with Fiserv, Visa, MasterCard and Global, very similar." |
| • **C-5 (annual assessment for 2021):** "For all other reporting units for all periods presented, goodwill was not impaired. . . . We concluded for 2021 that it remained more likely than not that the fair value of the Merchant Solutions reporting unit continued to exceed its carrying amount."<br><br>• **C-3, C-6, C-9, C-12, C-15 (quarterly, 3Q21–3Q22):** "The periodic report containing financial statements to which this certificate is an exhibit fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934. . . . The information contained in the periodic report to which this certificate is an exhibit fairly presents, in all material respects, the financial condition and results of operations of the Company." | 11/3/22 | • **For 3Q22:** "Adjusted EBITDA margin contracted by 430 basis points to 47.4% [in the Merchant Solutions segment]."<br><br>• **For 3Q22:** "We are not pleased with the profitability performance of the business and are taking actions to address them." |