# Exhibit 7

**Transcript of the 30(b)(6) Deposition of Plaintiff Nebraska Investment Council (Excerpts)**

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

IN RE FIDELITY NATIONAL

INFORMATION SERVICES,          Case No.

INC. SECURITIES                3:23-cv-252-TJC-PDB

LITIGATION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*** CONFIDENTIAL ***


REMOTE VIDEO DEPOSITION OF

NEBRASKA INVESTMENT COUNCIL

by and through

ELLEN HUNG




March 27, 2025

9:15 AM Central





Stenographically Reported By:

Deanna Amore - CRR, RPR, CSR - 084-003999

Veritext Legal Solutions

www.veritext.com                                    888-391-3376

CONFIDENTIAL

Page 146

of 20.

MR. MANNINGHAM:  Objection.

BY MS. WONG:

Q.  Okay.  The top of that page starts with a sentence that says "I, Mike Hilgers, on behalf of Nebraska Investment Council hereby certify as follows."

Do you see that?

A.  Yes.

Q.  Who is Mike Hilgers?

A.  He's our AG.

Q.  What is his -- what has Mr. Hilgers's involvement been in monitoring this litigation?

A.  Can you repeat the question?

Q.  I'll actually rephrase the question.

What is Mr. Hilgers's involvement in this litigation?

A.  It's -- the AG's office has the authority to enter into lawsuits.  So they review -- they're involved every step of the way.

Q.  How are they involved other than authorizing the lawsuit to be filed?

A.  So they oversee the litigation process and help select counsel.

Q.  Paragraph 4 of this document, a little bit

Page 147

further down the same page, says "Nebraska's transactions in Fidelity National common stock during the Class Period through the Defined Benefit Plan and Cash Balance Benefit Plan (commingled) and the General Endowments, are reflected in Exhibit A attached hereto."

Do you see that?

A.  Yes.

Q.  What is the Defined Benefit Plan?

A.  The Nebraska Defined Benefit Plan is a retirement plan for the -- all the teachers in Nebraska.

Q.  Is the Defined Benefit -- was this Defined Benefit Plan invested in FIS common stock during the proposed class period?

A.  Our -- can you rephrase your question?

Q.  Sure.

So this paragraph says that Nebraska's -- it refers to Nebraska's transactions in FIS common stock during the proposed class period through the Defined Benefit Plan.

What does it mean for transactions in FIS common stock to have occurred through this Defined Benefit Plan?

A.  So these -- they are part of state assets,

Page 148

and it's the State of Nebraska that hired the managers, have the managers, and the state assets that are invested in FIS, and that's, hence, the language "through the Defined Benefit Plan."

Q.  Is the Defined Benefit Plan that's referenced in this paragraph funded by the actively managed portfolios that we were discussing earlier this afternoon?

MR. MANNINGHAM:  Objection.

THE WITNESS:  The defined benefit plans are funded by the State of Nebraska.

BY MS. WONG:

Q.  Okay.  What I'm trying to understand is how FIS's common stock plays a role with regard to this Defined Benefit Plan.

Is this Defined Benefit Plan invested in FIS common stock?

A.  You need to rephrase your question.

Q.  Is Nebraska's Defined Benefit Plan that's referenced in this paragraph -- was the Defined Benefit Plan that's referenced in this paragraph invested in FIS common stock during the proposed class period?

A.  The holder of record is the State of Nebraska.

Page 149

Q.  Then why is the Defined Benefit Plan referenced in this paragraph?

I'm trying to understand the relationship of that plan to the other entities you've been talking about.

A.  Because the holder of record is the State of Nebraska, and we have the fund underneath that.  The plan cannot own assets.  Only the State of Nebraska can own assets.

Q.  Does Nebraska Investment Council own assets?

A.  It's the State of Nebraska that owns the assets.  The Nebraska Investment Council oversees the investments of Nebraska assets.

Q.  Does the Nebraska Investment Council itself own any assets?

MR. MANNINGHAM:  Objection.

THE WITNESS:  Can you restate that?

BY MS. WONG:

Q.  Sure.  Actually, I'll rephrase it.

Has the Nebraska Investment Council been involved in FIS common stock during the proposed class period?

A.  So we have been using Nebraska Investment Council and Nebraska interchangeably.  It's the

38 (Pages 146 - 149)

CONFIDENTIAL

Page 150

State of Nebraska that owns assets. The Nebraska Investment Council does not own assets. We oversee the investments of state assets.

Q. In this case, is the Nebraska Investment Council claiming that it, itself, meaning the Nebraska Investment Council itself, has been harmed by the defendants' alleged misconduct?

MR. MANNINGHAM: Objection.

THE WITNESS: We are saying Nebraska was harmed in the investment of FIS securities, our investments in FIS securities.

BY MS. WONG:

Q. The next paragraph of this page says "Nebraska sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years."

And then there's a reference to a case captioned City of Miami Fire Fighters and Police Officers Retirement Trust versus Okta.

Do you see that?

A. Yes.

Q. Was the Nebraska Investment Council a lead plaintiff in that case?

A. Yes.

Q. And was the Nebraska Investment Council

Page 151

represented by Labaton in that case?

A. Yes.

Q. Has Nebraska Investment Council sought to be a lead plaintiff in any other securities case?

MR. MANNINGHAM: Objection.

THE WITNESS: Not that I'm aware of, no.

BY MS. WONG:

Q. Does Labaton represent the Nebraska Investment Council in any matters other than this Okta case referenced in this document and the FIS case we're talking about today?

MR. MANNINGHAM: Objection.

Are you referring to ongoing matters?

MS. WONG: I am.

THE WITNESS: Then no.

BY MS. WONG:

Q. Was the North Carolina Retirement Systems also a lead plaintiff in the Okta case referenced on this page?

MR. MANNINGHAM: Objection.

You can answer.

THE WITNESS: If my memory serves correct, yes.

BY MS. WONG:

Q. In addition to being co-lead plaintiffs in the FIS litigation and co-lead plaintiffs in the

Page 152

Okta securities litigation, does the -- do the North Carolina Retirement Systems and Nebraska Investment Council have any other relationship with each other?

MR. MANNINGHAM: Objection.

THE WITNESS: Can you ask that question again?

BY MS. WONG:

Q. I'll rephrase.

What is the relationship --

MR. MANNINGHAM: Sorry, Ms. Wong. Can we just go off the record for a second?

MS. WONG: Sure. That's all right.

THE VIDEOGRAPHER: Going off the record. The time is 1:51.

(Discussion off the record.)

THE VIDEOGRAPHER: We are going back on the video record. The time is 1:51.

BY MS. WONG:

Q. Ms. Hung, what is the relationship between the Nebraska Investment Council and the North Carolina Retirement Systems?

A. Can you be more specific?

Q. Other than being co-lead plaintiffs and/or co-class representatives in litigation, does the Nebraska Investment Council have any other

Page 153

relationship with the North Carolina Retirement Systems?

A. We are both retirement systems. We are both state plans.

Q. For my own education -- I'm sorry. Go ahead.

A. We communicate just because all state pension plans all communicate together.

Q. For my own curiosity, does every state have a state pension plan system similar to Nebraska's?

A. I'm not sure what you mean by "similar." We have similarities; we have differences.

Q. That's getting a little afield. So I'll move on.

Okay. I'd like to turn to the document in Tab 13 of the binder, please. This is Defendants' -- we'll mark this as Defendants' Exhibit Number 9.

(Whereupon, Defendants' Exhibit 9 was marked for identification.)

BY MS. WONG:

Q. Please take as much time as you'd like to look through this document and let me know when

39 (Pages 150 - 153)

CONFIDENTIAL

Page 230

your time today.

We can go off the record.

THE VIDEOGRAPHER: We are going off the record. The time is 4:38 PM. This concludes today's testimony by Nebraska Investment Council by Ellen Hung. The total number of media units used was six, and they will be retained by Veritext Legal Solutions. Thank you.

THE STENOGRAPHER: Would you like a rough or just a final copy?

MS. WONG: We will have a rough and a final copy would be great.

MR. MANNINGHAM: And can we also mark the transcript confidential?

THE STENOGRAPHER: Sure.

And did you want a final copy or a rough?

MR. MANNINGHAM: How long for the final?

THE STENOGRAPHER: Ten business days for the final.

MR. MANNINGHAM: We'll take a rough.

MS. WONG: I think our final is expedited.

THE STENOGRAPHER: Yes, three days.

MR. MANNINGHAM: Could we also get a final in three days?

THE STENOGRAPHER: Sure.

Page 231

CERTIFICATE

I, DEANNA AMORE, a Shorthand Reporter and notary public, within and for the State of Illinois, County of DuPage, do hereby certify:

That ELLEN HUNG, the witness whose examination is hereinbefore set forth, was first duly sworn by me and that this transcript of said testimony is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 30th day of March 2025.

Deanna M. Amore, CRR, RPR, CSR

Page 232

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

April 1, 2025

To: NICHOLAS MANNINGHAM

Case Name: In Re Fidelity National Information Services, Inc. Securites Litigation  v.
Veritext Reference Number: 7275824
Witness: Ellen Hung     Deposition Date:  3/27/2025

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown

above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

NO NOTARY REQUIRED IN CA

Page 233

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 7275824
CASE NAME: In Re Fidelity National Information Services, Inc. Securites Litigation  v.
DATE OF DEPOSITION: 3/27/2025
WITNESS' NAME: Ellen Hung
In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.
I have made no changes to the testimony as transcribed by the court reporter.

_____   _____
Date          Ellen Hung
Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20____.

_____
Notary Public

_____
Commission Expiration Date

59 (Pages 230 - 233)