# Exhibit 8

## 4/22/25 Letter from C. Wong to N. Manningham



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 312 853 7146
CAROLINE.WONG@SIDLEY.COM

April 22, 2025

**Via Email**

Nicholas D. Manningham
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005
nmanningham@labaton.com

Re:  *In re Fidelity National Information Services, Inc.*, No. 3:23-cv-252 (M.D. Fla.)

Dear Nick:

During the deposition of Lead Plaintiff Nebraska Investment Council (the "NIC"), it became clear that the NIC is not an FIS shareholder and thus lacks standing to proceed with the claims in this case. In particular, the NIC's representative testified that it is the "State of Nebraska that owns the assets" that the NIC oversees, that the NIC itself "does not own assets," and that the NIC is claiming only that "Nebraska was harmed" by Defendants' alleged false or misleading statements – not that the NIC was harmed. NIC 30(b)(6) Dep. Tr. at 149:10–150:11.

As such, we request that you withdraw the NIC as a lead plaintiff and proposed class representative in this case. Please let us know your position on this issue by April 28, 2025, or let us know if you would like to discuss.

Best regards,

*/s/ Caroline A. Wong*

Caroline A. Wong

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.