# Exhibit 9

## 5/2/25 Email from N. Manningham to C. Wong

| | |
|---|---|
| **From:** | Manningham, Nicholas <nmanningham@labaton.com> |
| **Sent:** | Friday, May 2, 2025 3:07 PM |
| **To:** | Wong, Caroline A.; Christie, James; Rogers, Michael H.; Yu, Newton; Harmon, Grace T. |
| **Cc:** | Sheppard, Hille R.; Skakun, John; Ono, Takayuki; Ross, Ian M.; Tariq, Aleena |
| **Subject:** | RE: [EXTERNAL]FIS - Nebraska Investment Council |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Caroline,

Thank you for your letter.  Your position regarding the standing of Nebraska Investment Council is wholly without merit.  Therefore, we will not withdraw them as Lead Plaintiff or proposed class representative.

Best,
Nick

**From:** Wong, Caroline A. <caroline.wong@sidley.com>
**Sent:** Tuesday, April 22, 2025 10:38 PM
**To:** Manningham, Nicholas <NManningham@labaton.com>; Christie, James <JChristie@labaton.com>; Rogers, Michael H. <MRogers@labaton.com>; Yu, Newton <nyu@labaton.com>; Harmon, Grace T. <GHarmon@labaton.com>
**Cc:** Sheppard, Hille R. <hsheppard@sidley.com>; Skakun, John <jskakun@sidley.com>; Ono, Takayuki <tono@sidley.com>; Ross, Ian M. <iross@sidley.com>; Tariq, Aleena <aleena.tariq@sidley.com>
**Subject:** [EXTERNAL]FIS - Nebraska Investment Council

Counsel,

Please see the attached correspondence.

Best,
Caroline

**CAROLINE A. WONG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7146
caroline.wong@sidley.com
Pronouns: she/her/hers

****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
****************************************************************************************

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of

the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.