# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| IN RE FIDELITY NATIONAL INFORMATION SERVICES, INC. SECURITIES LITIGATION | Case No. 3:23-cv-252-TJC-PDB<br><br>Honorable Timothy J. Corrigan<br><br>Honorable Patricia D. Barksdale |

## DECLARATION OF JAMES T. CHRISTIE IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

I, James T. Christie, declare as follows:

1.      I am a partner at Labaton Keller Sucharow LLP, Lead Counsel for Lead Plaintiffs Nebraska Investment Council, North Carolina Retirement Systems, and North Carolina Supplemental Retirement Plans ("Lead Plaintiffs") in the above-captioned action.  I respectfully submit this declaration in further support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      Attached as Exhibit F is a true and correct copy of the Expert Rebuttal Report of Chad Coffman, CFA (the "Coffman Rebuttal"), dated July 15, 2025 (filed with redactions).

3.      Attached as Exhibit G is a true and correct copy of the Expert Report of Dr. Douglas J. Skinner, dated May 2, 2025.

4.      Attached as Exhibit H is a true and correct copy of excerpts from the Deposition Transcript Dr. Douglas J. Skinner, dated June 27, 2024.

5.      Attached hereto as Exhibit I is a true and correct copy of the UBS Analyst Report, dated May 7, 2020.

6.      Attached hereto as Exhibit J is a true and correct copy of the RBC Capital Markets Report, dated May 7, 2020.

7.      Attached hereto as Exhibit K is a true and correct copy of the Credit Suisse Report, August 4, 2020.

8.      Attached hereto as Exhibit L is a true and correct copy of Goldman Sachs Analyst Report, dated October 30, 2020.

9.    Attached hereto as Exhibit M is a true and correct copy of the Baird Analyst Report, dated May 6, 2021.

10.    Attached hereto as Exhibit N is a true and correct copy of the Baird Analyst Report, dated June 10, 2021.

11.    Attached hereto as Exhibit O is a true and correct copy of the Rosenblatt Securities Report, dated August 3, 2021.

12.    Attached hereto as Exhibit P is a true and correct copy of the RBC Capital Markets Report, dated November 16, 2021.

13.    Attached hereto as Exhibit Q is a true and correct copy of an internal presentation, dated May 2020, bearing bates numbers FIS 00323071 – 093 (filed under seal).

14.    Attached hereto as Exhibit R is a true and correct copy of an internal presentation, dated May 13, 2021, bearing bates numbers FIS 00173055 - 112 (filed under seal).

15.    Attached hereto as Exhibit S is a true and correct copy of the Jeffries Analyst Report, dated December 7, 2020.

16.    Attached hereto as Exhibit T is a true and correct copy of Wedbush Report, dated August 3, 2021.

17.    Attached hereto as Exhibit U is a true and correct copy of Robert Armstrong, *Soft landing doubts creep in*, Fin. Times, dated February 14, 1023.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

3

Executed this 15th day of July, 2025.

/s/ *James T. Christie*
James T. Christie