# EXHIBIT J

**EQUITY RESEARCH**

## Capital Markets

RBC Capital Markets, LLC
**Daniel R. Perlin, CFA** (Analyst)
(410) 625-6130
daniel.perlin@rbccm.com
**Matt Roswell, CFA** (AVP)
(410) 625-6131
matt.roswell@rbccm.com

**Matthew Mueller** (Senior Associate)
(212) 558-0412
matthew.mueller@rbccm.com

May 7, 2020

# Fidelity National Information Services

## Slightly more exposed than thought

**Our view:** Recent trends, commentary around additional cost reductions, and incremental modernization of banking platforms, highlight the stability in FIS's business model, while also exposing some vulnerabilities.

### Key points:

**Q1/20 results.** FIS reported Q1/20 adjusted EPS of $1.28, in line with our estimate and the range the company preannounced on April 13th. Revenue was $3.08B, also roughly in line with our estimate and the preannouncement. Total revenues increased 2% y/y on an organic basis, while one-time revenues in Q1/19 acted as a 1ppt headwind. Adjusted EBITDA was $1.25B (40.5% margin), in line with our estimate and the preannouncement.

**Merchant Solutions pressure and April performance.** Not surprisingly, FIS' Merchant Solutions segment is experiencing the greatest effects from the COVID-19 related macro environment. Merchant Solutions organic revenue growth was running at +10%y/y in January before beginning to decelerate in February from slowdowns in travel and in Asia, and ultimately ending at (-40%) in April on a (30%) y/y decline in volume. While management did not provide guidance, on the call they said their Q2/20 Merchant Solutions revenue decline would be similar to April.

**Synergies accelerated & additional near-term expense savings identified.** During Q1/20, FIS achieved $100M of annual run-rate revenue synergies and ~$580M of annual run-rate cost synergies. For FY20, management now expects to exit the year with $200M in annual run-rate revenue synergies, and $700M of annual run-rate cost synergies. These cost synergies would exceed the company's original 3-year targeted level of $675M. In addition to the synergies, management noted that it would take further near-term actions to reduce expenses by $300M in FY20.

**Updating model & increasing target price.** Incorporating the results and Q2/20 commentary, we are reducing our FY20 adj EPS to $5.35 from $5.70 and our FY21 to $6.75 from $6.89. Correspondingly, we are increasing our target price to $150 from $140 or 22x (was 20x) our FY21E adj EPS, which is in line with peers and incorporates our view that additional cost savings coupled with our ability to establish a low watermark given April trends should allow the stock to base build from current levels and move higher with continued execution.

**Sector: Payments, Processors & IT Services**

## Outperform

NYSE: FIS; USD 131.43

## Price Target USD 150.00 ↑ 140.00

| WHAT'S INSIDE | |
|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change |
| ☐ In-Depth Report | ☑ Est. Change |
| ☐ Preview | ☐ News Analysis |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 105.00 | 131.43 | 150.00 | 173.00 |
| | ↓19% | | ↑15% | ↑33% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 625.0 | Market Cap (MM): | 82,144 |
| Dividend: | 1.40 | Yield: | 1.1% |
| | | Avg. Daily Volume: | 4,486,852 |

Priced intraday 05/7/20 at 1:32 pm ET.

### RBC Estimates

| FY Dec | 2018A | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| **Revenue** | 12,417.0 | 10,332.0 | 12,345.0 | 13,414.0 |
| Prev. | | | 12,580.0 | 13,787.0 |
| **EPS, cash Diluted** | 4.65 | 5.61 | 5.35 | 6.75 |
| Prev. | | | 5.70 | 6.89 |
| **P/CEPS** | 28.3x | 23.4x | 24.6x | 19.5x |
| **EBITDA** | 4,932.0 | 4,205.0 | 5,219.0 | 6,351.0 |
| Prev. | | | 5,490.0 | 6,467.0 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019 | 2,057.0A | 2,112.0A | 2,822.0A | 3,341.0A |
| 2020 | 3,078.0A | 2,803.0E | 3,082.0E | 3,382.0E |
| Prev. | 3,080.0E | 3,000.0E | 3,117.0E | |
| 2021 | 3,166.0E | 3,207.0E | 3,354.0E | 3,688.0E |
| Prev. | 3,267.0E | 3,330.0E | 3,481.0E | 3,709.0E |
| **EPS, cash Diluted** | | | | |
| 2019 | 1.16A | 1.30A | 1.43A | 1.57A |
| 2020 | 1.28A | 1.10E | 1.22E | 1.75E |
| Prev. | | 1.32E | 1.43E | 1.67E |
| 2021 | 1.49E | 1.54E | 1.65E | 2.08E |
| Prev. | 1.46E | 1.67E | 1.77E | 2.01E |

Revenue: FY19 as reported.
EPS, cash Diluted: FY19 as reported and includes D&A.
EBITDA: FY19 as reported.
All values in USD unless otherwise noted.

Disseminated: May 7, 2020 14:53ET; Produced: May 7, 2020 14:53ET

Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 7.**

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP
RBC Capital Markets appreciates your consideration in the 2020 Institutional Investor All-America Research Team survey.



## Target/Upside/Downside Scenarios

### Exhibit 1: Fidelity National Information Services, Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case

Our price target of $150 is 22x our CY21 EPS estimate of $6.75, with the target multiple in line with peers. Underlying our estimates are expectations for organic growth in the high-single digits based on low-single-digit growth in overall bank tech spending and mid- to high-single digit growth in merchant acquiring plus synergies from the merger with Worldpay. Our price target supports our Outperform rating.

### Upside scenario

Our upside scenario valuation is $173, or a P/E of 23x our upside CY21 EPS estimate of $7.44 (10% premium to base estimate) and a one-point expansion in the multiple to reflect the better-than-expected results. This upside potential assumes acceleration in organic growth for all of the operating lines plus higher and/or faster than expected synergy attainment.

### Downside scenario

Our downside scenario valuation is $105, or a P/E of 17x our downside CY21 EPS estimate of $6.08 (10% discount to our base estimate) and incorporates a five-point reduction to the target multiple, which we believe is appropriate if the earnings surprise to the downside. This downside potential assumes a deceleration in organic growth and/or difficulties in achieving merger synergies.

## Investment summary

We believe the FIS/WP transaction is all about global distribution and the combined company's ability to gain share quickly in an increasingly competitive global ecommerce acquiring market. Unlike other combinations in the space, which are more heavily weighted toward large cost synergies, FIS/WP is predicated on quickly capturing global revenue synergies. In short, we believe the transaction is about expanding the global reach of each company, especially using FIS' relationships with banks to cross-sell WP's international ecommerce solution, particularly in markets such as India and Brazil.

In the near term, the company could face pressure from: (1) the macro-environment; (2) increasing competition; (3) timing differentials given the shift to larger, more integrated contracts; and (4) risks associated with its exposure to big banks.

Near-term potential catalysts include: (1) an improvement in organic revenue growth; (2) additional contract wins, scope expansion, and project ramps in the global F/I channel; (3) the impact of fintech innovations such as mobile, real-time networks; (4) Protracted recovery given COVID-19 impacts.

May 7, 2020

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    2

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



## Analyst's view

FIS reported Q1/20 adjusted EPS of $1.28, in line with our estimate and the range the company preannounced on April 13th. Revenue was $3.08B, also roughly in line with our estimate and the preannouncement. Total revenues increased 2% y/y on an organic basis, while one-time revenues in Q1/19 acted as a 1ppt headwind. By segment, organic revenue growth was 1% at Banking Solutions, with a 2ppt headwind from the difficult comparison, flat at Merchant Solutions and +7% at Capital Market Solutions. Adjusted EBITDA was $1.25B (40.5% margin), in line with our estimate and the preannouncement.

**Merchant Solutions pressure and April performance.** Not surprisingly, FIS' Merchant Solutions segment is experiencing the greatest effects from the COVID-19 related macro environment. Merchant Solutions organic revenue growth was running at +10%y/y in January before beginning to decelerate in February from slowdowns in travel and in Asia, and ultimately ending at (-40%) in April on a (30%) y/y decline in volume. While management did not provide guidance, on the call they said their Q2/20 Merchant Solutions revenue decline would be similar to April. We believe that this revenue decline is the primary reason for management's comments that EBITDA margins will be down y/y in Q2/20, despite additional cost savings opportunities. The company noted that performance by vertical was mixed with 15% of segment revenue, comprised of non-discretionary purchases, ecommerce and digital, seeing increases, while traditional point-of-sale (POS, 60% of segment revenue) seeing moderate negative impacts. Travel, entertainment and restaurants saw significant declines, e.g., FIS' travel-related volumes were about 10% of year-ago levels in April.

**Banking Solutions & Capital Markets Solutions showing resiliency.** Reflecting their greater percentage of recurring revenue and new wins, these two segments are seeing less of an impact from COVID-19. In Banking, 83% of the segment revenue is recurring; however, 13ppt of this recurring revenue is tied to transactions and therefore facing pressure. The remaining 17% consists of professional services, which are seeing some impact from COVID-19; however, management stated that it could implement 100% of its banking solutions remotely. In Capital Markets, 70% of segment revenue is recurring with management expecting little to no impact on outsourced end-to-end solutions. The remaining 30% of the segment is either professional services or non-recurring in nature and exposed to macro headwinds, according to the company; however, management stated that ~70% of its Capital Markets solutions can be implemented remotely.

During the quarter, three banks chose FIS' Modern Banking Platform (one European, one an Investment Bank, and one in North America) joining the three relatively large banks signed last quarter. In Capital Markets, a leading financial services company will use the company's hosted commercial lending solution and a large financial institution its cloud-based credit & market risk management solution. Finally, despite the pressure in Merchant, a global brand will consolidate multiple acquirers onto the company's platform, while a 600+ location North American retailer will use FIS's acquiring solutions.

**Synergies accelerated & additional near-term expense savings identified.** During Q1/20, FIS achieved $100M of annual run-rate revenue synergies and ~$580M of annual run-rate cost synergies (inclusive of lower interest expenses). For FY20, management now expects to exit the year with $200M in annual run-rate revenue synergies, (unchanged from the prior target) and $700M of annual run-rate cost synergies, an increase of $100M from the previous target. These cost synergies would exceed the company's original 3-year targeted level of $675M. In addition to the synergies, management noted that it would take further near-term actions to reduce expenses by $300M in FY20. These actions will consist of items such as hiring freezes, travel restrictions, third-party spending decreases and short-term bonuses. Altogether,

May 7, 2020

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



management sees these cost actions as driving y/y margin expansion in FY20 despite the revenue pressures and the high incremental margins associated with that revenue.

**Liquidity & capital allocation.** At the end of Q1/20, FIS had $3B of liquidity in the form of $1.4B of cash and $1.6B remaining on its revolver. Total debt stood at $20.4B. Given the macro pressures, management delayed achieving its targeted leverage rate of 2.7x into next year rather than at the end of this year. Free cash flow for the quarter was $539M; the company paid $216M in dividends and did not repurchase any shares. Management, furthermore, reiterated that its capital allocation priorities remain investing in the company, paying the dividend and paying down debt.

Exhibit 2:  Earnings summary comparison; ($ in million except per share amounts)

**Pro-forma for all periods**

|  | Results vs. Expectations | | | | Prior Year (PF) | |
| --- | --- | --- | --- | --- | --- | --- |
|  | RBC est. Q1/20 | Actual Q1/20 | Delta/RBC | % Delta | PF Q1/19 | Delta Y/Y |
| Merchant Solutions | 942 | 935 | (7) | (1%) | 951 | nmf |
| Banking | 1,506 | 1,462 | (44) | (3%) | 1,504 | (3%) |
| Capital Markets | 632 | 631 | (1) | (0%) | 591 | 7% |
| Other | 0 | 50 | 50 |  | (1) |  |
| **Total** | **$3,080** | **$3,078** | **($2)** | (0%) | **$3,045** | 1% |
|  |  |  |  |  |  |  |
| **EBITDA** | **$1,248** | **$1,247** | **($1)** | (0%) | **$1,141** | 9% |
| % of revenue | 40.5% | 40.5% |  |  | 37.5% |  |
|  |  |  |  |  |  |  |
| **EBIT** | **$1,013** | **$1,017** | **$4** | 0% | **$908** | 12% |
| % of revenue | 32.9% | 33.0% |  |  | 29.8% |  |
|  |  |  |  |  |  |  |
| Interest and other expense, net | (79) | (80) | (1) | 1% | (147) | (46%) |
| **Income before taxes** | **$886** | **$886** | **$0** | 0% | **$1,074** | (18%) |
| % of revenue | 28.8% | 28.8% |  |  | 35.3% |  |
|  |  |  |  |  |  |  |
| Taxes | 131 | 132 | 1 | 1% | 111 | 19% |
| Tax rate % | 18.7% | 18.7% |  |  | 0.0% |  |
|  |  |  |  |  |  |  |
| Minority interest | (5) | (3) |  |  | (8) |  |
| Cash net income | 798 | 802 | 4 | 0% | 751 | 7% |
| **Cash EPS** | **$1.28** | **$1.28** | **$0.00** | 0% | **$1.04** | 23% |
|  |  |  |  |  |  |  |
| Shares out - diluted | 625 | 625 | - | 0% | 616 | 1% |

Source: Company data, RBC Capital Markets estimates

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



## Valuation

Our price target of $150 is 22x our CY21 EPS estimate of $6.75, with the target multiple in line with peers. Underlying our estimates are expectations for organic growth in the high- single digits based on low-single-digit growth in overall bank tech spending and mid- to high-single digit growth in merchant acquiring plus synergies from the merger with Worldpay. Our price target supports our Outperform rating.

## Risks to rating and price target

A failure to achieve Worldpay synergies, growth in bank IT spending below what is contemplated in our model or the inability to cross-sell new products could impede our price target objective and rating. Continued consolidation, bank failures, and a prolonged global recession could cause the stock to perform below our expectations and impede achievement of our price target objective and rating.

## Company description

FIS is a leading provider of technology solutions, processing services, and information-based services to the financial services industry. The company has processing and technology relationships with more than 14,000 customers in over 100 countries. Customers range from large financial institutions to small credit unions.

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



**Fidelity National Information Services**
EPS Model ($M except per share)

| | Mar-19 1Q-19A | Jun-19 2Q-19A | Sep-19 3Q-19A | Dec-19 4Q-19A | FYE 2019A |
|---|---|---|---|---|---|
| **Total Revenue** | **$2,057** | **$2,112** | **$2,822** | **$3,341** | **$10,332** |
| *y/y growth - core* | (0.5%) | 0.2% | 35.3% | 54.2% | 22.6% |
| *y/y growth - (adjusted)* | 5.1% | 5.1% | 40.2% | 59.3% | 27.3% |
| | | | | | |
| **EBITDA** | **729** | **794** | **1,192** | **1,490** | **4,205** |
| *% margin* | 35.4% | 37.6% | 42.2% | 44.6% | 40.7% |
| | | | | | |
| Total D&A | 195 | 193 | 206 | 217 | 811 |
| **Operating income** | **534** | **601** | **986** | **1,273** | **3,394** |
| *% margin* | 26.0% | 28.5% | 34.9% | 38.1% | 32.8% |
| | | | | | |
| Interest expense, net | 75 | 72 | 100 | 95 | 342 |
| | | | | | |
| **Pretax Income** | **459** | **529** | **886** | **1,178** | **3,052** |
| *% Margin* | 22.3% | 25.0% | 31.4% | 35.3% | 29.5% |
| | | | | | |
| Taxes | 74 | 99 | 133 | 207 | 513 |
| *Tax Rate %* | 16.1% | 18.7% | 15.0% | 17.6% | 16.8% |
| | | | | | |
| Net (earnings) loss noncontrolling interest/other | (8) | (5) | (2) | 6 | (9) |
| | | | | | |
| Adjusted Net Income | 377 | 425 | 751 | 977 | 2,530 |
| *y/y growth* | | | | | |
| | | | | | |
| **Adjusted EPS** | **$1.16** | **$1.30** | **$1.43** | **$1.57** | **$5.61** |
| *y/y growth* | | | | | |
| | | | | | |
| Shares Outstanding - Dilutive | 326 | 327 | 524 | 623 | 451 |

Source: Company data and RBC Capital Markets estimates.  Cash EPS excludes purchased amortization and other non-cash expenses.

PRO FORMA MODEL

| | Mar-20 1Q-20A | Jun-20 2Q-20E | Sep-20 3Q-20E | Dec-20 4Q-20E | FYE 2020E | Mar-21 1Q-21E | Jun-21 2Q-21E | Sep-21 3Q-21E | Dec-21 4Q-21E | FYE 2021E |
|---|---|---|---|---|---|---|---|---|---|---|
| Merchant Solutions | 935 | 709 | 939 | 1,152 | 3,735 | 1,002 | 1,013 | 1,081 | 1,288 | 4,383 |
| y/y growth | (1.7%) | (37.0%) | (15.0%) | 1.0% | (13.8%) | 4.0% | 38.0% | 11.0% | 8.0% | 13.4% |
| adj y/y | 0% | | | | | | | | | |
| | | | | | | | | | | |
| Banking Solutions | 1,462 | 1,488 | 1,514 | 1,581 | 6,045 | 1,521 | 1,567 | 1,613 | 1,712 | 6,412 |
| y/y growth | (2.8%) | (1.5%) | 0.0% | 0.0% | (1.3%) | 2.0% | 3.0% | 4.0% | 5.5% | 3.7% |
| adj y/y | 1% | | | | | | | | | |
| | | | | | | | | | | |
| Capital Market Solutions | 631 | 606 | 629 | 649 | 2,515 | 644 | 627 | 661 | 688 | 2,619 |
| y/y growth | 6.8% | 2.0% | 3.0% | (3.0%) | 2.0% | 2.0% | 3.5% | 5.0% | 6.0% | 4.1% |
| adj y/y | 7% | | | | | | | | | |
| | | | | | | | | | | |
| Synergies (full run rate - per quarter) | 25 | 35 | 45 | 50 | 155 | 59 | 68 | 77 | 88 | 292 |
| | | | | | | | | | | |
| **Total revenues** | **$3,078** | **$2,803** | **$3,082** | **$3,382** | **$12,345** | **$3,166** | **$3,207** | **$3,354** | **$3,688** | **$13,414** |
| y/y growth | | | | | | 2.9% | 14.4% | 8.8% | 9.0% | 8.7% |
| adj y/y | | | | | | | | | | |
| | | | | | | | | | | |
| Synergies (full run rate - per quarter) | 76 | 86 | 96 | 106 | 365 | 110 | 114 | 118 | 122 | 465 |
| | | | | | | | | | | |
| Total EBITDA | $1,247 | $1,129 | $1,221 | $1,621 | $5,219 | $1,440 | $1,477 | $1,560 | $1,874 | $6,351 |
| % margin | 40.5% | 40.3% | 39.6% | 47.9% | 42.3% | 45.5% | 46.1% | 46.5% | 50.8% | 47.3% |
| % margin pre synergies | | 37.2% | 36.5% | 44.8% | 39.5% | 42.0% | 42.5% | 43.0% | 47.5% | 43.8% |
| y/y growth | 9.3% | (15.1%) | 2.4% | 8.8% | 0.0% | 15.5% | 30.8% | 27.8% | 15.6% | 21.7% |
| D&A | 230 | 238 | 245 | 253 | 965 | 258 | 263 | 268 | 273 | 1,060 |
| % revenue | 7.5% | 8.5% | 8.0% | 7.5% | 7.8% | 8.1% | 8.2% | 8.0% | 7.4% | 7.9% |
| Total Operating Income | $1,017 | $892 | $976 | $1,369 | $4,254 | $1,183 | $1,215 | $1,293 | $1,601 | $5,291 |
| % margin | 33.0% | 31.8% | 31.7% | 40.5% | 34.5% | 37.3% | 37.9% | 38.5% | 43.4% | 39.4% |
| y/y growth | 12.0% | (18.9%) | (1.0%) | 7.5% | 0.0% | 16.3% | 36.2% | 32.5% | 17.0% | 24.4% |
| | | | | | | | | | | |
| Interest Expense, net | (80) | (81) | (78) | (76) | (316) | (73) | (73) | (73) | (73) | (293) |
| | | | | | | | | | | |
| Pre-Tax Income | 937 | 810 | 898 | 1,293 | 3,938 | 1,110 | 1,141 | 1,220 | 1,528 | 4,999 |
| % margin | 30% | 29% | 29% | 38% | 32% | 35% | 36% | 36% | 41% | 37% |
| | | | | | | | | | | |
| Taxes | 132 | 113 | 126 | 181 | 552 | 166 | 171 | 183 | 229 | 750 |
| Tax rate | 14.1% | 14.0% | 14.0% | 14.0% | 14.0% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| | | | | | | | | | | |
| Net (earnings) loss noncontrolling interest/other | (3) | (5) | (5) | (5) | (17) | (5) | (5) | (5) | (5) | (18) |
| | | | | | | | | | | |
| Adjusted Net Income | 802 | 692 | 768 | 1,107 | 3,369 | 939 | 966 | 1,032 | 1,294 | 4,231 |
| | | | | | | | | | | |
| Adjusted EPS | $1.28 | $1.10 | $1.22 | $1.75 | $5.35 | $1.49 | $1.54 | $1.65 | $2.08 | $6.75 |
| y/y growth | 23% | -14% | -15% | 11% | 0% | 16% | 40% | 36% | 19% | 26% |
| | | | | | | | | | | |
| S/O - Diluted | 625 | 628 | 631 | 634 | 630 | 631 | 628 | 625 | 622 | 626 |

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Fidelity National Information Services, Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Fidelity National Information Services, Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to Fidelity National Information Services, Inc..

RBC Capital Markets has provided Worldpay, Inc. with non-securities services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

**Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    7

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm''s own rating categories. Although RBC Capital Markets'' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings RBC Capital Markets, Equity Research As of 31-Mar-2020 | | | | |
|---|---|---|---|---|
| Rating | Count | Percent | Investment Banking Serv./Past 12 Mos. Count | Percent |
| BUY [Outperform] | 755 | 51.64 | 220 | 29.14 |
| HOLD [Sector Perform] | 619 | 42.34 | 126 | 20.36 |
| SELL [Underperform] | 88 | 6.02 | 11 | 12.50 |



Rating and price target history for: Fidelity National Information Services, Inc., FIS US as of 06-May-2020 (in USD)

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage;
NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Fidelity National Information Services, Inc.**

**Valuation**

Our price target of $150 is 22x our CY21 EPS estimate of $6.75, with the target multiple in line with peers. Underlying our estimates are expectations for organic growth in the high- single digits based on low-single-digit growth in overall bank tech spending and

May 7, 2020                                          **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com     8

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



mid- to high-single digit growth in merchant acquiring plus synergies from the merger with Worldpay. Our price target supports our Outperform rating.

**Risks to rating and price target**

A failure to achieve Worldpay synergies, growth in bank IT spending below what is contemplated in our model or the inability to cross-sell new products could impede our price target objective and rating. Continued consolidation, bank failures, and a prolonged global recession could cause the stock to perform below our expectations and impede achievement of our price target objective and rating.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

May 7, 2020    **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com    9

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



## Diseaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.
**To Singapore Residents:**
This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.
**To Japanese Residents:**
Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® **Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2020 - Member SIPC**

May 7, 2020                                   **Daniel R. Perlin, CFA** (410) 625-6130; daniel.perlin@rbccm.com     10

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP



Payments, Processors & IT Services
Fidelity National Information Services, Inc.

**Copyright © RBC Dominion Securities Inc. 2020 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2020**
**Copyright © Royal Bank of Canada 2020**
**All rights reserved**

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP