# EXHIBIT L

30 October 2020 | 4:22AM EDT

# Buy

# Fidelity National Information Services (FIS)

## 3Q20 Review: Modernization and 2021 revenue outlook in focus on call; Buy

| FIS | 12m Price Target **$163.00** | Price: **$125.02** | Upside: **30.4%** |
| --- | --- | --- | --- |

FIS reported 3Q20 adjusted EPS of $1.42, in-line with consensus (Visible Alpha), as a ~1% revenue beat offset ~1% higher-than-expected operating expense. Merchant solutions revenue beat consensus by 4% following sequential improvement in both volume and yield, while Banking and Capital Markets missed by 1% and 2%, respectively. With results, management provided detail on revenue/margin expectations in 4Q20 and plans to achieve 7%-9% revenue growth in 2021. In addition, management indicated that recent top 30 bank wins on the Modern Banking Platform are expected to begin contributing to revenue late in 4Q20 and ramp throughout 2021, with contracts ranging from $10mn+ to well over $100mn in several instances. In Merchant, management highlighted the recently introduced Access Worldpay platform and indicated plans to move other remaining gateways to it over the next 12-18 months. Overall, we believe the quarter and outlook were largely in-line, but view the potential combination of accelerating revenue in Banking and Merchant over the near and medium term favorably. We remain Buy-rated and marginally raise our 12-month price target to $163 (from $162) based on 22x Q5-Q8 EPS. Following results, we update our 2020/21/22 EPS estimates to $5.51/$6.69/$7.69 from $5.52/$6.81/$7.97.

### Update on Business Trends:

**Merchant Solutions:** Merchant Solutions revenue was $1,005mn (flat organic growth yoy), above consensus at $974mn. Within Merchant, management highlighted that it expanded its integrated payments business into Europe and signed more than 30 partners. Further, FIS signed a top 100 luxury retailer, expanded its existing relationship with Walmart, and added Walgreens to a growing number of merchants enrolled in the FIS Premium Payback ecosystem (which enables consumers to pay with rewards points).

**Matthew O'Neill**
+1(212)902-9665 | matthew.oneill@gs.com
Goldman Sachs & Co. LLC

**Alex Toepfer**
+1(801)884-4313 | alex.toepfer@gs.com
Goldman Sachs & Co. LLC

**Zachary Gunn**
+1(801)212-7923 | zachary.gunn@gs.com
Goldman Sachs & Co. LLC

**Rajul Bothra**
+1(917)343-6326 | rajul.bothra@gs.com
Goldman Sachs & Co. LLC

### Key Data

| | |
| --- | --- |
| Market cap: | $78.4l |
| Enterprise value: | $91.9l |
| 3m ADTV: | $457.9n |
| | United State: |
| | Americas IT Se rvic |
| M&A Rank: | |

### GS Forecast

| | 12/19 | 12/20E | 12/21E | 12/22E |
| --- | --- | --- | --- | --- |
| Revenue ($ mn) New | 10,332.0 | 12,672.3 | 13,782.5 | 14,906.0 |
| Revenue ($ mn) Old | 10,332.0 | 12,622.5 | 13,812.7 | 14,952.9 |
| EBITDA ($ mn) | 4,205.0 | 5,302.3 | 6,228.6 | 7,002.8 |
| EBIT ($ mn) | 3,394.0 | 4,325.9 | 5,112.2 | 5,795.4 |
| EPS ( $) Ne w | 5.65 | 5.51 | 6.69 | 7.69 |
| EPS ($ ) Ol d | 5 65 | 5 52 | 6.81 | 7 97 |
| P/E (X) | 21.8 | 22.7 | 18.7 | 16.3 |
| Dividend yield (%) | 1.1 | 1 2 | 1.2 | 1.3 |
| Net d et/EBITDA (X ) | 3 8 | 2 5 | 1.8 | 1 3 |

| | 9/20 | 12/20E | 3/21E | 6/21E |
| --- | --- | --- | --- | --- |
| EPS ($ ) | 1.41 | 1 66 | 1.51 | 1 56 |

### GS Factor Profile



Source: Company data, Goldman Sachs Research estimates.
See disclosures for details.

Goldman Sachs does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. For Reg AC certification and other important disclosures, see the Disclosure Appendix, or go to www.gs.com/research/hedge.html . Analysts employed by non-US affiliates are not registered/qualified as research analysts with FINRA in the U.S.

**Goldman Sachs**

Fidelity National Information Services (FIS)

## Fidelity National Information Services (FIS)

**Buy** — Rating since Jul 14, 2020

### Ratios & Valuation

| | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| P/E (X) | 21.8 | 22.7 | 18.7 | 16.3 |
| EV/EBITDA (X) | 16.8 | 17.2 | 14.4 | 12.4 |
| EV/sales (X) | 6.8 | 7.2 | 6.5 | 5.8 |
| FCF yield (%) | 0.3 | 5.0 | 6.5 | 7.8 |
| EV/DACF (X) | 47.7 | 18.9 | 14.8 | 12.8 |
| CROCI (%) | 2.9 | 6.3 | 7.8 | 8.5 |
| ROE (%) | 1.0 | 0.9 | 3.5 | 4.6 |
| Net debt/EBITDA (X) | 3.8 | 2.5 | 1.8 | 1.3 |
| Net debt/equity (%) | 32.4 | 27.0 | 22.7 | 18.2 |
| Interest cover (X) | 2.9 | 2.8 | 7.8 | 10.4 |
| Inventory days | NM | NM | NM | NM |
| Receivable days | 83.3 | 96.0 | 94.5 | 94.5 |
| Days payable outstanding | 95.9 | 99.4 | 93.3 | 91.5 |

### Growth & Margins (%)

| | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Total revenue growth | 22.7 | 22.7 | 8.8 | 8.2 |
| EBITDA growth | 18.7 | 36.9 | 28.5 | 13.4 |
| EPS growth | (6.7) | (2.4) | 21.3 | 15.0 |
| DPS growth | 9.4 | 8.6 | 0.0 | 10.5 |
| Gross margin | 36.0 | 34.5 | 39.2 | 41.0 |
| EBIT margin | 9.4 | 7.2 | 16.2 | 19.3 |

### Price Performance



| | 3m | 6m | 12m |
|---|---|---|---|
| Absolute | (13.6)% | (6.9)% | (4.4)% |
| Rel. to the S&P 500 | (15.0)% | (17.3)% | (12.3)% |

*Source: FactSet. Price as of 29 Oct 2020 close.*

### Income Statement ($ mn)

| | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Total revenue | 10,332.0 | 12,672.3 | 13,782.5 | 14,906.0 |
| Cost of goods sold | (6,609.0) | (8,300.2) | (8,382.7) | (8,791.2) |
| SG&A | (2,754.0) | (3,454.6) | (3,173.4) | (3,237.0) |
| R&D | – | – | – | – |
| Other operating inc/(exp.) | – | – | – | – |
| EBITDA | 3,437.0 | 4,704.7 | 6,045.3 | 6,856.4 |
| Depreciation & amortization | (2,468.0) | (3,787.2) | (3,818.9) | (3,978.7) |
| EBIT | 969.0 | 917.5 | 2,226.4 | 2,877.7 |
| Net interest inc./(exp.) | (337.0) | (325.1) | (286.5) | (276.9) |
| Income/(loss) from associates | – | – | – | – |
| Pre-tax profit | 413.0 | 643.3 | 2,029.9 | 2,700.8 |
| Provision for taxes | (101.0) | (162.1) | (292.2) | (398.4) |
| Minority interest | (14.0) | (15.0) | 0.0 | 0.0 |
| Preferred dividends | – | – | – | – |
| Net inc. (pre-exceptionals) | 298.0 | 466.2 | 1,737.6 | 2,302.5 |
| Net inc. (post-exceptionals) | 2,530.0 | 3,453.5 | 4,208.6 | 4,789.8 |
| EPS (basic, pre-except) ($) | 0.67 | 0.75 | 2.78 | 3.73 |
| EPS (diluted, pre-except) ($) | 0.67 | 0.74 | 2.76 | 3.70 |
| EPS (ex-ESO exp.dil.) ($) | -- | -- | -- | -- |
| DPS ($) | 1.40 | 1.52 | 1.52 | 1.68 |
| Div. payout ratio (%) | 208.7 | 202.0 | 54.6 | 45.1 |
| Wtd avg shares out. (basic) (mn) | 444.3 | 619.5 | 624.3 | 618.0 |
| Wtd avg shares out. (diluted) (mn) | 447.8 | 626.5 | 629.3 | 623.0 |

### Balance Sheet ($ mn)

| | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Cash & cash equivalents | 1,152.0 | 1,902.6 | 3,029.8 | 4,578.7 |
| Accounts receivable | 3,242.0 | 3,427.4 | 3,709.4 | 4,009.6 |
| Inventory | – | – | – | – |
| Other current assets | 4,298.0 | 4,627.7 | 4,681.4 | 4,738.6 |
| Total current assets | 8,692.0 | 9,957.7 | 11,420.7 | 13,326.9 |
| Net PP&E | 900.0 | 822.6 | 601.0 | 450.7 |
| Net intangibles | 71,244.0 | 69,693.5 | 68,178.3 | 66,599.3 |
| Total investments | 0.0 | 0.0 | 0.0 | 0.0 |
| Other long-term assets | 2,970.0 | 2,348.7 | 2,519.4 | 2,609.6 |
| Total assets | 83,806.0 | 82,822.5 | 82,719.3 | 82,986.5 |
| | | | | |
| Accounts payable | 2,374.0 | 2,145.9 | 2,137.8 | 2,271.2 |
| Short-term debt | 2,823.0 | 3,144.0 | 3,144.0 | 3,144.0 |
| Current lease liabilities | – | – | – | – |
| Other current liabilities | 5,185.0 | 7,094.5 | 7,162.3 | 7,234.5 |
| Total current liabilities | 10,382.0 | 12,384.3 | 12,444.1 | 12,649.7 |
| | | | | |
| Long-term debt | 17,229.0 | 14,963.0 | 14,113.0 | 13,513.0 |
| Non-current lease liabilities | – | – | – | – |
| Other long-term liabilities | 6,739.0 | 5,986.0 | 5,986.0 | 5,986.0 |
| Total long-term liabilities | 23,968.0 | 20,949.0 | 20,099.0 | 19,499.0 |
| Total liabilities | 34,350.0 | 33,333.3 | 32,543.1 | 32,148.7 |
| Preferred shares | – | – | – | – |
| Total common equity | 49,440.0 | 49,299.2 | 49,986.2 | 50,647.8 |
| Minority interest | 16.0 | 190.0 | 190.0 | 190.0 |
| Total liabilities & equity | 83,806.0 | 82,822.5 | 82,719.3 | 82,986.5 |
| BVPS ($) | 110.42 | 78.69 | 79.44 | 81.30 |

### Cash Flow ($ mn)

| | 12/19 | 12/20E | 12/21E | 12/22E |
|---|---|---|---|---|
| Net income | 303.0 | 473.2 | 1,737.6 | 2,302.5 |
| D&A add-back | 2,468.0 | 3,787.2 | 3,818.9 | 3,978.7 |
| Minority interest add-back | – | – | – | – |
| Net (inc)/dec working capital | (851.0) | (413.5) | (446.6) | (242.0) |
| Others | (1,569.0) | 268.0 | 250.8 | 250.8 |
| Cash flow from operations | 351.0 | 4,115.0 | 5,360.8 | 6,289.9 |
| Capital expenditures | (200.0) | (249.8) | (275.7) | (298.1) |
| Acquisitions | (6,632.0) | (469.0) | – | – |
| Divestitures | – | – | – | – |
| Others | (669.0) | (1,002.5) | (1,775.5) | (1,920.2) |
| Cash flow from investing | (7,501.0) | (1,721.3) | (2,051.1) | (2,218.3) |
| Dividends paid | (656.0) | (889.0) | (956.5) | (1,046.6) |
| Share issuance/(repurchase) | (292.0) | 200.0 | (500.0) | (1,000.0) |
| Inc/(dec) in debt | 8,680.0 | (771.0) | (850.0) | (600.0) |
| Others | (133.0) | (183.0) | 124.0 | 124.0 |
| Cash flow from financing | 7,599.0 | (1,643.0) | (2,182.5) | (2,522.6) |
| Total cash flow | 449.0 | 750.6 | 1,127.2 | 1,548.9 |
| Free cash flow | 151.0 | 3,865.2 | 5,085.2 | 5,991.8 |
| Free cash flow per share (basic) ($) | 0.34 | 6.24 | 8.15 | 9.70 |

*Source: Company data, Goldman Sachs Research estimates.*

lucinda.mcgrath@vantiv.com Lucy McGrath 10/30/20 02:15:14 PM Vantiv Inc.

Alongside this, transaction and volume growth improved driving adjusted EBITDA to $487mn, a 700bps improvement sequentially from the return of higher margin transaction processing revenue. Our estimates in 4Q are largely unchanged with 2% revenue growth and 50.5% margins. We see 2021 revenue growing 15% with 51% margins.

**Banking Solutions:** Revenue came in at $1,513mn (up 3% organic yoy), 1% below GS at $1,515mn and slightly below consensus at $1,525mn. We note that there was a 3% headwind related to COVID (2% impact, due to lower volume) as well as a large license comp in the prior year (1% impact). Excluding these, management indicated revenue growth would have been closer to 6%. Adjusted EBITDA for the segment was $653mn, a 220bps sequential improvement. Moving forward, our updated revenue estimate for 4Q is $1,577mn (+5% yoy) and we expect 45% margins. In 2021, we see revenue growing 7%, with acceleration driven by a ramp in revenue contribution from recent top 30 bank wins. We see 2021 margins of 45%, or a 240bps yoy improvement.

**Capital Market Solutions:** Revenue came in at $621mn (down 1% organic yoy), 2% below GS at $637mn and consensus at $641mn. FIS highlighted that going in to 2021 it expects to see SaaS contracts begin converting to revenue (new SaaS sales up 50% yoy in 3Q20). Over time, the company plans to grow recurring revenue to 80% of total from 70% with SaaS being a large contributor. Adjusted EBITDA was $286mn, with adjusted EBITDA margin of 46%. In 4Q20, we see revenue growing 1% with 50% margins. We see 2021 revenue growing 4% based on management's guidance for low to mid single digit growth and estimate margins of 48%.

## Synergies & e-commerce

Alongside the broader strength, FIS reported that e-comm transactions in the quarter were up 30% (ex-travel/airlines) and that it is well positioned to exceed the $200mn revenue synergy target before the end of the year ($150mn realized so far). FIS has also achieved cost synergies of ~$700 million, including $385 million in operating expense savings. FIS has also outperformed its initial expectations for merchant bank referrals. Finally, management reiterated its long-term revenue growth target of sustained high single-digit growth.

## Guidance & Callouts

Management provided several callouts on the 3Q20 earnings call.

- Revenue expected to grow 7%-9% in 2021.
- Banking revenue expected to grow at MSD rate in 4Q (highest rate of year).
- Capital Markets revenue expected to modestly accelerate in 4Q over 3Q despite a difficult year-ago comp.
- 4Q20 EBITDA margins expected at 45%.
- Share repurchases suspended until reaching 2.7x leverage target.
- Modern Banking Platform wins begin contributing in late 4Q20, ramp throughout 2021.

lucinda.mcgrath@vantiv.com Lucy McGrath 10/30/20 02:15:14 PM Vantiv Inc.

# Valuation

Following results, we reiterate our Buy rating and update our 12-month price target to $163 from $162, still based on 22x Q5-8 EPS (implies 32% total return). In addition, we update our FY20/FY21/FY22 EPS estimates to $5.51/$6.69/$7.69 from $5.52/$6.81/$7.97.

Key risks include a continued economic slowdown, lower synergies and lower bank IT spending.

**Exhibit 1: GSe Old vs. New**

| | 4Q20 | | Variance | | 2020E | | Variance | | 2021E | | Variance | | 2022E | | Variance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Old | New | Absolute | Percent | Old | New | Absolute | Percent | Old | New | Absolute | Percent | Old | New | Absolute | Percent |
| Merchant Solutions | $1,092 | $1,114 | 22 | 2% | $3,813 | $3,878 | 64 | 2% | $4,428 | $4,454 | 25 | 1% | $4,981 | $4,999 | 18 | 0% |
| Banking Solutions | 1,577 | 1,577 | 0 | 0% | 6,033 | 6,025 | -8 | 0% | 6,466 | 6,457 | -10 | 0% | 6,935 | 6,925 | -10 | 0% |
| Capital Market Solutions | 695 | 695 | 0 | 0% | 2,591 | 2,581 | -11 | 0% | 2,741 | 2,695 | -46 | -2% | 2,864 | 2,809 | -54 | -2% |
| Corporate & Other | 49 | 49 | 0 | 1% | 185 | 188 | 4 | 2% | 177 | 177 | 0 | 0% | 174 | 173 | -1 | 0% |
| **Adjusted net revenue (non GAAP)** | 3 413 | 3 435 | 22 | 1% | 12 623 | 12 672 | 50 | 0% | 13 813 | 13 783 | -30 | 0% | 14 953 | 14 906 | -47 | 0% |
| | | | | | | | | | | | | | | | | |
| **Adjusted EBITDA** | 1,531 | 1,541 | 11 | 1% | 5,295 | 5,302 | 8 | 0% | 6,274 | 6,229 | -45 | -1% | 7,075 | 7,003 | -72 | -1% |
| *Adjusted EBITDA margin* | 44.8% | 44.9% | -2bps | | 41.9% | 41.8% | 10bps | | 45.4% | 45.2% | 23bps | | 47.3% | 47.0% | 33bps | |
| | | | | | | | | | | | | | | | | |
| **Earnings from continuing ops  GAAP** | 407 | 412 | 5 | 1% | 710 | 466 | -243 | -34% | 1 749 | 1 738 | -11 | -1% | 2 335 | 2 302 | -32 | -1% |
| | | | | | | | | | | | | | | | | |
| **Cash net income** | 1,036 | 1,046 | 10 | 1% | 3,458 | 3,453 | -4 | -1% | 4,253 | 4,209 | -44 | -1% | 4,873 | 4,790 | -83 | -2% |
| Adjusted cash EPS - diluted | $1.65 | $1.66 | $0.02 | 1% | $5.52 | $5.51 | -$0.01 | 0% | $6.81 | $6.69 | -$0.12 | -2% | $7.97 | $7.69 | -$0.28 | -4% |
| GAAP EPS - diluted | $0.65 | $0.66 | $0.01 | 1% | $1.13 | $0.74 | -$0.39 | -34% | $2.80 | $2.76 | -$0.04 | -2% | $3.82 | $3.70 | -$0.13 | -3% |
| Average shares, diluted | 629.0 | 629.0 | 0 | 0% | 626.5 | 626.5 | 0 | 0% | 624.3 | 629.3 | 5 | 1% | 611.3 | 623.0 | 12 | 2% |

Source: Goldman Sachs Global Investment Research

lucinda.mcgrath@vantiv.com Lucy McGrath 10/30/20 02:15:14 PM Vantiv Inc.

Goldman Sachs

# Disclosure Appendix

## Reg AC

We, Matthew O'Neill, Alex Toepfer, Zachary Gunn and Rajul Bothra, hereby certify that all of the views expressed in this report accurately reflect our personal views about the subject company or companies and its or their securities. We also certify that no part of our compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Unless otherwise stated, the individuals listed on the cover page of this report are analysts in Goldman Sachs' Global Investment Research division.

## GS Factor Profile

The Goldman Sachs Factor Profile provides investment context for a stock by comparing key attributes to the market (i.e. our coverage universe) and its sector peers. The four key attributes depicted are: Growth, Financial Returns, Multiple (e.g. valuation) and Integrated (a composite of Growth, Financial Returns and Multiple). Growth, Financial Returns and Multiple are calculated by using normalized ranks for specific metrics for each stock. The normalized ranks for the metrics are then averaged and converted into percentiles for the relevant attribute. The precise calculation of each metric may vary depending on the fiscal year, industry and region, but the standard approach is as follows:

**Growth** is based on a stock's forward-looking sales growth, EBITDA growth and EPS growth (for financial stocks, only EPS and sales growth), with a higher percentile indicating a higher growth company. **Financial Returns** is based on a stock's forward-looking ROE, ROCE and CROCI (for financial stocks, only ROE), with a higher percentile indicating a company with higher financial returns. **Multiple** is based on a stock's forward-looking P/E, P/B, price/dividend (P/D), EV/EBITDA, EV/FCF and EV/Debt Adjusted Cash Flow (DACF) (for financial stocks, only P/E, P/B and P/D), with a higher percentile indicating a stock trading at a higher multiple. The **Integrated** percentile is calculated as the average of the Growth percentile, Financial Returns percentile and (100% - Multiple percentile).

Financial Returns and Multiple use the Goldman Sachs analyst forecasts at the fiscal year-end at least three quarters in the future. Growth uses inputs for the fiscal year at least seven quarters in the future compared with the year at least three quarters in the future (on a per-share basis for all metrics).

For a more detailed description of how we calculate the GS Factor Profile, please contact your GS representative.

## M&A Rank

Across our global coverage, we examine stocks using an M&A framework, considering both qualitative factors and quantitative factors (which may vary across sectors and regions) to incorporate the potential that certain companies could be acquired. We then assign a M&A rank as a means of scoring companies under our rated coverage from 1 to 3, with 1 representing high (30%-50%) probability of the company becoming an acquisition target, 2 representing medium (15%-30%) probability and 3 representing low (0%-15%) probability. For companies ranked 1 or 2, in line with our standard departmental guidelines we incorporate an M&A component into our target price. M&A rank of 3 is considered immaterial and therefore does not factor into our price target, and may or may not be discussed in research.

## Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

## Disclosures

## The rating(s) for Fidelity National Information Services is/are relative to the other companies in its/their coverage universe:

Automatic Data Processing Inc., EVO Payments Inc., Euronet Worldwide Inc., Evertec Inc., Fidelity National Information Services , Fiserv Inc., FleetCor Technologies Inc., Global Payments Inc., MasterCard Inc., Nuvei Corp., Open Lending, Paychex Inc., Shift4 Payments, Square Inc., Visa Inc., WEX Inc., Western Union Co.

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Fidelity National Information Services ($125.02)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Fidelity National Information Services ($125.02)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Fidelity National Information Services ($125.02)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Fidelity National Information Services ($125.02)

Goldman Sachs makes a market in the securities or derivatives thereof: Fidelity National Information Services ($125.02)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global Equity coverage universe

|  | Rating Distribution | | | Investment Banking Relationships | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 49% | 35% | 16% | 64% | 57% | 54% |

As of October 1, 2020, Goldman Sachs Global Investment Research had investment ratings on 3,122 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by the FINRA Rules. See 'Ratings, Coverage universe and related definitions' below . The Investment Banking Relationships chart reflects the percentage of subject companies within each rating category for whom Goldman Sachs has provided investment banking services within the previous twelve months.

lucinda.mcgrath@vantiv.com Lucy McGrath 10/30/20 02:15:14 PM Vantiv Inc.

## Price target and rating history chart(s)



## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in t his report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; m anaged/co-managed public offerings in prior periods; directorships; for equity securities, market making and/or specialist role. Goldman Sachs tr ades or may trade as a principal in debt securities (or in related derivatives) of issuers discussed in this report.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area    of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy generally prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director or advisor of any company in the analyst's area of coverage. **Non-U.S. Analysts:** Non-U.S. analysts may not be associated persons of Goldman Sachs & Co. LLC and therefore may not be subject to FINRA Rule 2241 or FINRA Rule 2242 restrictions on communications with subject company, public appearances and trading securities held by the analysts.

**Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, o n the Goldman Sachs website at https://www.gs.com/research/hedge.html  .

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to    United States laws and regulations. **Australia:** Goldman Sachs Australia Pty Ltd and its affiliates are not authorised deposit-taking institutions (as that term is defined in the Banking Act 1959 (Cth)) in Australia and do not provide banking services, nor carry on a banking business, in Australia. This  esearch, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act, unless otherwise agreed by    Goldman Sachs. In producing research reports, members of the Global Investment Research Division of Goldman Sachs Australia may attend site visit s and other meetings hosted by the companies and other entities which are the subject of its research reports. In some instances the costs    of such site visits or meetings may be met in part or in whole by the issuers concerned if Goldman Sachs Australia considers it is appropriate and rea sonable in the specific circumstances relating to the site visit or meeting. To the extent that the contents of this document contains any financial pro    duct advice, it is general advice only and has been prepared by Goldman Sachs without taking into account a client's objectives, financial situation or nee ds. A client should, before acting on any such advice, consider the appropriateness of the advice having regard to the client's own objectives, finan    cial situation and needs. A copy of certain Goldman Sachs Australia and New Zealand disclosure of interests and a copy of Goldman Sachs' Australian Sell-Side Research Independence Policy Statement are available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html  . **Brazil:** Disclosure information in relation to CVM Instruction 598 is available at  https://www.gs.com/worldwide/brazil/area/gir/index.html  . Where applicable, the Brazil-registered analyst primarily respons ble for the content of this research report, as defined in Article 20 of CVM Instruc tion 598, is the first author named at the beginning of this report, unless indicated otherwise at the end of the text.    **Canada:** Goldman Sachs Canada Inc. is an affiliate of The Goldman Sachs Group Inc. and therefore is included in the company specific disclosures relating to Goldman Sachs (as defined above). Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research report in Canada if and to the extent that Goldman Sachs Canada Inc. disseminates this research report to its clients.    **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C.    **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited, Research Analyst - SEBI Registration Number INH000001493, 951-A, Rational House, Appasaheb Marathe Marg, Prabhadevi, Mumbai 400 025, India, Corporate Identity Number U74140MH2006FTC160634, Phone +91 22 6616 9000, Fax +91 22 6616 9001. Goldman Sachs may beneficially own 1% or more of the securities (as such term is defined in clau se 2 (h) the Indian Securities Contracts (Regulation) Act, 1956) of the subject company or companies referred to in this research report.    **Japan:** See below.    **Korea:** This research, and any access to it, is intended only for "professional investors" within the meaning of the Financial Ser vices and    Capital Markets Act, unless otherwise agreed by Goldman Sachs. Further information on the subject company or companies referred to in this research    may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **New Zealand:** Goldman Sachs New Zealand Limited and its affiliates are neither "registered banks" nor "deposit takers" (as defined in the Reserve Bank of New Zealand Act 1989) in New Zealand. This research, and any access to i t, is intended for "wholesale clients" (as defined in the Financial Advisers Act 2008) unless otherwise agreed by Goldman Sachs. A copy of certain    Goldman Sachs Australia and New Zealand disclosure of interests is available at: https://www.goldmansachs.com/disclosures/australia-new-zealand/index.html  . **Russia:** Research reports distr buted in the Russian Federation are not advertising as defined in the Russian legislation, but are inform ation and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian legislation on ap praisal activity. Research reports do not constitute a personalized investment recommendation as defined in Russian laws and regulations, are not  addressed to a specific client, and are prepared without analyzing the financial circumstances, investment profiles or risk profiles of clients. G oldman Sachs assumes no responsibility for any investment decisions that may be taken by a client or any other person based on this research report.    **Singapore:** Goldman

lucinda.mcgrath@vantiv.com Lucy McGrath 10/30/20 02:15:14 PM Vantiv Inc.

Sachs (Singapore) Pte. (Company Number: 198602165W), which is regulated by the Monetary Authority of Singapore, accepts legal responsibility for this research, and should be contacted with respect to any matters arising from, or in connection with, this research.  **Taiwan:** This material is for reference only and must not be reprinted without permission. Investors should carefully consider their own investment risk. Investment results are the responsibility of the individual investor.  **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Conduct Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International.  A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 6 (2) of the European Commission Delegated Regulation (EU) (2016/958) supplementing Regulation (EU) No 596/2014 of the European Parliament and of the Council with regard to regulatory technical standards for the technical arrangements for objective presentation of investment recommendations or other information recommending or suggesting an investment strategy and for disclosure of particular interests or indications of conflicts of interest is available at  https://www.gs.com/disclosures/europeanpolicy.html   which states the European Policy for Managing Conflicts of Interest in Connection with Investment Research.

**Japan:** Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer registered with the Kanto Financial Bureau under registration number Kinsho 69, and a member of Japan Securities Dealers Association, Financial Futures Association of Japan and Type II Financial Instruments Firms Association. Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax. See company-specific  disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

## Ratings, coverage universe and related definitions
**Buy (B), Neutral (N), Sell (S) -** Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's total return potential relative to its coverage universe. Any stock not assigned as a Buy or a Sell on an Investment List with an active rating (i.e., a stock that is not Rating Suspended, Not Rated, Coverage Suspended or Not Covered), is deemed Neutral. Each region's Investment Review Committee manages Regional Conviction lists, which represent investment recommendations focused on the size of the total return potential and/or the likelihood of the realization of the return across their respective areas of  coverage.  The addition or removal of stocks from such Conviction lists do not represent a change in the analysts' investment rating for such stocks.

**Total return potential**  represents the upside or downside differential between the current share price and the price target, including all paid or anticipated dividends, expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The total return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage Universe:** A list of all stocks in each coverage universe is available by primary analyst, stock and coverage universe at https://www.gs.com/research/hedge.html   .

**Not Rated (NR).**  The investment rating and target price have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.  **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target for this stock, because there is not a sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon.  **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company.  **Not Covered (NC).**  Goldman Sachs does not cover this company.  **Not Available or Not Applicable (NA).**  The information is not available for display or is not applicable.  **Not Meaningful (NM).**  The information is not meaningful and is therefore excluded.

## Global product; distributing entities
The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs on a global basis. Analysts based in Goldman Sachs offices around the world produce research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy. This research is disseminated in Australia by Goldman Sachs Australia Pty Ltd (ABN 21 006 797 897); in Brazil by Goldman Sachs do Brasil Corretora de Títulos e Valores Mobiliários S.A.; Ombudsman Goldman Sachs Brazil: 0800 727 5764 and / or ouvidoriagoldmansachs@gs.com. Available Weekdays (except holidays), from 9am to 6pm. Ouvidoria Goldman Sachs Brasil: 0800 727 5764 e/ou ouvidoriagoldmansachs@gs.com. Horário de funcionamento: segunda-feira à sexta-feira (exceto feriados), das 9h às 18h; in Canada by either Goldman Sachs Canada Inc. or Goldman Sachs & Co. LLC; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs New Zealand Limited; in Russia by OOO Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman Sachs & Co. LLC. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, has approved this research in connection with its distribution in the European Union and United Kingdom.

## General disclosures
This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. The information,  opinions, estimates and forecasts contained herein are as of the date hereof and are subject to change without prior notification. We seek to update our  research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic  basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We  have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division. Goldman Sachs & Co. LLC, the United States broker dealer, is a member of SIPC (https://www.sipc.org   ).

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and principal trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, principal trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

The analysts named in this report may have from time to time discussed with our clients, including Goldman Sachs salespersons and traders, or may discuss in this report, trading strategies that reference catalysts or events that may have a near-term impact on the market price of the equity securities discussed in this report, which impact may be directionally counter to the analyst's published price target expectations for such stocks. Any such trading strategies are distinct from and do not affect the analyst's fundamental equity rating for such stocks, which rating reflects a stock's return potential relative to its coverage universe as described herein.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long  or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research.

lucinda.mcgrath@vantiv.com Lucy McGrath 10/30/20 02:15:14 PM Vantiv Inc.

The views attributed to third party presenters at Goldman Sachs arranged conferences, including individuals from other parts of   Goldman Sachs, do not necessarily reflect those of Global Investment Research and are not an official view of Goldman Sachs.

Any third party referenced herein, including any salespeople, traders and other professionals or members of their household, ma y have positions in the products mentioned that are inconsistent with the views expressed by analysts named in this report.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an off er or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial s ituations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particu lar circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research an d the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original   capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments   .

Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are  not suitable for all investors. Investors should review current options and futures disclosure documents which are available from Goldman Sachs sales represent  atives or at https://www.theocc.com/about/publications/character-risks.jsp   and https://www.fiadocumentation.org/fia/regulatory-disclosures_1/fia-uniform-futures-and-options-on-futures-risk-disclosures-booklet-  pdf-version-2018. Transaction costs may be significant in option strategies calling for multiple purchase and sales of options such as spreads. Su pporting documentation will be supplied upon request.

**Differing Levels of Service provided by Global Investment Research:** The level and types of services provided to you by the Global Investment Research division of GS may vary as compared to that provided to internal and other external clients of GS, depending on variou s factors including your individual preferences as to the frequency and manner of receiving communication, your risk profile and investment focus and per  spective (e.g., marketwide, sector specific, long term, short term), the size and scope of your overall client relationship with GS, and legal a nd regulatory constraints. As an example, certain clients may request to receive notifications when research on specific securities is published, and certai n clients may request that specific data underlying analysts' fundamental analysis available on our internal client websites be delivered to them elec tronically through data feeds or otherwise. No change to an analyst's fundamental research views (e.g., ratings, price targets, or material changes to   earnings estimates for equity securities), will be communicated to any client prior to inclusion of such information in a research report broadly diss eminated through electronic publication to our internal client websites or through other means, as necessary, to all clients who are entitled to receive su ch reports.

All research reports are disseminated and available to all clients simultaneously through electronic publication to our interna l client websites. Not all research content is redistributed to our clients or available to third-party aggregators, nor is Goldman Sachs responsible for  the redistribution of our research by third party aggregators. For research, models or other data related to one or more securities, markets or asset cla sses (including related services) that may be available to you, please contact your GS representative or go to https://research.gs.com .

Disclosure information is also available at https://www.gs.com/research/hedge.html   or from Research Compliance, 200 West Street, New York, NY 10282.

© 2020 Goldman Sachs.

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without th   e prior written consent of The Goldman Sachs Group, Inc.**

lucinda.mcgrath@vantiv.com Lucy McGrath 10/30/20 02:15:14 PM Vantiv Inc.