# EXHIBIT N

# FIS (FIS)
## Presented at Baird's CTS Conference



This morning, FIS presented at Baird's CTS conference; see our interesting takeaways below. FIS merchant trends continue to align with Visa/networks with volumes through May and first week of June ahead of expectations (with positive yoy yield impact). Management believes Banking can be a mid-/upper-single-digit grower for the next five years as momentum keeps building. We like stock over 2021 as FIS is a high-quality business that investors view as a market share winner; valuation attractive ~19.5X 2022E EPS.

- **High-level:**
  - **EPS growth formula:** Mid-teens EPS growth likely for several years driven by high-single-digit revenue growth, some margin expansion, and use of cash (accretive M&A, share repurchases, debt reduction).
  - **Impact from fintechs:** Don't see fintechs as competitive threat; people underestimate FIS technology/competitive moat.
  - **COVID impacts:** Continued to invest throughout pandemic and leaned in on WP synergies/launching new products. 2020 was FIS' biggest sales year, which provides optimism for 2021.
  - **Worldpay acquisition:** Have not really had any negative surprises; seeing nice blend of client base; WP helped accelerate access to expanding their TAM.
  - **M&A:** Very disciplined with transformational acquisitions; highly unlikely they will do something in the near term given valuations.

- **Merchant segment (~34% of 2022E revenue):**
  - **Trends:** Continue to align with Visa/networks. Through May and first week of June, volumes were a little ahead of expectations (positive yield impact continues). Merchant activity has exceeded expectations relative to Q2 guidance.
  - **Q2 guidance:** +30-35% organic growth implies 99-102% of Q2-19 revenue (Q1-21 was 103% of Q1-19); noted they took a conservative approach to guidance. We think recent Q2 trends imply upside to guidance (we model +34%).
  - **Pandemic review:** Gained share in 2020; believes there is pent-up demand.
  - **Competition:** Stripe tends to be further down market (opportunity for FIS to do more with very small merchants).
  - **Global eComm:** Runs into Chase/Adyen (FIS has been winning share); significant greenfield opportunity and feels good about their positioning.

- **Banking segment (~46% of 2022E revenue):**
  - **Growth drivers:** Market is a tailwind and FIS has invested in new capabilities over the years. Thinks Banking can be a strong mid/upper-single digit grower for next five years (we model ~7% in 2021E/2022E).
  - **Current backdrop:** Industry is inflecting; large banks need to transform.
  - **Strong growth units:** PaymentsOne (cloud-native technology driving end-to-end payment ecosystem), Digital One (recent win with First Hawaiian), Modern Banking Platform (roughly $0 last year to $100 million this year)…50 products to market last year contributing >9% of growth in Banking.
  - **Newer competitors:** Marqeta has limited application stack/revenue concentration (FIS doesn't run into them), taking share from small boutique providers, regional providers and some large providers.

- **We like the stock.** Mid/high-teens EPS growth likely over the next few years; valuation attractive at ~19.5X our 2022E EPS.

Fidelity National Information Services is a leading provider of core processing for financial institutions, card issuing, and transaction processing services.

## RESEARCH UPDATE

### 1-Year Price Chart



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Average Risk |
| Price Target: | $182 |
| Price (6/10/21): | $144.56 |
| Market Cap (mil): | $90,495 |
| Shares Out (mil): | 626.0 |
| Average Daily Vol (mil): | 2.73 |
| Dividend Yield: | 0.8% |

### Estimates

| FY Dec | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 1.28 A | 1.30 A | 1.56 E |
| Q2 | 1.15 A | 1.55 E | 1.80 E |
| Q3 | 1.42 A | 1.68 E | 1.93 E |
| Q4 | 1.62 A | 1.90 E | 2.17 E |
| **Fiscal EPS** | **5.47 A** | **6.44 E** | **7.45 E** |
| Fiscal P/E | 26.4x | 22.4x | 19.4x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

**Please refer to Appendix - Important Disclosures and Analyst Certification**

---

| David J. Koning, CFA | Robert W. Bamberger, CFA | Patrick A. Schulz, CFA |
|---|---|---|
| Sr. Research Analyst | Sr. Research Associate | Research Analyst |
| dkoning@rwbaird.com | rbamberger@rwbaird.com | pschulz@rwbaird.com |
| 414.298.7494 | 414.298.5094 | 414.298.6218 |

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized distribution prohibited.

June 10, 2021  |  **FIS**

# Details

**Our $182 price target** reflects ~23X our prospective EPS of $7.90 (for the 12-months ending 6/30/23). This reflects ~5% premium to the S&P's NTM P/E, below the 2017-2019 average of a ~15% premium. We assume a lower-than-normal premium, given some additional volatility introduced by the recently acquired Merchant unit plus higher leverage.

# Investment Thesis

**Relatively resilient business model.** FIS' recurring revenue represents ~80% of total, while Worldpay's volumes include resilient grocery/drugstore/eComm retailers.

**Solid long-term growth expectations.** We expect EPS to grow mid/high-teens over the next several years, driven by 7-9% revenue growth, modest core margin expansion, deal synergies, and buybacks.

**Limited client concentration and high retention.** With thousands of clients across many product lines, the company has very limited client concentration, and significant diversity in revenue streams.

**Exposure to higher-growth eComm.** Worldpay has been growing ~20%+ in eComm, and we expect strong growth to continue, with the added benefit of FIS' international banks as a possible channel.

# Risks & Caveats

**Consolidation in the banking industry.** The financial industry has been ripe with consolidation over the last several years. As bank combinations occur, typically the technology provider at the acquirer is the company that wins the business. Depending on the make-up of future M&A in the banking industry, Fidelity could be at risk of losing business if its current clients are acquired.

**Delays in project spending.** During periods of economic uncertainty, FIS may consider delaying decision-making on certain projects/license purchases.

**Economic sensitivity to consumer spending.** During period of economic uncertainty, FIS' Merchant business may face some pressure due to lower consumer spending. If SMB merchants are impacted to a greater extent (SMBs carry higher-yielding processing), FIS' revenue could have a greater impact than volumes.

**Acquisition integration risk.** Large acquisitions introduce risks into a business, including timing of anticipated deal closings, difficulty in integrating the acquired operations and personnel, and management challenges.

**Currency movements could negatively impact results.** Depreciation of certain currencies (Brazilian real, euro, British pound) could cause a reduction in revenue and operating profit. Appreciation of the Indian rupee could reduce operating profit as well.

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized distribution prohibited.

**June 10, 2021** | **FIS**

## Company Description

Headquartered in Jacksonville, FL, Fidelity National Information Services is a leading provider of core processing for financial institutions, card issuing and transaction processing services, and various other outsourcing services. The company has core processing and technology relationships with 40 of the top 50 global banks and nine of the top 10. FIS serves more than 20k clients from over 140 different countries. The company was created in February 2006 when Certegy merged with Fidelity National Financial's Information segment. Fidelity acquired eFunds in mid-2007, spun out its Lender Processing business in June 2008, acquired Metavante in October 2009 (competing core provider) and Capco (consulting) in December 2010. In November 2015, FIS acquired SunGard. In July 2019 FIS closed the acquisition of Worldpay.

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized distribution prohibited.

June 10, 2021 | **FIS**

# Appendix - Important Disclosures and Analyst Certification

Approved on 10 June 2021 10:20EDT/ Published on 10 June 2021 10:25EDT.

**Covered Companies Mentioned**

All stock prices below are the 6/9/2021 closing price.

Fiserv, Inc. (FISV - $111.11 - Outperform)
Jack Henry & Associates, Inc. (JKHY - $159.72 - Neutral)
(See recent research reports for more information)





This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized distribution prohibited.

June 10, 2021  |  **FIS**



1 Robert W. Baird & Co. Incorporated makes a market in the securities of FIS, FISV and JKHY.

**Appendix – Important Disclosures and Analyst Certification**

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of May 28, 2021, Baird U.S. Equity Research covered 728 companies, with 65% rated Outperform/Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 14% of Outperform/Buy-rated and 4% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized distribution prohibited.

June 10, 2021  |  FIS

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial

**Baird**                                                                                                                                    6

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized distribution prohibited.

June 10, 2021   |   **FIS**

Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2021 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                    Click here to unsubscribe

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized distribution prohibited.