# EXHIBIT O



# Fidelity National Information Services, Inc. (FIS) — **Neutral**

## FIS: 2Q Recap - Expectations Create A Hurdle Relative to Peers; Maintain Neutral

## Summary

Following a largely in-line 2Q and 2021 guidance update, we maintain our Neutral rating on FIS with a $156 12-month PT (from $150). We note trends in the merchant segment in July appear to be improving, which bodes well for the higher revenue and EPS growth expectations for the year. Moreover, FIS' banking segment continues to accelerate (creating a more likely driver of revenue acceleration, in our view).

FIS closed ~6% lower following the 8/3 report but has outperformed YTD. We continue to prefer its closest peers within our coverage--FISV (Buy) and GPN (Buy)--as we expect higher overall revenue and EPS growth as well as more upside from both multiple expansion and upward revisions to consensus estimates.

**3Q EPS guide falls shy of expectations, but merchant trends are OK:** FIS is guiding for 3Q revenue growth of 9-10% (vs. consensus of ~9%) and EPS of $1.66-$1.69 (vs. consensus of $1.72). In the merchant segment, revenues are expected to grow mid-to-high-teens over 2019 levels driven by yield benefits, a sequentially better July, and recovering international volumes. In Banking, FIS' momentum seems likely to continue with growth accelerating in 2H21. Overall, our 3Q EPS moves to $1.68 from $1.67.

**Guidance & model updates:** As for 2021 top-line guidance, Merchant (~34% of revenue mix) revenue growth is now expected to approach 20% (from mid-high teens), and our estimate moves to 20.3% from 17% (vs. consensus 17.5%). Banking revenue (45%) growth guidance is now HSD (from MSD-HSD), and our estimate moves to 7.9% from 7.6% (vs. consensus of 6.8%). Capital markets revenues (~18%) are now expected to grow MSD (from LSD-MSD), and our estimate moves to 4.7% from 3.7% (vs. consensus 4.9%). On the expense side, incremental incentive accruals pressure full-year margin expectations by ~50bps. Last, FIS mentioned an informal 7-9% revenue growth target for 2022-2024. Overall, our 2021 revenue/EPS estimates move 1%/2% higher (in line with consensus).

**Synergy and capital allocation update:** Over the quarter, FIS had robust performance in its cross-selling segments, which was led by wins in Premium Payback, issuer processing, merchant referral, and data analytics. Revenue synergy run rates climbed to ~$450mn (from ~$300mn) and cost synergy run rates were ~$850mn. Due to record new sales, FIS is increasing its 2021 revenue synergy target to $700mn (from $600mn). Turning to capital allocation, FIS has repurchased ~$800mn in shares YTD, including ~$400mn during Q2 alone. FIS is now at a leverage ratio of 3.3x, leaving it on track to meet its 3x or lower target for the year. Moving forward, transformational M&A still appears to be on the table, while strategic divestitures (i.e., in the capital markets segment) might make sense (and mgmt seems open to it).

**Areas to watch (New Solutions, Capital Markets, BNPL):** 1) FIS has invested heavily in New Solutions revenues (NSR), which have grown in terms of revenue mix, increasing from 1% in 2019 to 4% in 2021. FIS sees potential for 1-3 points of yearly incremental in NSR, which contributes to its 7-9% revenue growth target in the midterm (2022-2024). 2) In Capital Markets, revenue growth accelerated in 2Q. The company used to view its Capital Markets as a low single-digit grower, but now FIS believes this will trend towards HSD (we remain conservatively in the MSD range). 3) Following the acquisition of Afterpay by Square, FIS still sees Buy Now, Pay Later (BNPL) as just a different type of payment for them, and the firm doesn't seem to be overly concerned with the deal as a major competitive threat in the NT (we agree).

---

**PRICE: $139.12**
**TARGET: $156.00**

**Sean Horgan**
FinTech and Payments Analyst
(212) 607-3162
shorgan@rblt.com

| Changes | Previous | Current |
|---|---|---|
| Price Target | $150.00 | $156.00 |
| Q2 21(E) Rev ($M) | 3.38B(E) | 3.48B |
| Q3 21(E) Rev ($M) | 3.46B | 3.52B |
| FY 21(E) Rev ($M) | 13.73B | 13.89B |
| FY 22(E) Rev ($M) | 14.77B | 14.86B |
| Q2 21(E) EPS | 1.50(E) | 1.61 |
| Q3 21(E) EPS | 1.67 | 1.68 |
| FY 21(E) EPS | 6.35 | 6.48 |
| FY 22(E) EPS | 7.33 | 7.44 |

| | |
|---|---|
| Price | $139.12 |
| Rating | Neutral |
| Price Target | $156.00 |
| 52-Week Low | 120.17 |
| 52-Week High | 156.73 |
| Average Daily Volume (MM) | 51.5 |
| Shares Outstanding (MM) | 621.0 |
| Market Cap ($M) | 92,430 |
| Dividend Yield | 1.0% |
| YTD Stock Performance | 5.4% |
| Enterprise Value ($M) | $108,689 |



Created by BlueMatrix

---

| YEAR | Revenue | | | | | | EPS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | Ann | EV/Rev | Mar | Jun | Sep | Dec | Ann | P/E |
| 2020A | 3.08B | 2.96B | 3.20B | 3.32B | 12.55B | 8.6x | 1.28 | 1.15 | 1.42 | 1.62 | 5.47 | 25.5x |
| 2021E | 3.22BA | 3.48BA | 3.52B | 3.67B | 13.89B | 7.8x | 1.30A | 1.61A | 1.68 | 1.89 | 6.48 | 21.5x |
| 2022E | — | — | — | — | 14.86B | 7.3x | — | — | — | — | 7.44 | 18.7x |

Please see analyst certification and important disclosures on page 4 of this report.

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized external distribution is prohibited.

**Figure 1 - FIS Earnings Snapshot**

| FIS<br>Updated: 08/02/2021 | 2Q21 | Prior Rosenblatt Estimate | | | Consensus | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2Q21E | Diff | % | 2Q-21 | Diff | % |
| Merchant Solutions | 1,177.0 | 1,108.1 | 69 | 6% | 1,108.4 | 69 | 6% |
| Banking Solutions | 1,578.0 | 1,570.7 | 7 | 0% | 1,570.0 | 8 | 1% |
| Capital Markets Solutions | 630.0 | 617.8 | 12 | 2% | 624.9 | 5 | 1% |
| Corporate and Other | 90.0 | 85.5 | 5 | 5% | 80.5 | 10 | 12% |
| Revenue | 3,475.0 | 3,382.1 | 93 | 3% | 3,401.2 | 74 | 2% |
| Cost of revenue | 2,135.0 | 2,134.2 | 1 | 0% | 2,160.7 | (26) | -1% |
| SG&A | 977.0 | 862.4 | 115 | 13% | 851.5 | 126 | 15% |
| Operating income | 363.0 | 385.5 | (22) | -6% | 417.8 | (55) | -13% |
| Interest expense | 48.0 | 55.0 | (7) | -13% | 58.3 | (10) | -18% |
| Other expense (income) | (324.0) | - | (324) | NA | -- | NA | NA |
| EBT | 639.0 | 330.5 | 309 | 93% | 361.4 | 278 | 77% |
| Provision for taxes | 302.0 | 47.9 | 254 | 530% | 50.3 | 252 | -- |
| *Effective tax rate* | *47%* | *15%* | *32.8%* | *--* | *14%* | *33.3%* | *--* |
| Adj. combined net earnings | 1,004.0 | 944.40 | 60 | 6% | 970.5 | 34 | 3% |
| **Adj. EPS** | **1.61** | **1.50** | **0.10** | **7%** | **1.55** | **0.06** | **4%** |
| Diluted shares | 624.0 | 628 | (4) | -1% | 627 | (3) | 0% |
| | | | | | | | |
| Adj EBITDA | 1,498.0 | 1,484.5 | 14 | 1% | 1,478.6 | 19 | 1% |
| *Adj. EBITDA Margin* | *43.1%* | *43.9%* | *-0.8%* | *--* | *43.5%* | *-0.4%* | *--* |

Source: Company reports, Visible Alpha, RBLT. Note: In $mn unless otherwise stated.

**Figure 2 - Guidance**

| | 2021 Guide | | 2021 Estimates | | | 3Q21 Guide | 3Q21 Estimates | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | @ 1Q21 | @ 2Q21 | Prior | RBLT | Cons. | | Prior | RBLT | Cons. |
| Revenue | 13,650-13,750 | 13,900-14,000 | 13,714 | 13,887 | 3,474 | 3,490-3,520 | 3,458 | 3,518 | 3,474 |
| Organic Revenue Growth | 8-9% | 10-11% | 9% | 11% | 9% | 9-10% | 8% | 10% | 9% |
| Adjusted EBITDA | 6,075-6,175 | 6,125-6,200 | 6,142 | 6,144 | 6,142 | 1,550-1,575 | 1,586 | 1,567 | 1,611 |
| Margin expansion | 260-300 bps | 220-240 | 289 | 264 | -- | 190-220 bps | 199 | 211 | -- |
| Adj EBITDA margin | 45% | 44-45% | 45% | 44% | -- | 44-45% | 46% | 45% | -- |
| Adjusted EPS | $6.35-6.55 | $6.45-6.60 | 6.34 | 6.48 | 6.48 | 1.66-1.69 | 1.67 | 1.68 | 1.72 |
| Adjusted EPS Growth | 16-20% | 18-21% | 18% | 19% | 18% | 17-19% | 18% | 19% | 22% |

Source: Company data, Visible Alpha, RBLT estimates.

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized external distribution is prohibited.

2

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized external distribution is prohibited.

## FIS -- Income Statement

All in $ Millions Except Per Share Values

| | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21E | 4Q21E | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 2018 | 2019 | 2020 | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Merchant Solutions | - | - | - | - | 50 | 97 | 705 | 1 090 | 935 | 812 | 1 017 | 1 003 | 966 | 1 177 | 1 169 | 1 210 | 1 181 | 1 202 | 1 293 | 1 315 | | 1 942 | 3 767 | 4 522 | 4 991 | 5 540 |
| Banking Solutions | 1 061 | 1 124 | 1 090 | 1 126 | 1 373 | 1 357 | 1 444 | 1 480 | 1 444 | 1 462 | 1 488 | 1 551 | 1 540 | 1 578 | 1 635 | 1 696 | 1 647 | 1 678 | 1 743 | 1 808 | 4 401 | 5 654 | 5 945 | 6 449 | 6 877 | 7 375 |
| Capital Markets Solutions | 927 | 899 | 916 | 976 | 572 | 594 | 611 | 626 | 597 | 593 | 587 | 663 | 625 | 630 | 618 | 676 | 646 | 649 | 638 | 699 | 3 718 | 2 403 | 2 440 | 2 548 | 2 632 | 2 737 |
| Corporate and Other | 78 | 83 | 78 | 65 | 62 | 64 | 62 | 145 | 102 | 95 | 105 | 99 | 92 | 90 | 97 | 89 | 91 | 87 | 94 | 88 | 304 | 333 | 401 | 368 | 360 | 324 |
| **Revenue** | **2,066** | **2,106** | **2,084** | **2,167** | **2,057** | **2,112** | **2,822** | **3,341** | **3,078** | **2,962** | **3,197** | **3,316** | **3,223** | **3,475** | **3,518** | **3,671** | **3,565** | **3,617** | **3,767** | **3,910** | **8,423** | **10,332** | **12,553** | **13,887** | **14,860** | **15,976** |
| y/y growth | | | | | 0% | 0% | 35% | 54% | 50% | 40% | 13% | -1% | 5% | 17% | 10% | 11% | 11% | 4% | 7% | 7% | -3% | 23% | 21% | 11% | 7% | 8% |
| q/q growth | | | | 4% | -5% | 3% | 34% | 18% | -8% | -4% | 8% | 4% | -3% | 8% | 1% | 4% | -3% | 1% | 4% | 4% | | | | | | |
| Cost of revenue | 1 414 | 1 414 | 1 364 | 1 377 | 1 381 | 1 404 | 1 838 | 1 986 | 2 089 | 2 046 | 2 104 | 2 110 | 2 118 | 2 135 | 2 184 | 2 191 | 2 211 | 2 170 | 2 185 | 2 190 | 5 569 | 6 609 | 8 349 | 8 628 | 8 755 | 9 506 |
| % of revenue | 68% | 67% | 65% | 64% | 67% | 66% | 65% | 59.4% | 67.9% | 69.1% | 65.8% | 63.6% | 65.7% | 61.4% | 62.1% | 59.7% | 62.0% | 60.0% | 58.0% | 56.0% | 66.1% | 64.0% | 66.5% | 62.1% | 58.9% | 59.5% |
| **Gross Profit** | **652** | **692** | **720** | **790** | **676** | **708** | **984** | **1,355** | **989** | **916** | **1,093** | **1,206** | **1,105** | **1,340** | **1,334** | **1,480** | **1,355** | **1,447** | **1,582** | **1,721** | **2,854** | **3,723** | **4,204** | **5,260** | **6,104** | **6,470** |
| SG&A | 358 | 339 | 283 | 321 | 361 | 317 | 757 | 1 232 | 881 | 870 | 862 | 903 | 1 006 | 977 | 1 003 | 844 | 856 | 832 | 791 | 782 | 1 301 | 2 667 | 3 516 | 3 830 | 3 261 | 2 876 |
| | 17.3% | 16.1% | 13.6% | 14.8% | 17.5% | 15.0% | 26.8% | 36.9% | 28.6% | 29.4% | 27.0% | 27.2% | 31.2% | 28.1% | 28.5% | 23.0% | 24.0% | 23.0% | 21.0% | 20.0% | 15.4% | 25.8% | 28.0% | 27.6% | 21.9% | 18.0% |
| Asset impairment | - | - | 95 | - | - | - | 87 | - | - | - | 0 | 0 | 136 | - | - | - | - | - | - | - | 95 | 87 | 136 | - | - | - |
| Operating income | 294 | 353 | 342 | 469 | 315 | 391 | 140 | 123 | 108 | 46 | 231 | 167 | 99 | 363 | 331 | 636 | 499 | 615 | 791 | 938 | 1 458 | 969 | 552 | 1 429 | 2 844 | 3 595 |
| Operating Margin | 45% | 51% | 48% | 59% | 47% | 19% | 5% | 4% | 4% | 2% | 7% | 5% | 3% | 10% | 9% | 17% | 14% | 17% | 21% | 24% | 17% | 9.4% | 4.4% | 10% | 19% | 23% |
| Other income | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest expense | 72 | 73 | 80 | 72 | 75 | 72 | 95 | 95 | 80 | 88 | 84 | 82 | 74 | 48 | 45 | 45 | 45 | 44 | 44 | 43 | 297 | 337 | 334 | 212 | 175 | 170 |
| Other expense (income) | (3) | 4 | 58 | (3) | 52 | 120 | (164) | 211 | 39 | (74) | 4 | (17) | 493 | (324) | 300 | 300 | 300 | 300 | 300 | 300 | 56 | 219 | (48) | 769 | 1 200 | 1 200 |
| **EBT** | **225** | **276** | **204** | **400** | **188** | **199** | **209** | **(183)** | **(11)** | **32** | **143** | **102** | **(468)** | **639** | **(14)** | **291** | **155** | **271** | **448** | **595** | **1,105** | **413** | **266** | **448** | **1,469** | **2,225** |
| Provision for taxes | 34 | 51 | 37 | 85 | 32 | 40 | 48 | (19) | (30) | 4 | 121 | 2 | (97) | 302 | (2) | 42 | 23 | 41 | 67 | 89 | 207 | 101 | 97 | 245 | 220 | 334 |
| Effective tax rate | 15% | 18% | 18% | 21% | 17% | 20% | 23% | 10% | -- | 13% | 85% | 2% | 21% | 47% | 15% | 15% | 15% | 15% | 15% | 15% | 19% | 24% | 37% | 55% | 15% | 15% |
| Equity method investment earnings | 1 | 7 | 4 | 4 | 7 | 4 | 5 | (7) | 1 | 7 | - | (2) | (1) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | 16 | 9 | 6 | (16) | (20) | (20) |
| Net earnings | 190 | 218 | 163 | 311 | 149 | 155 | 156 | (157) | 18 | 21 | 22 | 102 | (370) | 342 | (7) | 254 | 136 | 235 | 385 | 511 | 882 | 303 | 163 | 219 | 1 268 | 1 911 |
| Non-controlling | 8 | 6 | 9 | 12 | 1 | 1 | 2 | 1 | 3 | 2 | 2 | (1) | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 35 | 5 | 6 | 6 | 4 | 4 |
| Net earnings for FIS common | 182 | 212 | 154 | 299 | 148 | 154 | 154 | (158) | 15 | 19 | 20 | 103 | (373) | 341 | (8) | 253 | 135 | 234 | 384 | 510 | 847 | 298 | 157 | 213 | 1 264 | 1 907 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **EPS per diluted common** | **0.54** | **0.64** | **0.47** | **0.91** | **0.45** | **0.47** | **0.29** | **(0.26)** | **0.02** | **0.03** | **0.03** | **0.16** | **(0.60)** | **0.55** | **(0.01)** | **0.40** | **0.22** | **0.37** | **0.62** | **0.82** | **2.55** | **0.66** | **0.25** | **0.34** | **2.03** | **3.13** |
| **Adj. EPS** | **0.44** | **0.57** | **1.33** | **1.59** | **0.51** | **1.30** | **1.43** | **1.57** | **1.28** | **1.15** | **1.42** | **1.62** | **1.30** | **1.61** | **1.68** | **1.89** | **1.61** | **1.75** | **1.96** | **2.14** | **3.92** | **5.49** | **5.47** | **6.48** | **7.44** | **8.33** |
| y/y growth | | | | | 16% | 127% | 8% | -1% | 150% | -11% | -1% | 3% | 1% | 40% | 19% | 17% | 24% | 9% | 16% | 13% | -30% | 40% | 0% | 19% | 15% | 12% |
| Dividend | | | | | | | | | | 0.35 | 0.35 | 0.35 | 0.39 | 0.39 | 0.39 | 0.39 | 0.43 | 0.43 | 0.43 | 0.43 | | | | | | |
| Basic | 330 | 329 | 328 | 326 | 323 | 324 | 516 | 614 | 616 | 618 | 620 | 621 | 621 | 619 | 619 | 622 | 622 | 620 | 618 | 616 | 328 | 444 | 619 | 620 | 619 | 604 |
| Diluted shares | 334 | 333 | 331 | 329 | 326 | 327 | 524 | 623 | 625.0 | 625 | 627 | 628 | 624 | 624 | 627 | 627 | 625 | 623 | 621 | | 332 | 451 | 626 | 625 | 624 | 609 |
| Q5-Q8 EPS | | | | | | | | | | | | | 7.45 | | | | | | | | | | | | | |
| Repurchased stock ($mn) | | | | | | | | | | | | | 400.0 | 400.0 | 350 | 350 | 400 | 400 | 400 | 450 | | | | | | |
| Average repurchase price | | | | | | | | | | | | | $ 143.00 | $ 148.15 | 150 | 150 | 151 | 151 | 151 | 151 | | | | | | |
| Share repurchases (mn) | | | | | | | | | | | | | - | 2.8 | 2.3 | 2.3 | 2.6 | 2.6 | 2.6 | 3.0 | | | | | | |
| Natural d lution (contraction) | | | | | | | | | 99.0 | 2.0 | - | 1.5 | 0.8 | 0.7 | 5.0 | 5.0 | 0.5 | 0.5 | 0.5 | 0.5 | | | | | | |
| Net share repurchases (issuance) | | | | | | | | | | | | 1.5 | 2.0 | 2.0 | (2.7) | (2.7) | 2.1 | 2.1 | 2.1 | 2.5 | | | | | | |
| Available authorization | | | | | | | | | | | | (1.5) | 97.2 | 94.5 | 92 | 90 | 87 | 85 | 82 | 79 | | | | | | |
| | | | | | | | | | | | | 1032 | | | | | | | | | | | | | | |
| **EBITDA Adjustments** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D&A | 352 | 354 | 173 | 178 | 368 | 193 | 206 | 217 | 230 | 237 | 238 | 258 | 279 | 275 | 295 | 295 | 250 | 250 | 250 | 250 | 1 057 | 809 | 963 | 1 144 | 1 000 | 1 015 |
| total adjustments | 59 | 50 | 293 | 217 | 46 | 210 | 846 | 1 150 | 909 | 874 | 888 | 1 031 | 930 | 860 | 941 | 840 | 755 | 755 | 755 | 755 | 619 | 2 426 | 3 708 | 3 571 | 3 020 | 2 880 |
| **Adj EBITDA** | **705** | **757** | **808** | **864** | **729** | **794** | **1 192** | **1 490** | **1 247** | **1 157** | **1 357** | **1 456** | **1 308** | **1 498** | **1 567** | **1 771** | **1 504** | **1 620** | **1 796** | **1 943** | **3 134** | **4 204** | **5 223** | **6 144** | **6 864** | **7 490** |
| y/y growth | | | | | 34.1% | 35.9% | 38.8% | 39.9% | 35.4% | 37.6% | 42.2% | 44.6% | 40.5% | 39.1% | 42.4% | 43.9% | 40.6% | 43.1% | 44.6% | 48.2% | 42.2% | 44.8% | 47.7% | 49.7% | | |
| Adj. EBITDA Margin | 34.1% | 35.9% | 38.8% | 39.9% | 35.4% | 37.6% | 42.2% | 44.6% | 40.5% | 39.1% | 42.4% | 43.9% | 40.6% | 43.1% | 44.6% | 48.2% | 42.2% | 44.8% | 47.7% | 49.7% | 37.2% | 40.7% | 41.6% | 44.2% | 46.2% | 46.9% |
| Margin expansion (bps) | | | | | | | | | | | | (69) | 7 | 405 | 211 | 433 | 160 | 168 | 313 | 146 | | 348 | 92 | 264 | 195 | 69 |
| | | | | | | | | | | | | 804 | 1 024 | 740 | 900 | 660 | | | | | | | | | | |
| **Net earnings bf Non-GAAP adj.** | **182** | **212** | **154** | **299** | **148** | **154** | **154** | **(158)** | **15** | **19** | **20** | **103** | **(373)** | **341** | **(8)** | **253** | **135** | **234** | **384** | **510** | **847** | **298** | **157** | **213** | **1 264** | **1 907** |
| Purchase accounting amortization | - | - | 181 | 183 | - | 175 | 546 | 740 | 684 | 678 | 693 | 694 | 674 | 675 | 716 | 675 | 680 | 680 | 680 | 680 | 364 | 1 635 | 2 749 | 2 740 | 2 720 | 2 620 |
| Acquisition integration other | 57 | 49 | 16 | 34 | 100 | 46 | 213 | 410 | 225 | 202 | 195 | 201 | 256 | 185 | 225 | 165 | 75 | 75 | 75 | 75 | 156 | 704 | 823 | 831 | 300 | 260 |
| Asset impairments | - | - | 95 | - | - | - | 87 | - | - | - | - | 136 | - | - | - | - | | | | | 95 | 87 | 136 | - | - | - |
| Acquisition deffered rev adj. | 2 | 1 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | | | | | | 4 | - | - | - | - | - |
| Loss on sale of bus or inv | (3) | 1 | 54 | - | - | 102 | (5) | - | - | - | - | - | - | - | - | | | | | | 55 | 6 | - | - | - | - |
| Debt financing | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | | | | | | 1 | 98 | - | - | - | - |
| Equity method investing earnings | - | 7 | 4 | 4 | 7 | 4 | 5 | (7) | 1 | 7 | - | (2) | (1) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | 15 | 10 | 6 | (16) | (20) | (20) |
| Tax rate change | | | | | | | | | | | 103 | - | 178 | - | - | | | | | | - | 10 | 103 | 178 | - | - |
| Non-operating expense | - | - | - | (3) | - | - | (164) | 211 | 39 | (74) | 4 | (17) | 493 | (324) | 300 | 300 | 300 | 300 | 300 | 300 | (3) | 47 | (48) | 769 | 1 200 | 1 200 |
| pre tax | 238 | 271 | 505 | 520 | 261 | 481 | 836 | 1 196 | 964 | 832 | 1 015 | 1 115 | 1 049 | 1 050 | 1 228 | 1 388 | 1 185 | 1 284 | 1 434 | 1 560 | 1 534 | 2 895 | 3 926 | 4 715 | 5 464 | 5 967 |
| Effective tax rate | 37.8% | 29.9% | 13.3% | -0.6% | 36.0% | 11.9% | 10.2% | 18.3% | 16.8% | 13.7% | 12.6% | 8.9% | 22.4% | 47.3% | 14.5% | 14.5% | 15.0% | 15.0% | 15.0% | 15.0% | 15.3% | 14.5% | 12.8% | 14.0% | 15.0% | 15.0% |
| Provision benefit for income taxes | (90) | (81) | (67) | 3 | (94) | (57) | (85) | (219) | (162) | (114) | (128) | (99) | (235) | (46) | (178) | (201) | (178) | (193) | (215) | (234) | (235) | (419) | (503) | (660) | (820) | (895) |
| Total non-GAAP adj. | (34) | (22) | 284 | 224 | 19 | 270 | 597 | 1 135 | 787 | 699 | 867 | 913 | 1 187 | 663 | 1 058 | 934 | 872 | 857 | 835 | 816 | 452 | 2 178 | 3 266 | 3 842 | 3 380 | 3 165 |
| **Adj. combined net earnings** | **148** | **190** | **438** | **523** | **167** | **424** | **751** | **977** | **802** | **718** | **887** | **1,016** | **814** | **1,004** | **1,050** | **1,187** | **1,008** | **1,092** | **1,219** | **1,326** | **1,299** | **2,476** | **3,423** | **4,054.9** | **4,644.6** | **5,072** |

Source: Company Data. Rosenblatt Estimates.

4 054.9    4 644.6

3

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized external distribution is prohibited.

Fidelity National Information Services, Inc.                                                                                                          August 3, 2021

## Company Description

FIS is a global technology solutions leader for merchants, banks, and capital markets firms. On July 31, 2019, the company completed its acquisition of Worldpay. The transaction enhanced FIS's global payment capabilities, risk and fraud solutions and advanced data analytics. As a result, the company has reorganized into three segments aligned with the businesses (Merchant Solutions, Banking Solutions, and Capital Markets Solutions) as well as a Corporate and Other segment.

## Valuation Summary

Our 12-month price target of $156 (from $150) represents 21x (from 20.5x) our 2022 EPS of $7.44 (from $7.33).

## Risks

**Downside Risks:**

- **Consumer spending --** A slowdown in consumer spending could negatively impact FIS results.

- **Integration risk --** FIS is subject to implementation risk from M&A integration.

- **End-market weakness --** To the extent that the economy slows significantly (impacting consumer, government and business spending), it will have a follow-on impact for FIS activity levels. Furthermore, the consolidation or failure of a large number of clients could increase client concentration for FIS.

- **Competition --** FIS operates in a highly competitive market. Competitors vary from existing clients' in-house applications, other vendors of financial services technology, as well as a more emerging number of large technology and other companies which have not historically participated in the financial services industry. If FIS fails to defend against competitive pressures, its business may be materially negatively impacted.

- **Unable to renew client contracts at favorable terms --** Client contracts are typically several years long. At the end of the contract, if FIS is unable to renegotiate its contracts at favorable terms, or worse, loses them to competitors, its business will likely be adversely affected.

- **Regulation:** While nothing is currently expected, unintended consequences of regulatory reforms or new requirements have the potential to increase costs for FIS in order to help customers work through the new requirements.

**Upside Risks:**

- **Margin expansion** -- Better than expected EBTIDA margins creates upside risk

- **Consumer spending** -- An acceleration of consumer spending both in the US and internationally would likely have a positive impact on FIS

- **Accelerating growth** -- If FIS is able to grow revenues faster than expectations, shares will be positively impacted

- **M&A activity** -- To the extent FIS engages in the sale or divestiture of some (or all) of its business(es), it could materially positively impact the stock

## Required Disclosures

I, Sean Horgan, attest that the views expressed in this research report accurately reflect my personal views about the subject matter, security, or issuer. Furthermore, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation or views expressed in this research report.

The material prepared by me employs appropriate expertise, and I believe that it fairly and accurately represents the subject matter reported upon and is not misleading. I accept no liability for any loss resulting from the use of the material presented in this report, except that this disclaimer of liability does not apply to the extent that such disclaimer may be prohibited by specific statutes, laws or regulations. This report is not to be relied upon in substitution for the exercise of independent judgment. I may have issued and may in the future issue, other reports that are inconsistent with, and which reach different conclusions than the information presented in this report. Those reports

4

reflect the different assumptions, views, and analytical methods of the analysts who prepared them at that time and I assume no obligation to ensure that any other reports on the same subject matter addressed herein are brought to the attention of any recipient of this report.

**Ownership & Material Conflicts of Interest:** None.

**Compensation:** The research analyst who authored this report (the "Analyst") does not receive compensation based on Rosenblatt Securities Inc.'s investment banking revenues or from FIS and has not done so for the past twelve months. Rosenblatt Securities Inc. does not have any investment banking relationship with FIS. As such, Rosenblatt Securities Inc. has not received compensation for investment banking activities in the past twelve months and does not expect to receive compensation for investment banking activities in the next 3 months. Rosenblatt Securities Inc. does not have a consulting or other revenue-generating relationship with FIS in the last twelve months.

**Position as Officer/Director:** The Analyst does not serve as an officer, director, or advisory board member of FIS. The same is true for members of the Analyst's household.



Fidelity National Information Services, Inc. Rating History as of 08/02/2021

**Explanation of Equity Research Ratings:** Rosenblatt Securities Inc. uses the following ratings system: Buy [We believe this stock will outperform relative to other companies in its industry over the following 12 months.] Sell [We believe this stock will underperform relative to other companies in its industry over the following 12 months.] Neutral [We believe that this stock's performance will be in line with the average return of others in its industry over the following 12 months.]

| | Distribution of Ratings/IB Services | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY | 61 | 71.76 | 0 | 0 |
| NEUTRAL | 22 | 25.88 | 0 | 0 |
| SELL | 2 | 2.35 | 0 | 0 |

**Market Making:** Rosenblatt Securities Inc. does not make markets in any securities.

**Other Disclosures:** All the views expressed in the research report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers and no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations, valuations, or views expressed by the research analyst in the research report.

The information contained in this report is not a complete analysis of every material fact with respect to any company. industry or security and is not an offer or solicitation to buy or sell any security. Although opinions and estimates expressed in this report reflect the current judgment of Rosenblatt Securities Inc., the information upon which such opinions and estimates are based is not necessarily updated on a regular basis.

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized external distribution is prohibited.

This report is intended for lucinda.mcgrath@fisglobal.com. Unauthorized external distribution is prohibited.

Estimates are not reviewed on a regular basis. In addition, opinions and estimates are subject to change without notice. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on any legal, tax and accounting considerations applicable to such investor and its own investment strategy.

By virtue of this publication, Rosenblatt Securities Inc. or their employees shall not be responsible for any investment decision. Rosenblatt Securities Inc. from time to time may perform corporate finance services for companies mentioned in this report and may occasionally possess material, nonpublic information regarding such companies.

This information is not used in the preparation of the opinions and estimates contained in this report. Facts and the other information contained in this report have been obtained from public sources considered reliable but are not guaranteed in any way. This report may not be reproduced, distributed, or published without the prior consent of Rosenblatt Securities Inc. Copyright © 2021. All rights reserved by Rosenblatt Securities Inc.

In the United Kingdom, this communication may constitute a financial promotion for the purposes of the Financial Services and Markets Act 2000. Accordingly, it is issued only to, or directed only at, persons who are: (i) investment professionals within the meaning of Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO") or, (ii) high net worth companies and certain other entities falling within Article 49 (2)(a) to (d) of the FPO.

This communication is issued to, or directed only at, professional persons (this includes persons who are eligible counterparties and professional clients as defined by the MiFID ) who have professional experience in matters relating to investments. The information and products to which this communication relates are only available to such persons and persons of any other description (in particular retail investors) should not rely on this communication.