# EXHIBIT P

**Research**

# Fidelity National Information Systems (NYSE: FIS) - Highlights from the RBC Global TIMT Virtual Conference

Sentiment Indicator : neutral

Produced by Perlin, Daniel (RBC Capital Markets, LLC) on Tuesday, November 16, 2021, 13:26 PM ET

Disseminated on Tuesday, November 16, 2021, 13:35 PM ET

*Key takeaway:* Rise of "super users" (clients such as PayPal & Amazon who use solutions from across segments) highlights FIS' competitive strengths, scale, modern technology and integration throughout the company, not just within each segment. Reiterate Outperform rating on the acceleration in Merchant growth into the low-double digits (on ecommerce and maintaining/gaining share overall), stable & recurring organic revenue growth in Banking & Capital Markets as financial institutions modernize their technology and shareholder-friendly capital allocation.

Gary Norcross (Chairman & CEO), Woody Woodall (CFO) and Nate Rozof (EVP, Corporate Finance & Investor Relations) presented.

**Positive on the current environment.** All three segments (Banking, Capital Markets, and Merchant) posted record sales in Q3/21, with Banking & Capital Markets being driven by financial institutions needing to modernize their entire technology stacks, not just digitize certain ones, and Merchant sales strength across all areas of the segment, including ecommerce. The company is still seeing some questions around mix as different verticals, especially in Merchant, are recovering from the pandemic at different rates, but tried to address the concerns with increased disclosure when reporting Q3/21 results.

**Capital allocation could increase investor interest & valuation.** Recently, FIS announced a significant increase in its anticipated dividend growth rate with a view to increase the payout ratio to ~30% by the end of the decade. Management views this not as an inflection point but as a return to its desire for dividends be roughly one-third of the capital returned to shareholders (after investing for growth) as the merger integration has been completed and dividends have grown at a slower pace than EPS over the last few years. The company, furthermore, noted that the incremental dividend payout ($100M in FY22) is only a small percentage of its ~$4B+ in annual free cash flow and that there are many other companies in the broader technology space with above-market dividend yields trading at much higher multiples but are growing much more slowly. Finally, management continues to look at M&A opportunities but is willing to be out of the market given current valuations.

**Company is a "disruptor" in Merchant, not a "disrupted".** Despite investor "gravitation" (to use management's term) towards certain names, the company reiterated that it is not losing share in merchant acquiring, as can be seen in the acceleration of the segment's revenue growth from ~8% prior to the merger to low-double digits as its ecommerce business grows 30%+ and becomes a larger share of segment revenue and global scale benefits accrue. Management noted that merchant acquiring is a large market, and, even though FIS is one of the largest global acquirers, there are certain verticals, such as card-not-present SMB, where it does not currently compete but can with its recently replatformed & integrated technology. Unlike its competitors, furthermore, the company does not want to own its own software but to use this "neutrality" to capture the payment flow driven by any software provider or ISV. FIS' scale provides not only unit cost advantages but also better data, which leads to better authorization and fraud rates. This advantage is especially seen in a number of wins, where global enterprises consolidate their acquiring with FIS, rather than using a large bank in each geography in which they operate.

**Banking & Capital Markets are overlooked gems.** FIS generates ~65% of its total revenue its Banking and Capital Markets segments where revenue is almost entirely recurring in nature and typically generated by medium- to long-term (3 to 10 years) exclusive contracts. These segments are generating mid- to high-single-digit organic revenue growth as financial institutions of all types look to modernize their core technology architectures. For example, management highlighted its Modern Banking Portfolio which has seen 16 large wins since release and the solution's applicability to more than banks including fintechs such as PayPal, thereby becoming a "super user" as it was already a Merchant client.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Fidelity National Information Services | NYSE | FIS US | Outperform | Not Assigned | 172.00 | US Dollar | 115.59 | 16 Nov 2021 12:03:58 ET |

**RBC Capital Markets, LLC**
**Daniel Perlin (Analyst)** | (410) 625-6130 | Daniel.Perlin@rbccm.com
**RBC Capital Markets, LLC**
**Matt Roswell (AVP)** | (410) 625-6131 | Matt.Roswell@rbccm.com
**Amil Patel (Senior Associate)** | (212) 558-0412 | amil.patel@rbccm.com

Click here for conflict of interest and other disclosures relating to Fidelity National Information Services, Daniel Perlin These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.

For the exclusive use of Francisco Malonzo (fmalonzo@labaton.com) at Labaton Sucharow LLP