# EXHIBIT Q



# 2020 Q2 BLR – MERCHANT SOLUTIONS

May 2020

Confidential

FIS_00323071

# Executive Summary

- **Revenue expected to decline 12% constant currency in 2020, a significant reduction from plan growth of +12%, driven by the impact of COVID-19**
  - COVID-19 related volume loss across non-essential spend verticals, including retail and restaurant in both the US and UK and travel and airline verticals in eCom, partially offset by upside in eCom gambling, retail and digital verticals and increases in essential spend in the US and UK
  - Q2 revenue expected to decline 31% compared to flat growth in Q1 as the full impact of the COVID-19 restrictions worldwide on the economy are realized; however, volume trends are assumed to improve throughout the quarter as restrictions are slowly lifted in the US
  - Q2 is negatively impacted by the timing of IRS volumes shifting between Q2 and Q3 on the fling deadline extension and timing of Visa network expenses between Q2 and 2H 2020
- **2020 EBITDA margin of 44.9% falls short of both 2020 plan margin of 52.9% and 2019 margin of 50.4%; however, significant cost saving measures are being executed**
  - ~$80M of discretionary spend actions are being executed, including delayed hiring and restricted travel, for the remainder of the year
  - 2020 margin negatively impacted by revenue losses in high margin merchant portfolios, increased merchant losses and incremental costs for growth initiatives
- **Full year forecast assumes execution of over $100M of revenue initiatives with additional Plan B opportunities identified to offset potential execution risk**
  - North America includes $33M of revenue from Land Grab initiative with $50M of potential upside as well as $7M from bank referral synergies and $8M from BIN optimization and network routing incentives
  - eCom includes $14M of revenue from implementations of large customers as well as $13M of Q4 cross-sell and growth initiatives
- **Sales challenged YTD; however, re-energizing sales by increasing pipeline and focusing on opportunities to increase referrals with existing partners**
  - Land Grab initiative focused on increasing relationship with existing partners in North America – 34 partners targeted with potential for 57,000 new merchant adds
  - Pipeline across Enterprise and eCom is 2.3x coverage
- **Capital investments focused on delivering NAP while also prioritizing strategic investments to increase share of wallet and drive new sales**
  - NAP migrations expected to be completed in October
  - Access Worldpay and Omnichannel investments beginning to deliver with $4M of in-year revenue
  - Partner enablement success through continued adoption of Launchpad – 82 partners are live with over 1,000 enrollments in Q1

FIS

2

FIS_00323072

# Financial Snapshot Overview

*2020 forecast revenue growth decelerates from 2019 to -12% on COVID pandemic with balanced risk position*



### Financial Trends[1]

| | | 2018 | 2019 | 2020 Fcst | 2020 Plan |
|---|---|---|---|---|---|
| EBITDA | | $1.886 | $2.101 | $1.628 | $2.449 |
| | | | +210 bps | -550 bps | +250 bps |
| EBITDA Growth (Reported) | | | 11% | -22% | 18% |
| EBITDA Growth (CC) | | | 13% | -21% | 18% |

### Growth & Investment

($ millions)

| Description | 2020 Capital[2,3] | % of Capital | CC Organic Revenue Growth |
|---|---|---|---|
| eCom | 67 | 21% | -10% |
| North America | 50 | 16% | -9% |
| International | 21 | 7% | -26% |
| Engineering | 24 | 8% | N/A |
| Operations | 19 | 6% | N/A |
| Central | 84 | 27% | N/A |
| Integration | 38 | 12% | N/A |
| Other | 12 | 4% | N/A |
| **Total Capital** | **316** | **100%** | **-12%** |

## Key Dependencies        Plan B



$ Million

## Full Year Sales Expectations
*Annualized Revenue*



1. 2018 and 2019 results include FIS Merchant International. 2020 plan and forecast exclude FIS Merchant International and growth rates are calculated on an adjusted 2019 base; For comparison purposes, historical EBITDA margin is calculated assuming all historical periods exclude FIS International

2. Includes FIS/WP integration capital
3. Capital spend has been adjusted for Final Plan to account for Burden Rate applied by FIS Acctg.
4. North America capital includes $8M for the FIS Merchant US business
5 North America does not include Land Grab (additional ~$55M)

3

Confidential                                                                                                     FIS_00323073

# Second Quarter Expectation

*Q2 revenue expected to decline 31% compared to flat growth in Q1 as the full impact of the COVID-19 restrictions worldwide on the economy are realized; however, volume trends are assumed to improve throughout the quarter as restrictions are slowly lifted in the US*

| ($ millions) | Current Q2 2020 Forecast | | | vs. Prior Forecast @ Constant Currency B/(W) | | | | | | vs. Plan @ Constant Currency B/(W) | | | | | vs. PY @ Constant Currency B/(W) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | EBITDA | Margin | Revenue | | EBITDA | | Margin | | Revenue | | EBITDA | | Margin (Reported) | Revenue | | EBITDA | | Margin (Reported) |
| Global eCommerce | $193 | $148 | 76.7% | $7 | 4% | $4 | 3% | (70) bps | | ($95) | -33% | ($90) | -60% | (560) bps | ($61) | -24% | ($77) | -34% | (1160) bps |
| North America | $457 | $213 | 46.6% | $93 | 25% | $56 | 26% | 340 bps | | ($278) | -38% | ($176) | -83% | (630) bps | ($209) | -31% | ($145) | -40% | (710) bps |
| International* | $91 | $64 | 70.2% | $12 | 14% | $12 | 19% | 540 bps | | ($81) | -46% | ($76) | -113% | (1080) bps | ($68) | -42% | ($67) | -50% | (1180) bps |
| Merchant Solutions Admin | ($0) | ($145) | | | 0% | ($2) | 1% | NM | | | 0% | $19 | -13% | NM | ($0) | NM | $24 | -14% | NM |
| **Merchant Solutions** | **$741** | **$280** | **37.9%** | **$111** | **18%** | **$70** | **33%** | **450 bps** | | **($454)** | **-38%** | **($323)** | **-53%** | **(1260) bps** | **($337)** | **-31%** | **($263)** | **-48%** | **(1250) bps** |

## Headwinds

1. Potential worsening of COVID-19 impact (potential second wave)
2. Increased bad debt from COVID-19 merchant insolvencies
3. NAP migration impact on cross-sales
4. Extension of merchant response program into June
5. Network pricing delays
6. Sales efforts have been delayed as merchants focus on reopening core businesses

## Tailwinds

1. Accelerated easing of social-distancing measures
2. Synergy cross-sale and strategic conversions progressing well through COVID-19 pandemic
3. Growing interest in Fraud, Mobile/Omni, and Wireless Solutions due to COVID-19

FIS

4

Confidential

FIS_00323074

# Full Year Expectation

*Full year forecast assumes execution of over $100M of revenue initiatives with an additional $90M of opportunities identified to offset potential execution risk*

| ($ millions) | Current 2020 Forecast | | | vs. Prior Forecast @ Constant Currency B/(W) | | | | | | vs. Plan @ Constant Currency B/(W) | | | | | | vs. PY @ Constant Currency B/(W) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | EBITDA | Margin | Revenue | | EBITDA | | Margin | | Revenue | | EBITDA | | Margin (Reported) | | Revenue | | EBITDA | | Margin (Reported) | |
| Global eCommerce | $875 | $694 | 79.3% | ($0) | 0% | ($5) | -1% | (50) bps | | ($304) | -26% | ($294) | -42% | (420) bps | | ($98) | -10% | ($143) | -17% | (650) bps | |
| North America | $2,281 | $1,140 | 50.0% | $57 | 3% | $25 | 2% | (10) bps | | ($479) | -17% | ($379) | -33% | (510) bps | | ($221) | -9% | ($264) | -19% | (610) bps | |
| International* | $469 | $352 | 75.1% | $7 | 1% | $9 | 2% | 80 bps | | ($227) | -32% | ($213) | -58% | (600) bps | | ($171) | -26% | ($163) | -31% | (540) bps | |
| Merchant Solutions Admin | ($1) | ($558) | | | 0% | ($14) | 3% | NM | | $30 | -98% | $75 | -13% | NM | | $14 | -96% | $130 | -19% | NM | |
| **Merchant Solutions** | **$3,623** | **$1,628** | **44.9%** | **$63** | **2%** | **$15** | **1%** | **(40) bps** | | **($980)** | **-21%** | **($811)** | **-33%** | **(800) bps** | | **($477)** | **-12%** | **($441)** | **-21%** | **(550) bps** | |

## Headwinds

1. Potential worsening of COVID-19 impact (potential second wave)
2. Increased bad debt from COVID-19 merchant insolvencies
3. NAP migration impact on cross-sales
4. Network pricing delays
5. Economic impact on the SMB portfolio expected to drive spike in business closures and volume loss
6. Current cash availability for portfolio acquisitions minimal

## Tailwinds

1. Accelerated easing of social-distancing measures
2. 40 new Mid-Market and SMB sales personnel hired to capitalize on recovery in UK
3. Revenue synergies from heritage FIS merchants (Transaxpay)
4. Revitalized product initiatives aimed at delivering in-year revenue
5. Increased participation in Land Grab initiative

FIS

5

Confidential

FIS_00323075

# Merchant Quarterly Components of Revenue Growth

*While new business was planned to offset attrition in 2020, COVID impacts on both have created a divergence*

| | 2019 by Quarter | | | | 2020 by Quarter | | | | Full Year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1% Growth = $M Revenue | $9 | $10 | $10 | $10 | $9 | $7 | $9 | $10 | $39 | $41 | $46 | $36 |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | 2018 | 2019 | 2020 Plan | 2020 Fcst |
| Reported Growth1 | 9% | 10% | 6% | 8% | 0% | -32% | -8% | -6% | 10% | 8% | 12% | -12% |
| Organic CC Growth2 | 9% | 10% | 6% | 8% | 0% | -31% | -8% | -6% | 9% | 8% | 12% | -12% |

Legend: Organic, New Business, Portfolio Mgmt, Compression, Attrition, Acquisition, Currency, Other

**New Business:** Negatively impacted by Coronavirus (less new adds and lower volume on existing clients) and to a lesser extent delays in go-lives across e-Commerce (Deliveroo, Afterpay, Easyjet, Interjet); Q4 improves over Q2 and Q3 as recovery assumed to begin.

**Organic:** Impacted by Coronavirus beginning in mid-March which drives organic negative starting in Q2; Q2 is also skewed by material PY one-offs in eCommerce; timing of IRS volumes shifted $43M of revenue between Q2 and Q3 and Visa D&A timing negatively impacting Q2, but positively impacting Q3 and Q4.

**Portfolio Management:** 2020 pricing simplification in North America and portfolio optimization in the UK delayed until 2021 due to Coronavirus
**Revenue Leakage:**

  **Compression:** remains stable across Merchant Solutions.

  **Attrition:** improves in Q1 related to attrition initiatives and beginning to lap WPUS conversion impacts; Q2 to Q4 negatively impacted by Coronavirus; attrition in eComm higher than normal driven by Juul, Aliexpress, WorldRemit, Younique, Kobo, Datacash and Orderplus

**Other:** Consists of grow-over of Coinbase volumes.

1 2018 and 2019 include FIS International in 2019, 2018 and 2017
2 2020 excludes FIS International and calculates growth using an adjusted 2019; excludes Paymetric in 2018

FIS

6

Confidential

FIS_00323076

# Cost Actions

*~$140M of cost reductions being executed in 2020 including ~$60M of planned synergies and ~$80M of discretionary spend*





1. Other Cost Actions realized due to the Coronavirus

7

Confidential

FIS_00323077

# Sales Expectations

*Re-energizing sales by increasing pipeline and focusing on opportunities to increase referrals with existing partners*

## April Year To Date

| New ACV ($ millions) | Sales Reps | Apr YTD Actual | B / (W) Plan $ (@cc) | B / (W) YoY % (@cc) |
|---|---|---|---|---|
| eCom | 116 | $ 10.1 | $ (15.3) | -80% |
| UK[1] | 141 | $ 8.6 | $ (7.5) | -56% |
| North America | 485 | $ 71.1 | $ (21.2) | -22% |
| Total | 742 | $ 89.7 | $ (44.1) | -44% |

## Full Year Sales Forecast

| New ACV ($ millions) | Sales Reps | FY '20 Forecast | B / (W) Plan $ (@cc) | B / (W) YoY % (@cc) |
|---|---|---|---|---|
| eCom | 116 | $ 43.0 | $ (57.1) | -48% |
| UK[1] | 141* | $ 29.9 | $ (23.2) | -41% |
| North America [4] | 485 | $ 227.5 | $ (44.6) | -4% |
| Total | 742 | $ 300.4 | $ (124.9) | -19% |

*40 Sales Reps hired in Mar/Apr coinciding with COVID pandemic timing

**eCom**
- Airline and Travel verticals continue to deliver poor signing performance in current COVID climate, while Digital and Retail verticals primarily drive 2020 signings
- US region has strongest sales performance compared to the other regions driven mainly by Wyre and Mark Kay deals

**International**
- UK YTD new sales achievement falls short of Plan due to SMB and Mid-Market performance driven by delays in hiring and building of new structure as well as boarding performance
- Significant reduction in the full year sales outlook for SMB & Mid-Market, which was negatively impacted by COVID; however, Enterprise currently expected to end year ahead of Plan
- 32 new Field sellers in UK, as well as expansion of SMB via lower cost 3rd party telesales partners are expected to improve performance in SMB & Mid Market.

**North America**
- NA YTD new sales fall short of Plan across all channels including Direct, ISO and IP Partner
- Forecast reduced from Plan primarily in IP partner as ISV leads have fallen below expectations
- YTD Bank referrals up 10% YoY

## Current Pipeline

| Current Pipeline – New ACV ($ millions) | FY Go Get | FY Qualified Pipeline | Pipeline Coverage |
|---|---|---|---|
| eCom | $ 32.9 | $ 45.3 | 1.4x |
| UK[2] | $ 18.5 | $ 15.8 | 0.8x |
| North America Enterprise[3] | $ 13.4 | $ 90.2 | 6.7x |
| Total | $ 64.8 | $ 151.3 | 2.3x |

## Full Year Leads and Closed Deals



**Bank**



**ISV**

**eCom**
- Given the sporadic nature of new signings, the signings plan has been evenly phased month on month through the year.
- Airlines and travel combined contribute to ~8% of current pipeline forecast
- Several of the top ten pipeline deals belong to the digital vertical, e.g., Spotify ($6.0m), Binance ($2.4m), Global Tel*link ($1.2m))

**International**
- Pipeline coverage for Mid Market and SMB at 0.5x-0.6x of Plan – this is expected since typical sales cycle for these segments is short (~3 months and ~1 month respectively). Additionally, the recent 32 Field Sales hires in these segments have just started to build their pipelines
- Pipeline coverage for Enterprise ahead of Plan at 1.8x



1 Shown at the 1.24 FX rate
2 Qualified Pipeline reflects deals with probability equal or greater than 25%
3 SMB excluded as sales cycle is ~30 days and pipeline is short-term focused
4 Does not include ~$55M from Land Grab

8

Confidential

FIS_00323078

# Investment Update

*Focused on delivering NAP by October while also prioritizing strategic investments to increase share of wallet*

| ($ millions) Description | 2020 Fcst Spend | Status | Key Deliverables |
|---|---|---|---|
| NAP | 57.3 | ◯ | • Global replatforming of acquiring, pricing and settlement and customer operations<br>• Completion of migration program; moving remaining complex global and large scale customers<br>• Separation from RBS (legacy parent) |
| Partner Enablement | 9.3 | ● | • Launchpad – IP Drive Portal; Mobile App; ISV Drive; Franchise<br>• Developer Portal – Q3<br>• ISV Distro (Vend) – Q3 |
| Omnichannel | 8.0 | ◯ | • Expand into Europe and Australia and obtain 98% POS payment coverage in new countries and achieve $2m revenue forecast<br>• Win 3 RFPs in Retail to accelerate diversification into Retail |
| Access WP | 8.0 | ● | • Enable cross sell from single integration to increase SOW of payment volume from 30% to 35%<br>• Increase allocation of CAPEX for New product from 20% to 30% through reduction in legacy platform support (reduce BAU support) |
| **Total** | **$    82.6** | | |

| ($ millions) | 2020 Full Year V4+8 | | | | vs. Plan @ Reported USD B/(W) | | | | vs. Prior Year @ Reported USD B/(W) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IDSW | PA | CAPEX | % Rev | IDSW | PA | CAPEX | % Rev | IDSW | PA | CAPEX | % Rev |
| Global eCommerce | 64.2 | 3.0 | 67.2 | 8% | 7.4 | - | 7.4 | (140) bps | (11.8) | (0.3) | (12.1) | (210) bps |
| Merchant - North America | 44.4 | 6.0 | 50.4 | 2% | 8.1 | - | 8.1 | (10) bps | (3.2) | (5.0) | (8.2) | (50) bps |
| Merchant - International | 13.8 | 7.3 | 21.1 | 5% | 1.3 | 5.0 | 6.3 | (60) bps | 1.7 | 8.0 | 9.7 | 30 bps |
| Merchant Solutions Admin | 110.3 | 24.7 | 135.0 | | (20.3) | (2.0) | (22.3) | | (29.3) | 28.5 | (0.8) | |
| **Merchant Solutions** | **$  232.7** | **$  41.0** | **$  273.7** | **8%** | **$  (3.5)** | **$  3.0** | **$  (0.5)** | **(170) bps** | **$  (42.6)** | **$  31.2** | **$  (11.4)** | **(120) bps** |
| *Integration* | *14.7* | *23.3* | *38.0* | | *-* | *-* | *-* | | *(12.3)* | *(22.1)* | *(34.4)* | |
| **Merchant Solutions** | **$  247.4** | **$  64.3** | **$  311.7** | **9%** | **$  (3.5)** | **$  3.0** | **$  (0.5)** | **(190) bps** | **$  (54.9)** | **$  9.1** | **$  (45.8)** | |



9

Confidential

# Transaction and Volume Growth Trends

*Q2 transactions and volume sharply declined due to COVID-19 impact, but trends beginning to improve*



- Volume and transactions sharply declined in Q2 on the impact of COVID-19 pandemic and introduction of 'social distancing' measures that significantly reduced consumer spending and drastically altered consumer spending habits

- Relief funding in the US has provided a boost to spending across key verticals in North America leading to volume beat in Retail, Restaurant, QSR, and B2B/Govt

- Most essential and non-essential verticals in North America are beginning to trend improving growth

- International volumes improve on better performance in SMB portfolio; all non-essential sectors have experienced a contraction while consumers in part substituting spend for essential items

1 Includes Payfac
2 Excludes WPUS

10

FIS_00323080

# APPENDIX

- Quarterly P&L
- International Forecast Assumptions by Vertical
- Global eCom Forecast Assumptions by Vertical
- North America Forecast Assumptions by Vertical
- Global eCom Components of Revenue
- International Components of Revenue
- North America Components of Revenue
- Key Dependencies by Division
- Key Opportunities by Division
- April Same Store Sales Growth
- April Macro-Economic Indicators



Confidential

FIS_00323081

# Quarterly P&L
*Second quarter and full year revenue growth of (31%) and(12%), respectively, improves from prior forecast*

| Revenue - Reported ($ millions) | 2019 Actuals** | | | | | 2020 4+8 Forecast | | | | | 19 vs '18 Revenue Growth (%) @ CC[2] | | | | | 4+8 vs '19 Revenue Growth (%) @ CC | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY |
| Global eCommerce | $225 | $256 | $239 | $259 | $978 | $216 | $193 | $207 | $258 | $875 | 12% | 19% | 7% | 11% | 12% | -3% | -24% | -13% | 0% | -10% |
| North America | $562 | $666 | $600 | $674 | $2,502 | $571 | $457 | $608 | $644 | $2,281 | 8% | 7% | 4% | 9% | 7% | 2% | -31% | 1% | -5% | -9% |
| Merchant - International | $150 | $161 | $168 | $168 | $647 | $148 | $91 | $107 | $123 | $469 | 8% | 8% | 10% | 7% | 8% | 0% | -42% | -37% | -25% | -26% |
| Merchant Solutions Admin | | ($3) | ($11) | ($15) | ($0) | ($0) | ($0) | ($0) | ($1) | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM | |
| Merchant Solutions Revenue | $937 | $1,083 | $1,003 | $1,090 | $4,113 | $935 | $741 | $922 | $1,025 | $3,623 | 9% | 10% | 6% | 8% | 8% | 0% | -31% | -8% | -6% | -12% |
| Normalized* Organic | | | | | | | | | | | 9% | 10% | 6% | 10% | 8% | 0% | -24% | -14% | -6% | -12% |

| EBITDA[3] | 2019 Actuals* | | | | | 2020 4+8 Forecast | | | | | 2019 EBITDA Reported Margin (%) | | | | | 2020 4+8 EBITDA Reported Margin (%) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY | Q1 | Q2 | Q3 | Q4 | FY |
| Global eCommerce | $193 | $226 | $204 | $216 | $840 | $170 | $148 | $163 | $212 | $694 | 85.8% | 88.3% | 85.6% | 83.6% | 85.8% | 78.7% | 76.7% | 78.9% | 82.2% | 79.3% |
| North America | $306 | $358 | $348 | $393 | $1,404 | $285 | $213 | $299 | $344 | $1,140 | 54.4% | 53.7% | 57.9% | 58.3% | 56.1% | 49.9% | 46.6% | 49.1% | 53.4% | 50.0% |
| Merchant - International | $118 | $132 | $137 | $134 | $521 | $117 | $64 | $79 | $92 | $352 | 78.4% | 82.0% | 81.5% | 79.7% | 80.4% | 79.0% | 70.2% | 74.1% | 74.8% | 75.1% |
| Merchant Solutions Admin | ($180) | ($170) | ($167) | ($173) | ($691) | ($149) | ($145) | ($136) | ($128) | ($558) | NM | NM | NM | NM | NM | NM | NM | NM | NM | NM |
| Merchant Solutions EBITDA | $437 | $545 | $521 | $571 | $2,074 | $423 | $280 | $405 | $519 | $1,628 | 46.6% | 50.4% | 52.0% | 52.3% | 50.4% | 45.2% | 37.9% | 44.0% | 50.7% | 44.9% |
| Merchant Solutions Capital | | | | | | $81 | $67 | $66 | $61 | $275 | | | | | | | | | | |
| Merchant Solutions Capital as % of Rev | | | | | | 9% | 9% | 7% | 6% | 8% | | | | | | | | | | |



1. 2019 Actuals and 4+8 Forecast exclude FIS Merchant International
2. 2019 growth rates include FIS Merchant International
3. EBITDA includes allocations

* 2020 quarterly growth normalized for timing of Visa D&A and IRS deadline
** Merchant Solutions Capital includes both legacy FIS and legacy WP capital

12

FIS_00323082

# International Forecast Assumptions



Confidential

FIS_00323083

# Global eCom Forecast Assumptions





Confidential

FIS_00323084

# North America Forecast Assumptions

















Confidential

FIS_00323085

# Global eCom Components of Revenue Growth

*Global eCom revenue growth on CC remains flat vs prior forecast, down 10% YoY.*

| | 2019 by Quarter | | | | 2020 by Quarter | | | | Full Year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1% Growth = $M Revenue** | $2 | $2 | $2 | $2 | $2 | $3 | $2 | $3 | $7 | $9 | $10 | $10 |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | 2018 | 2019 | 2020 Plan | 2020 Fcst |
| Reported Growth[1] | 9% | 16% | 5% | 10% | -4% | -25% | -13% | 0% | 25% | 10% | 21% | -11% |
| Organic CC Growth[1] | 12% | 9% | 7% | 11% | -3% | -24% | -13% | 0% | 20% | 12% | 21% | -10% |



Organic
New Business
Portfolio Mgmt
Compression
Attrition
Acquisition
Currency
Other

**New Business:** includes Deliveroo, Afterpay, Easyjet, Interjet driving growth in 2020 but this has stepped back on plan due to delays in go-live and the impact of coronavirus.

**Organic:** Negative as a result of the Coronavirus impact and is also skewed by material PY one-offs. Q1 hampered by annualizing against a higher rate in 2019 which dropped off after, Q2 negatively impacted by large one time adjustments booked in Q2 19.

**Portfolio Management**: Consistent with prior periods

**Revenue Leakage:**

**Compression:** Consistent with prior year

**Attrition:** Driven by Juul, Aliexpress, WorldRemit, Younique, Kobo, Datacash and Orderplus – note does not include any Coronavirus impact at merchant level.

**Other:** Consists of grow-over of Coinbase volumes.

1 Global eCom includes PNP

16

Confidential
FIS_00323086

# International Components of Revenue Growth

*International revenue growth on CC improves by 1 p.p. vs prior forecast, remains down 26% YoY.*

| | 2019 by Quarter | | | | 2020 by Quarter | | | | Full Year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1% Growth = $M Revenue** | $1 | $2 | $2 | $2 | $2 | $2 | $2 | $2 | $6 | $6 | $6 | $6 |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | 2018 | 2019 | 2020 Plan | 2020 Fcst |
| Reported Growth[1] | 2% | 3% | 6% | 4% | -2% | -44% | -36% | -27% | 8% | 4% | 10% | -28% |
| CC Growth[1] | 9% | 9% | 12% | 4% | 0% | -42% | -37% | -25% | 4% | 9% | 8% | -26% |

**New Business:** Primarily impacted by Corona Virus (less new adds and lower revenue on year 2 merchants) and to a lesser extent a shift in focus to mid-market clients and partners in 2020 to capitalize on growth opportunity vs SMB; New business includes impact of UK productivity cost synergy initiative driving ~1 p.p. reduction per quarter in 2020

**Organic:** Corona Virus negatively impacting Organic starting in March and lessens as the economy starts to recover in Q4.  Quarterly growth also impacted by COP reclassification (+2 p.p. in Q419, +1 p.p. from Q1-Q320 and -1 p.p. in Q420); drop in Q419 driven by underwhelming holiday season in the UK

**Portfolio Management:** Portfolio optimization actions delayed due to Corona Virus

**Revenue Leakage:**

   **Compression:** Consistent with prior year
   **Attrition:** Attrition worsening on Corona Virus impact



1 2018 and 2019 include FIS International in 2019, 2018 and 2017
2 2020 excludes FIS International and calculates growth using an adjusted 2019

17

FIS_00323087

# North America Components of Revenue Growth

*North America revenue growth improves 3 p.p. vs prior forecast, remains down 9% YoY.*



**New Business:** Slowing new business driven by impact of Coronavirus and declining value of new merchant adds in IP and slower MSFI business development activities. These negative impacts are partly offset by the Land Grab initiative

**Organic:** Q2 growth significantly impacted by COVID-19 containment measures; quarterly growth impacted by COP reclassification (+5 p.p. in Q4'19, +3 p.p. from Q1-Q3'20 and -2 p.p. in Q4'20).

**Portfolio Management:** 2020 actions declining due to delay of pricing simplification

**Attrition:** Attrition improvement in Q1 2020 driven primarily by the completion of the WPUS conversion mid-year 2019; Q2 to Q4 negatively impacted by COVID-19



1 2018 and 2019 include FIS International in 2019, 2018 and 2017
2 2020 excludes FIS International and calculates growth using an adjusted 2019

18

Confidential

FIS_00323088

# Key Dependencies by Division

| Owner | Item | FY20 | Commentary |
|---|---|---|---|
| Dan Brames | Land Grab | $34 M | Aggressive land grab program that incents partners and merchants to swath to FIS as economy recovers |
| | Bank M&A & Referral Synergies | $6 M | Signed Umpqua portfolio acquisition, however other opportunities are on hold temporarily, likely will push to 2021 |
| | Emerging Product Delivery | $5 M | Timing pushed back for most new product delivery Fraudsight, DataEdge, Truspend, SMB Lending) |
| | Pricing Simplification incl Mass Enablement | $0 M | Assumes delays until Spring 2021 |
| | Mass Enablement Synergies | $0 M | Covered by Pricing Simplification which has been delayed until 2021; only $400K remains in forecast |
| | Strategic Pricing | $0 M | Henry Schein wave 2 put on hold, Removed TES pricing in the ISV portfolio |
| | MSFI New Sales | $3 M | IYR revenue of $25M only assumed to come down $1.5M, elongated recovery would bring this down |
| | BIN Optimization | $2 M | Potential shortfall in BIN minimums |
| | Network Routing Incentives | $6 M | At risk of missing thresholds which would drive less / no incentive |
| | Valutec & Merchant Risks | $5 M | VT cards & merchandise, Merchant new adds, Sales |
| | PayDirect / Biller Direct Processing Risk | $7 M | Share of Wallet and Sales Risks |
| | **Total - North America** | **$68 M** | |
| Shane Happach | Get live and ramp key merchants | $14 M | Top key logos in forecast which have dependencies on either go-live and/or ramp to expected volume. Weekly calls to track activity to ensure these do not materialise as risks to projections |
| | Bridge Gap To Win | $0 M | 4+8 no longer includes GtW |
| | Shein: Return of Middle Eastern Volume | $3 M | Subject to negotiations and agreement with Shein |
| | Delay on delivery of Google synergies | $4 M | Largest cross sell deal which has a number of internal and external dependencies to in-year revenue |
| | Ability on deliverying initiatives | $13 M | Forecast still includes Q4 amount in for Growth levers, new product cross sell initiatives, incentives & omnipay |
| | FIS synergies | $5 M | Total in forecast for Geo expansion, US MTL and FIS cross sell - dependencies exist to be confident on delivery path for FY |
| | **Total - eCom** | **$39 M** | |
| **Total Dependencies in Forecast** | | **$108 M** | |



19

FIS_00323089

# Key Opportunities by Division

| Owner | Item | FY20 | Commentary |
|---|---|---|---|
| **Dan Brames** | SMB Lending | $4 M | Assumes opportunity exists for Working Capital product upon recovery |
| | Strategic Pricing | $5 M | Small potential for maintenance pricing |
| | Land Grab Programs | $50 M | Potential new adds driven by response actions |
| | **Total - North America** | **$59 M** | |
| **Shane Happach** | MoR solution for LATAM | $0 M | In 4+8 forecast |
| | XiPay migration | $3 M | Negotiate a revenue share with Chase, Elavon, TSYS and Amex on Paymetric B2B volume; force migrate long tail onto Worldpay solution |
| | Merchant enablement incentives | $3 M | Execute on merchant enablement opportunity with Discover, JCB, Google Wallet, and CUP |
| | Gig Pay offering to MLM | $3 M | Expand 'gig pay' offering to entire MLM portfolio |
| | Accelerate PayFac | $2 M | Accelerate sales effort to global PayFac businesses |
| | APM enablement | $2 M | Mandate that all new APM connections require $2-3M payment |
| | PINless debit volume | $2 M | Optimize PINless chargebacks processing to enable acquiring income to be won |
| | JCB build incentives | $1 M | Finalize development & migration work to allow recongition of additional revenue linked to miletones inherent in 2019 deal |
| | Strategic Accounts SoW wins | $3 M | Win European SoW for Expedia and Japan & EE for Google |
| | Alibaba migration | $2 M | Delay of volume migration to Alipay |
| | Increasing acquiring SoW with discounts | TBD | Identify opportunities to selectively offer discounts to merchants for long term volume commitments |
| | Forter | $5 M | Crypto chargeback solution for Binance |
| | **Total - eCom** | **$26 M** | **Identified opportunities to fill gap to win and offset risks in forecast** |



Confidential

FIS_00323090

# Key Opportunities by Division (continued)

| Owner | Item | FY20 | Commentary |
|---|---|---|---|
| | Merchant credits | $1 M | Review of liabilities to be clarified with accounting |
| | Global Blue | $0 M | Awaiting completion of implementation to recognize income |
| | Visa Incentive | $1 M | Agreement gained to separate UK from Global framework agreement |
| | Mastercard PayByBank App | $1 M | Agreed engagement for One off payments for mobilization of key Ent merchants |
| | Lidl | $1 M | Once TP contract signed, potential for further PED acquisition above forecast |
| Dan Brames | Amex - Sales incentive | TBD | Need to implement incentive plan |
| | Indirect Tele Salesforece | TBD | In discussions with agencies, need to size opportunity |
| | FSB Salesforce | TBD | In discussions with FSB, need to size opportunity |
| | Winback/ Switchback vouchers | TBD | Test and learn to commence in Q2/Q3 |
| | Incremental Cross Sells | TBD | Need to size opportunity |
| | Bank referral partnership | TBD | Ideation stage, needs to be scoped out |
| | Giftcard/ loyalty card | TBD | Ideation stage, needs to be scoped out |
| | Customer Lifecyle Management | TBD | Business case in progress |
| **Total – International** | | **$5 M** | |
| **Total Opportunities Not in Forecast** | | **$90 M** | |



Confidential

FIS_00323091

# April Same Store Sales Growth

*Same store sales trends decelerate in April primarily as a result of the COVID-19 pandemic*











**Highlights**

- Digital has increased driven by increase in share of wallet with key customer (Google/Sony Playstation)
- Retail volume increased driven primarily by APAC region where we saw strong sales from Sheinside, Nike and Other APAC retailers.
- Travel and Airline volume has decreased as a result of COVID-19 as Governments and Corporations across the world have banned both domestic and international non-essential travel in an effort to slow the spread of the virus
- Gambling has decreased as sporting events have been canceled across the world

**Highlights**

- Growth deceleration driven by Covid-19 impact in March and April.
- Grocery volume continue to increase as consumers have rushed to stockpile food and other essentials during the COVID-19 pandemic
- Retail, Health Stores, Drug Stores and Restaurant volume declined as a result of store and restaurant closures occurring in the US from mid to late March; with April results showing a full month of impact

**Highlights**

- Growth deceleration driven by COVID-19 impact in March and April.
- Retail volume declined as a result of social distancing measures and ultimately store closures occurring in mid March, with April results showing a full month of impact.
- Other decreases includes Restaurants and QSR as consumers are limited to online delivery and carry out.
- Grocery volume remained unchanged indicating a more stable spending pattern as stores sales leveled off from the stockpiling of food and other essentials in March.



1 Historical growth revised based on new data source methodology
2 Global eCom results exclude Payfac, Gaming, & Gateway. Excludes merchants with zero transactions in either current or prior year period (monthly comparisons)
3.Global eCom numbers now include previously excluded merchants including Coinbase, Alipay, Apple, AliExpress, HMRC, Uber, international Netflix, & BET 365

22

FIS_00323092

# Merchant Solutions: Macroeconomic Trends

*Growth outlook declined sharply amid COVID-19 pandemic signaling a significant collapse in consumer spending and severe economic contraction ahead*

Macroeconomic & Industry Context

| Headwind for Merchant Net Revenue | Growing concern for Merchant Net Revenue | Tailwind for Merchant Net Revenue |

**US** US growth outlook continues to decline sharply although consumer confidence improves as we near the re-opening of the economy







**UK** Unprecedented government spending pledges and aggressive policy may contain the economic depression, but an acute downturn remains unavoidable









1. Per Conference Board Consumer Confidence Index: consumer outlook of income, business and labor market conditions;
2. Per Institute of Supply Chain Management Non Manufacturing Index: survey of purchasing and supply managers measuring the proportion whose business activity outlook is positive

3. Per Consensus Economics, which averages projections across ~30 financial and economic forecasters. Real GDP growth (nominal growth less inflation)
4. Per IHS Markit.  Nominal Retail Sales exclude auto and gas for US, auto, gas and restaurant for UK
5. Per European Commission's consumer and retailer survey of economic expectations; results published before the majority of Coronavirus containment measures were enacted

23

Confidential

FIS_00323093