# EXHIBIT S



# Fidelity National Information Svcs
## The Right Moves, In the Right Places; Initiating at Buy

December 7, 2020

### Key Takeaway

We initiate coverage on FIS with a Buy rating and $175 PT. Our bullish outlook is driven by: 1) superior asset in core processing with edge among larger FIs and heavy recent investment cycle to develop its next-gen offerings, 2) leading position in cross-border e-Comm and integrated payments within Merchant, 3) favorable 2021 set-up as a re-opening play at a compressed relative valuation despite an accelerating organic profile.

**Accelerating organic growth profile should support premium multiple over time.** We like the standalone positioning of both FIS (leading core provider for larger banks & well positioned w/ its next-gen offerings) and WP (scaled in global eComm, first-mover in integrated payments), and expect organic accel. into the 8-9% range post-COVID beyond the initial uplift from mix shift post-COVID as WP leverages FIS core customers to expand its reach and accel. entry into new markets internationally.

**Bank IT spend outlook paints encouraging picture for demand; FIS on the right side of the market as clear leader with larger banks.** We expect bank IT spend to grow at ~5% through '22 and prefer FIS's position as the leading core provider with banks > $10B assets (we est. 80%+ share of outsourced logos). Similar to their share of deposits nationally (Top 50 hold 75% share vs. 66% in '10), bank IT spend is concentrated as 75% of all spend sits at banks >$10B in assets.

**Poised to benefit from wave of core modernizations after years of heavy investment.** As banks increasingly look away from core providers for innovative solutions, we believe flexible core platforms enabling easy integrations w/ partners/FinTechs (e.g., FIS Modern Banking Platform) stand best-positioned to capture any coming wave of core modernizations. Banks are indicating a higher share of spend will go towards new investment in the coming years, and the five Top 30 MBP wins to date signal resonance in the market, supporting our exp. for Banking to accelerate to MSD-HSD organic growth over the med-term.

**Favorable mix of tech-enabled channels; uniquely positioned to capture secular growth of cross-border eComm.** Exposure to tech-enabled channels (~45% of Merchant), drives confidence in Merchant sustaining LDD organic growth over med-term. One of the few scaled, global eComm providers, FIS is in prime position to benefit from secular growth in cross-border eComm (+27% thru '23 vs. +17% domestic eComm) with global reach in ~150 countries. Additionally, we see opportunity for FIS to capture greater wallet share with its existing eComm merchant base over time by displacing local in-country acquirers.

**Stock is undervalued at valuation parity with the market; set-up for a re-rating with multiple potential tailwinds in 2021.** With mix headwinds (revs lagged volumes in 2Q/3Q by ~10ppt) set to reverse beginning in 2Q21, we view mgmt's top-line framework for 7-9% organic in FY21 as overly conservative (we model 10% y/y) and see FIS as a vaccine/reopening beneficiary given the leverage to an in-store/SMB recovery. In a return to "normal" we expect the stock to re-rate back to a mid-teens premium or higher vs. the SPX (currently at parity). $175 PT, based on 26x our FY21 EPS.

---

### Initiating Coverage

USA | Payments, Processors & IT Services

| RATING | BUY |
|---|---|
| PRICE | $147.28^ |
| MARKET CAP | $92.3B |
| PRICE TARGET (PT) | $175.00 |
| UPSIDE SCENARIO PT | $215.00 |
| DOWNSIDE SCENARIO PT | $105.00 |

^Prior trading day's closing price unless otherwise noted.

| FY Dec USD | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| EPS | 5.24 | 5.49 | 6.75 | 7.72 |
| FY P/E | 28.1x | 26.8x | 21.8x | 19.1x |

**FIS Investment Ramp vs. FISV Since 2016 in Next-Gen Banking Offerings; Bearing Fruit with Recent Modern Banking Platform Wins (CapEx % of Revenue)**



Source: Company Data, Jefferies

Trevor Williams *
Equity Analyst
(415) 229-1546
twilliams3@jefferies.com

John Hecht *
Equity Analyst
(415) 229-1569
jhecht@jefferies.com

Yvonne Jeng *
Equity Associate
yjeng@jefferies.com

Christa Williams *
Equity Associate
cwilliams5@jefferies.com

---

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 51 to 56 of this report.

* Jefferies LLC / Jefferies Research Services, LLC

This report is intended for lucinda.mcgrath@worldpay.com. Unauthorized distribution prohibited.

# Jefferies

## FIDELITY NATIONAL INFORMATION SVCS (FIS)

| Estimates | | | | |
|---|---|---|---|---|
| USD | 2019A | 2020E | 2021E | 2022E |
| Rev. (MM) | 12,375.0 | 12,633.4 | 13,961.6 | 14,994.7 |
| Previous | | | | |
| EPS | | | | |
| Q1 | 0.96 | 1.28A | 1.51 | 1.73 |
| Previous | | | | |
| Q2 | 1.28 | 1.15A | 1.60 | 1.81 |
| Previous | | | | |
| Q3 | 1.43 | 1.42A | 1.74 | 1 96 |
| Previous | | | | |
| Q4 | 1.57 | 1.63 | 1.91 | 2 23 |
| Previous | | | | |
| FY Dec | 5.24 | 5.49 | 6.75 | 7.72 |
| Previous | | | | |

| Valuation | | | | |
|---|---|---|---|---|
| | 2019A | 2020E | 2021E | 2022E |
| EV/Rev | 8.9x | 8.8x | 7 9x | 7.4x |
| P/Rev | 7.5x | 7 3x | 6.6x | 6.2x |
| FY P/E | 28.1x | 26.8x | 21.8x | 19.1x |

| Market Data | |
|---|---|
| 52-Week Range: | $158 21 - $91.68 |
| Total Entprs. Value | $110.7B |
| Avg. Daily Value MM (USD) | 479.10 |
| Float (%) | 98 2% |

## The Long View

### | Scenarios

#### Base Case

- Continued mix shift toward e-commerce and ISV channels
- Banking organic revenue growth of mid- to high-single-digits
- Merchant organic revenue growth accelerating to high-end of 10-12% over med-term
- Capital Market organic revenue growth of mid-single-digits
- Steady new client wins fueled by strength of next-gen core offerings
- Continued execution on Worldpay synergies
- No susta ned economic downturn
- Price Target: $175; FY2021E EPS $6.75; target mult ple ~26x

#### Upside Scenario

- Global recovery gains, fueling increased consumer spend ng and supporting high-teens/low-20s organic revenue growth in Merchant in '21
- Banking organic revenue growth accelerates to high single-digits from stronger sales momentum, incremental Modern Banking Platform wins, and cross-sell/up-sell of lending capabilities
- Acceleration in Capital Market organic revenue growth, supported by faster conversion to SaaS-based solutions
- Upside potential from better synergies
- Price Target: $215; FY2021E EPS $7.40; target mult ple ~29x

#### Downside Scenario

- Global economic slowdown drives lower spending across all geographies
- Market share losses as a result of competition or industry consolidation
- Increas ng pric ng pressure as bank contracts come up for renewal
- Price Target: $105; FY2021E EPS $6.25; target mult ple ~17x

### | Investment Thesis / Where We Differ

- Focus on larger FI clients positions FIS favorably to manage through long-term trend of consolidation
- Reach of FIS's global bank relationships accelerates reach of Worldpay's merchant acquiring business outside the U.S. and UK
- Modern Bank ng Platform positions FIS to best capture potential wave of core modernizations

### | Catalysts

- Continued M&A
- Execution on integration
- Ongoing margin expansion through improv ng operational efficiency
- Exceeding cost or revenue synergy targets

---

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.



## Table of Contents

Distilling Our Call Into Four Key Points........................................................................ 4

Our Model vs. Consensus........................................................................................... 5

Key Focus Area #1: Why the Tide Should Turn; Attractive Set-Up into 2021 ....................... 6

    Bifurcation of Legacy vs. Tech-Forward Players............................................................ 6

    Return to Pre-COVID Growth Rates in Merchant Is Key to Valuation Re-Rating.................. 8

    Attractive 2021 Set-Up: Conservative Initial Top-Line Framework, Mix Headwind Reversing, and Potential Vaccine Boost........................................................................................ 10

Key Focus Area #2: Best Location, Location, Location in Merchant Acquiring....................... 13

    What We Like and What Gives Us Pause.................................................................... 13

    Merchant Acquiring: A Story of Consolidation and Scale............................................... 14

    Ongoing Consolidation Increases Concentration of Share at the Top................................ 15

    The Upside-Down Pyramid of Merchant Acquiring........................................................ 17

    Global Cross-Border e-Comm Represents Critical Growth Opportunity.............................. 21

    Rise of PayFacs a Longer Term Risk, but Unlikely to Move the Needle.............................. 24

Key Focus Area #3: Poised to Ride a Wave of Modernization in Core Processing.................. 26

    What We Like and What Gives Us Pause.................................................................... 26

    Core Processing: Down to the Basics........................................................................ 26

    Far More than Just "Core"..................................................................................... 27

    Industry Dominated by Three Main Players................................................................. 29

    Tailwind from Ongoing Shift to Outsourcing the Core.................................................... 32

    Number of FIs in the U.S. Declining at Steady Pace...................................................... 33

    Bank IT Budgets Growing At Steady Clip; Lion's Share of Spend Concentrated at Banks with Greater than $10bn Assets.................................................................................... 34

    Wave of Core Modernization on the Come?................................................................ 36

Overview of FIS and Worldpay Merger......................................................................... 42

Company Overview.................................................................................................. 44

    Business Segments............................................................................................... 44

Management Team.................................................................................................. 47

Discounted Cash Flow Analysis.................................................................................. 48

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

3



# Distilling Our Call Into Four Key Points

## A Merchant Acquiring Powerhouse, Ready to Capture Growth in the Right Places

- **Favorable exposure to tech-enabled distribution channels a key driver of 10-12% growth in Merchant Solutions longer-term.** As we expect the growth of tech-enabled channels such as e-comm (high-teens/low-20s) and ISV (mid-high teens) to significantly outpace trad'l channels (banks/ISOs), FIS is well-positioned to benefit given its 45% exposure to these faster-growth channels.

- **Uniquely positioned to capture secular trend of cross-border e-commerce growth.** Cross-border e-comm is expected to grow at a ~27% CAGR through 2023, significantly outpacing domestic e-comm growth of ~17%, which should serve as a tailwind for Worldpay given its unique ability to offer global e-comm capabilities at scale to large-enterprise merchants (FIS in >146 countries, 125+ currencies, >300 local payment methods) with few competitors that can match its reach (namely, Adyen).

- **Opportunity to capture greater wallet share with existing merchant base by displacing local in-country acquirers.** As one of the few scaled global e-comm providers, we view Worldpay as a likely beneficiary of merchants consolidating their list of acquirers (sometimes as many as 10-15) down to a smaller number for more consistency in reporting, reconciliation, and funding time, along with the potential for higher authorization rates given WP's relationships with issuers globally.

## Primed to Take Share in Core Processing; Focus on Larger Banks and Recent Investment Cycle Bearing Fruit

- **Significant investment cycle bearing fruit with slew of Top 30 wins on the Modern Banking Platform; well-positioned to take share as banks increasingly look to modernize their cores.** As banks have increasingly started to look to non-core providers for innovative solutions, we believe core platforms that allow for easier integrations w/ third-party providers/FinTechs (e.g., FIS's Modern Banking Platform) stand best-positioned to capture any upcoming wave of modernization. The five MBP wins among Top 30 banks over the past four quarters highlight the strength of FIS's offering (the result of significant investment) and support our bullish outlook for Banking accelerating to MSD-HSD organic growth over the medium-term.

- **On the right side of the market as leader with banks above $10bn in assets.** Bank IT spend has followed deposits (Top 50 hold 75% share vs. 66% in 2010) with 75% of all spend concentrated with banks above $10bn in assets, where FIS is the clear leader.

## Confidence in Hitting the High End of 7-9% Organic Target Over Medium-Term

- **We expect FIS to hit the high-end of mgmt's 7-9% organic revenue growth target over the medium term,** requiring at least 10-12% growth in Merchant (20%+ eComm, mid-teens growth in ISV, MSD trad'l POS growth, and ~1ppt from rev synergies), 6-7% in Banking (supported by recent wins and leading cloud-based offering w/ MBP), and an acceleration in Capital Markets to 4-5% from the increasing conversion from license to SaaS-based solutions.

## 2021 Sets-Up Nicely: Reopening Leverage & Mix Headwind Reversal at Cheap Relative Multiple

- **Revenue set to outpace volume growth in 2021 as negative mix dynamics reverse in 2Q21 at the latest; SMB acceleration would add (good) fuel to the fire.** Revenue growth in Merchant has lagged volumes by 1200bps and 900bps over the last two quarters due to outperformance of large merchants (i.e., lower-yielding) in non-discretionary categories in 2020. This negative mix dynamic will lap beginning 2Q21, causing revenue growth to outpace volume growth in 2021. A faster recovery in the SMB merchant base (vaccine is the likely catalyst for recovery in SMBs given their limited online presence) would provide stronger tailwinds in 2021 given their higher yield.

- **Our 10% organic growth est. for 2021 is above the high-end of mgmt's initial top-line framework, and is likely conservative.** Across the segments, we are modeling Merchant growing 19%, Banking accelerating to ~7%, and Capital Markets growth of 4.8% next year. We see the potential for Banking to accelerate above 7% growth as recent wins are implemented over the course of the year. Additionally, our Merchant estimate only implies adj. revenue 14% above 2019 levels (vs. US card volume over 15% above based on Street ests. for V/MA).

- **Multiple should re-rate with accelerating organic growth.** All 3 deal stocks (FIS, FISV, GPN) have either seen their relative premiums vs. the SPX evaporate (FIS, FISV) or significantly compress (GPN) post-COVID, which has driven the broad underperformance for the group. We expect the stocks to re-rate back to prior premiums (we assume mid-teens premium vs. SPX on P/E for FIS) post-vaccine as the market begins to price in a return to "normal" which we believe should restore multiples back to prior avgs.

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

4

**Jefferies**

## Our Model vs. Consensus

**Exhibit 1 - FIS: Adjusted EPS - JEFe vs. Consensus**

|  | 2021 | 2022 |
|---|---|---|
| JEFe | $6.75 | $7.72 |
| Y/Y Growth | 23.1% | 14.2% |
| Cons | $6.65 | $7.66 |
| Y/Y Growth | 21.6% | 15.2% |
| JEFe vs. Cons | 1.6% | 0.7% |

Source: Jefferies Estimates, FactSet

**Exhibit 2 - FIS: Total Reported Revenue - JEFe vs. Consensus**

| $ in mil | 2021 | 2022 |
|---|---|---|
| JEFe | $13,961.6 | $14,994.7 |
| Y/Y Growth | 10.5% | 7.4% |
| Organic FXN Y/Y Growth | 10.0% | 7.8% |
| Cons | $13,718.6 | $14,783.2 |
| Y/Y Growth | 8.4% | 7.8% |
| JEFe vs. Cons | 1.8% | 1.4% |

**Exhibit 3 - FIS: Merchant Solutions Reported Revenue - JEFe vs. Consensus**

| $ in mil | 2021 | 2022 |
|---|---|---|
| JEFe | $4,562.5 | $5,029.0 |
| Y/Y Growth | 19.4% | 10 2% |
| Organic FXN Y/Y Growth | 18.7% | 10 2% |
| Cons | $4,446.9 | $4,980.8 |
| Y/Y Growth | 15.2% | 12 0% |
| JEFe vs. Cons | 2.6% | 1.0% |

Source: Jefferies Estimates, FactSet

**Exhibit 4 - FIS: Banking Solutions Reported Revenue - JEFe vs. Consensus**

| $ in mil | 2021 | 2022 |
|---|---|---|
| JEFe | $6,490.3 | $6,930.0 |
| Y/Y Growth | 7.6% | 6.8% |
| Organic FXN Y/Y Growth | 6.9% | 6.9% |
| Cons | $6,432.5 | $6,860.4 |
| Y/Y Growth | 6.6% | 6.7% |
| JEFe vs. Cons | 0.9% | 1.0% |

Source: Jefferies Estimates, FactSet

**Exhibit 5 - FIS: Capital Market Solutions Reported Revenue - JEFe vs. Consensus**

| $ in mil | 2021 | 2022 |
|---|---|---|
| JEFe | $2,724.8 | $2,843.7 |
| Y/Y Growth | 5.2% | 4.4% |
| Organic FXN Y/Y Growth | 4.8% | 5.1% |
| Cons | $2,677.2 | $2,804.0 |
| Y/Y Growth | 4.0% | 4.7% |
| JEFe vs. Cons | 1.3% | -0.4% |

Source: Jefferies Estimates, FactSet

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

5



# Key Focus Area #1: Why the Tide Should Turn; Attractive Set-Up into 2021

After significantly outperforming the S&P 500 in 2019, the three deal stocks (FIS, FISV, GPN) have lagged the market to varying degrees YTD in 2020 (Ex. 6) and seen their relative premiums to the market compress meaningfully or disappear altogether. In this section, we provide context around 2020's relative underperformance and outline our thoughts around what is needed to drive an eventual re-rating.

**Exhibit 6 - Annual Stock Performance - FISV/FIS/GPN vs. SPX; 2020 First Year of Broad Underperformance**

|  | 2015 | 2016 | 2017 | 2018 | 2019 | YTD-2020 |
|---|---|---|---|---|---|---|
| **FIS** | -3% | 25% | 24% | 9% | 36% | 7% |
| **FISV** | 29% | 16% | 23% | 12% | 57% | 1% |
| **GPN** | 60% | 8% | 44% | 3% | 77% | 9% |
| **S&P 500** | -1% | 10% | 19% | -6% | 29% | 14% |

Source: Factset, Jefferies

*As of closing price on 12/4/2020.*

## How we got here, and the go-forward set-up:

1. **Relative premiums for the merchant acquirers have eroded vs. the S&P 500.** FIS is currently trading at ~parity with the S&P 500 on forward P/E vs. a 27% premium at the beginning of 2020, and a 16% average premium since the deal closed on July 31, 2019.

2. **Tech-forward companies in payments (SQ, Adyen, PYPL) are being deemed the COVID winners by the market.** While the acquirers have seen their premium valuations erased since the spread of COVID, multiples for the providers perceived to be more tech-forward (SQ, PYPL, Adyen) have expanded significantly relative to the market.

3. **Conservative initial top-line guidance and leverage to a vaccine/re-opening makes the set-up into 2021 very attractive.** Our model sits above the high-end of FIS's initial 2021 top-line framework for 7-9% organic growth, and we see upside to our estimates with leverage to a vaccine and broader economic "re-opening" in 2021 (SMB recovery a yield tailwind, overall card present volume, travel exposure within e-comm).

4. **We expect valuation to re-rate back to FIS's average post deal-close premium to the market, supported by accelerating organic growth.** Our $175 price target is based on 26x our FY21 est. of $6.75, representing a 16% premium to the S&P 500 (in-line with its average premium since the FIS/Worldpay deal closed in 2019).

## Bifurcation of Legacy vs. Tech-Forward Players

The primary valuation framework we utilize across our coverage group is a relative premium/discount to the S&P 500. In our view, this best neutralizes for the effect of market multiple expansion/compression, and allows for a more apt comparison to historical multiples.

---

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

6

# Jefferies

FIS had consistently traded at a ~20%+ premium to the broader market following the close of its acquisition of Worldpay at the end of July 2019. The premium valuation has since eroded over the course of 2020, as FIS now trades at parity relative to the SPX (which is a modest improvement from the 9% discount at the beginning of November).

**Exhibit 7 - FIS Trading at Parity w/ S&P 500 on P/E vs. 30% Premium Pre-COVID in Jan/Feb**



Source: Factset, Jefferies

FIS is hardly alone among the acquirers; all three deal stocks (FIS, FISV, and GPN) have suffered notable multiple compression over the course of 2020, with GPN the last of the three to trade at a slight premium to the market (Ex. 8). Relative multiples across the group sit meaningfully below historical averages (FIS at parity vs. 10% 3yr avg. premium, FISV at 4% discount vs. 26% avg. premium, GPN 10% prem. vs. 24% avg. premium) as shown in Ex. 9.

**Exhibit 8 - Merchant Acquirers Relative Valuation vs. SPX (P/E); Premium Multiples Have Compressed Significantly**

**Exhibit 9 - Relative Multiples Currently Sitting Well-Below 3yr Averages (P/E)**



Source: Factset, Jefferies

Source: Factset, Jefferies

**Market Has Deemed Tech-Forward Players the COVID-Driven Share Gainers**

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

7

The pandemic has undoubtedly accelerated the shift to digital payments (cash-to-card migration at the point-of-sale, e-commerce share gains from offline retail), which we wrote about in detail here. While the entire ecosystem stands to benefit from stronger secular tailwinds, it has been what we'll refer to as the "tech-forward" companies (SQ, PYPL, Adyen, and to a lesser extent, V & MA) that have been the primary beneficiaries in the form of relative multiple expansion. Exhibits 10 & 11 highlight that the relative premiums for PYPL, Adyen, and SQ vs. the S&P 500 have all expanded meaningfully since the beginning of the year, and are currently well above their historical averages.

**We attribute the higher valuations for the tech-forward stocks (at the expense of FIS/FISV/ GPN) to investors assigning the more nimble, digital-first companies (compared to the deal stocks with the "legacy" technology in merchant acquiring) a much higher likelihood of being share-gainers** amid the pandemic as merchants have been forced to adapt to a digital-first world (selling online, omni-channel capabilities, contactless payments at the POS, etc.) given their technological edge as companies built on the strength of their technology.

**Exhibit 10 - MA & PYPL Relative Valuation vs. SPX...PYPL Has Seen Premium Widen**

**Exhibit 11 - SQ & Adyen the Biggest YTD Relative Valuation (% Premium to SPX) Beneficiaries**



Source: Factset, Jefferies                    Source: Factset, Jefferies

## Return to Pre-COVID Growth Rates in Merchant Is Key to Valuation Re-Rating

One of the challenges the merchant acquirers face in the current backdrop is their mix of volume, which skews much more heavily towards card-present (e.g. in-store) than card-not-present (online). Using Visa as a proxy for U.S. card-based payment volume, growth returned to pre-COVID levels in C3Q20 as V grew U.S. volume 7.5%, in-line with pre-COVID levels.

Despite the return to pre-COVID growth rates at the market-level in 3Q (using V & MA as market proxies), organic growth in FIS's Merchant Solutions segment continues to lag, declining ~5% y/y in 3Q (excluding the effect of the tax filing deadline) despite volume growth of +4% y/y (implying a 9ppt headwind from unfavorable mix).

Though payment volume growth could certainly retrace sequentially in 4Q due to increased COVID-related restrictions (updated 4QTD volumes through November from V suggest a ~4ppt m/m decel in November, likely impacted by lighter spend around Thanksgiving

# Jefferies

due to COVID), **we point to three underlying dynamics within U.S. payment volumes that would positively favor FIS, and could drive more optimism that Merchant can return to a normalized low-double-digit growth rate:**

1. **Card present increasing as percentage of total payment volume.** Card present volume is particularly important to the merchant acquirers given the high proportion of volume it comprises (we est. 75% of FIS Merchant volume is in-store). Ex. 12 illustrates that Visa's card present volume growth remains below pre-COVID levels at ~5% y/y declines as of the third week in October, while overall payment volume growth is in the high-single-digits, driven by card-not-present growth of ~20% in 3Q. *We expect card present volume to improve throughout 2021, and we see a vaccine/economic re-opening as a likely catalyst to drive card present volumes back near pre-COVID levels.*

2. **Convergence between transaction growth and volume growth.** Unlike typical recessions, payment volume growth has outpaced transaction growth as consumers have shifted spend to higher avg. ticket categories (home improvement) driving up avg. transaction sizes in FY20 (typically see the opposite type of behavior in recessions). This has driven negative mix (revenue lagging volume growth) for FIS because it prices its largest merchants on a per-transaction basis, as opposed to a percentage of volume. We expect this trend to normalize over the coming 2-3 qtrs (transaction growth increasing sequentially, volume growth ~flat) which should help drive continued acceleration in Merchant Solutions growth.

3. **Faster recovery in SMB merchant base.** Smaller merchants carry significantly higher yields for acquirers (e.g., $500k/yr merchant could yield 75bps vs. 25bps for a $20mn merchant), and have been more negatively impacted as a result of COVID. A faster volume recovery from SMBs would drive a favorable mix dynamic, which could potentially add a significant tailwind beginning in 2Q21 when FIS laps a 10ppt+ mix headwind from 2Q20.

**Exhibit 12 - Visa Card Present Volume Growth vs. Total US Payment Volume**

Payment Volume Growth Back to Pre-COVID Levels, While Card Present Recovery Lags



Source: Company Data, Jefferies



Exhibit 13 illustrates the implied P/E multiple for FIS in two different scenarios: **1)** multiple in-line with its ~10% avg. premium relative to the SPX since August 2019, **2)** return to ~30% pre-COVID premium in Jan/Feb.

- **Scenario 1** implies a 26x P/E (the basis for our $175 PT)
- **Scenario 2** implies a 30x P/E

**Exhibit 13 - FIS Valuation (P/E) Scenarios: 1) Avg. Post-Deal Close SPX Premium, 2) Pre-COVID Premium to SPX in Jan/Feb**



Source: Jefferies, Factset

### Price target methodology

Our $175 PT is based on 26x our FY21 EPS of $6.75, implying a ~13% premium to the SPX, in-line with its average premium since the WP transaction closed in 2019.

### Attractive 2021 Set-Up: Conservative Initial Top-Line Framework, Mix Headwind Reversing, and Potential Vaccine Boost

Though not formal guidance, management's initial top-line framework for FY21 revenue is within in its targeted medium-term range of 7-9%. Below, we sketch out three scenarios for organic growth by segment in order to gauge the potential conservatism of the initial range. Due to the recurring nature of Banking & Capital Markets revenue (83% of Banking, 70% of Cap Mkts) and visibility into 2021 given the 6-7% backlog growth throughout FY20, Merchant Solutions will be the principal swing factor in FY21 organic growth.

Our base case assumes Merchant Solutions organic growth of +19% y/y (vs. -5% in FY20E), Banking to accelerate to ~7% (in-line w/ mgmt's guidance for mid-to-high single digit growth), and Capital Markets growth of 4.8% (guidance for low-to-mid single digit growth). **Taken together, this produces consolidated organic growth of 10%, above the high-end of mgmt's framework.**

**We believe our estimate could prove conservative as Banking has the potential to accelerate above 7%+ growth as recent wins are implemented over the course of the year, and our Merchant estimate only implies adj. revenue 14% above 2019 levels (vs. US card volume over 15% above based on Street ests. for V/MA).**

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

10



**Exhibit 14 - FY21 Organic Growth Base/Bull/Bear Scenarios; Our Base Case Assumes 10% Organic, Driven by a Recovery in Merchant**



Source: Jefferies Estimates

## Recent Mix Headwind Will Reverse in 2Q21

Because of the better volume performance from non-discretionary categories such as grocery/drug, which are larger merchants (e.g., lower yielding), FIS's organic revenue growth has consistently lagged its reported volume growth in 2Q and 3Q. Normalized for the shift in the tax filing deadline, organic revenue in Merchant lagged volumes by 1200bps in 2Q, and 900bps in 3Q.

We model volume growth of +4% y/y in 4Q (flat q/q) based on QTD US payment volume growth provided by Visa in its Dec 1st 10-K, which implies volumes to be roughly flat q/q in 4Q if November trends hold. Given the tightening of COVID-related restrictions across many parts of the country in recent weeks, we are not expecting volumes from SMBs to accelerate q/q (needed to ease the mix headwind), hence our modeling for mix to represent an 800bps headwind in 4Q.

Even absent a pronounced recovery among SMBs, the negative mix dynamic will reverse beginning in 2Q21 as the company begins to lap a 1200bps mix headwind from 2Q20. The flip to a tailwind will be even stronger if SMB volumes improve at a faster rate than enterprise merchants throughout 2021, with potential for additional yield help if there is a resumption in cross-border travel (travel is ~25% of FIS' eComm exposure). **We see the mix-related dynamics as being well-levered to an economic re-opening/vaccine as SMBs stand to gain the most from a recovery in card-present volumes given their more limited online presence relative to larger retailers.**

# Jefferies

EQUITY RESEARCH

**Fidelity National Information Services, Inc. (FIS)**

**Exhibit 15 - FIS Merchant Revenue Growth Lagging Volumes by 900-1200bps Since 2Q20 Due to Mix; Will Flip to a Tailwind Starting in 2Q21**

Note: 2Q20 & 3Q20 normalized for shift in tax filing deadline



We expect an ~800bps mix headwind in 4Q20/1Q21 before flipping to a tailwind

■ Volume  ■ Organic Revenue

Source: Company Data, Jefferies Estimates

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

12



## Key Focus Area #2: Best Location, Location, Location in Merchant Acquiring

### What We Like and What Gives Us Pause

As part of our merchant acquiring industry primer, we highlight key positives and potential risks relating to FIS's Merchant business.

### What We Like

- **Tailwinds from COVID Reopening**: We don't think the market has accurately priced in the coming recovery and eventual reopening, and we believe that when a COVID vaccine becomes available, economic recovery will support a bounce back in U.S. payment volumes (particularly card present), which should benefit FIS given its high mix of card present volumes (we est. 75% of Merchant is in-store). Recovery at SMBs should also provide a lift given their relatively higher yields vs. large merchants.

- **Greater exposure to faster-growing distribution channels**: Growth of tech-enabled distribution channels such as e-comm (high-teens/low-20s) and ISV (mid-high teens) will outpace traditional channels (e.g., JVs, bank partners) and FIS stands to benefit given its greater mix of faster-growth channels (around 45% of total distribution). Among its internet clients, there is further opportunity for FIS to extend more products/services given the high number of relationships it has (66% of global internet companies) relative to share of wallet (15%).

- **Uniquely positioned to capture secular trend of cross-border e-comm growth**: We estimate cross-border e-comm will grow at a rate of ~27% per year through 2023, significantly outpacing domestic e-comm growth (~17%), which represents a significant tailwind for Worldpay given its strength in global e-comm combined with the ability to increase its scale through the FI channel. Additionally, its local presence in more than 140 countries provides a competitive edge and should allow FIS to be an ongoing wallet share gainer with existing customers as merchants look to rationalize their acquiring relationships (at the expense of in-country local acquirers).

- **Revenue synergies are already tracking ahead of expectations; we think the most exciting opportunity is the accelerated expansion of Worldpay's merchant acquiring solutions** outside the US and UK through FIS's deep FI relationships. Mgmt. has started to see strong demand in the bank referral program. International expansion in countries like Brazil, Australia, and India has also been encouraging so far, and more of that opportunity should come through in 2021/2022.

### What Gives Us Pause

- **Trend of ISVs becoming PayFacs**: A longer term risk to FIS is the increasing shift from ISVs towards the PayFac model, which enables them to earn more favorable economics given less reliance on acquirers. This is particularly relevant for FIS given its relatively large exposure to the ISV channel, though we don't view it as an imminent threat since we believe PayFac volume (serving as a processor) for FIS carries a higher margin given the lack of associated customer acquisition costs.

- **Leaning on slower growth bank partnership channel to expand distribution**: So far, one of the biggest sources of revenue synergies has been distribution of

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

13



merchant acquiring through bank referral agreements. While we like that FIS has had success leveraging FI relationships, it still represents increasing exposure to a lower growth channel longer-term.

## Merchant Acquiring: A Story of Consolidation and Scale

The global merchant acquiring market has long been intensely competitive and has undergone significant change in recent years as legacy players sought to bolster their competitive position through increased scale via large M&A.

We view the landscape as segmented into two primary groupings: 1) the traditional/ legacy providers (e.g. Worldpay/FIS, First Data/FISV, Global Payments, Chase, Elavon, etc.) born primarily out of the bank-based acquiring model (acquiring historically has been a function performed by banks, and the large U.S. players were all once parts of banks), and 2) newer technology-focused entrants (e.g., Adyen, Square, Stripe, and PayPal) that have all significantly increased the TAM of digital payments (Square unlocking card acceptance for small/micro merchants, Stripe enabling frictionless online payments for merchants underserved by the traditional banks) and compete primarily through technological differentiation rather than on scale/price.

**The key attributes we focus on for evaluating relative positioning of merchant acquirers are the following:**

1. Scale & geographic reach
2. Merchant class primarily served (enterprise / mid-market / SMBs / micro merchants)
3. Distribution strategy (bank-based, partner/resellers via ISOs/Agents, tech-enabled via ISVs/VARs, direct sales/relationship-led distribution)
4. Volume mix between card present & card-not-present
5. Vertical market exposure

## Scale & Geographic Reach

Though merchant acquiring has long been a scale-driven business given the high fixed cost nature of the business (leading to 80%+ incremental margins) and recurring revenues (U.S. card volume growth compounding at a high-single digit rate due to the ongoing shift away from cash to card/electronic payments), the industry has become even more top-heavy in the last five years due to ongoing consolidation as the largest merchant acquirers have prioritized scale (and the increased pool of cash flow that comes with it) in order to better position themselves to capture evolving needs of merchants in the marketplace, drive expense synergies, and enhance distribution through complementary distribution channels (e.g., distributing Clover through FISV's existing FI core processing customer base, or Worldpay using FIS's footprint in markets like Brazil and India to accelerate entry into those geographies).

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

14

**Jefferies**

**Exhibit 16 - Recent M&A Reshaping the Merchant Acquiring Industry...**
Time of deal announcement



Source: Jefferies, FactSet, Company Data

## Ongoing Consolidation Increases Concentration of Share at the Top

The recent large-scale M&A completed in 2019 (FISV/First Data, FIS/Worldpay, GPN/TSYS) only served to accelerate the trend of consolidation within merchant acquiring that was already well underway. As we show below, the global share of the Top 5 stood at 41% (measured by purchase transactions) and 53% for the Top 10, though we believe the share acquiring revenue is likely considerably higher.

**Exhibit 17 - Worldwide Acquiring Market Share (2019) Highly Concentrated at Largest Players; Top 10 Account for 53% of Transactions Worldwide, and Likely a Greater Share of Revenue**



Source: Nilson Report, Jefferies

*Note: Fiserv includes ratable share of BAMS, Wells Fargo, Citi, Santander, SunTrust, and BBVA*

The ongoing trend of consolidation is evident in the increased share of volume that has accrued to the Top 5 & Top 10 acquirers in the U.S. over the last five years. The Top 5 acquirers saw their share of purchase volume increase from 70% in 2014 to 80% in 2019.



**Exhibit 18 - U.S. Merchant Acquirer Market Share Has Shifted as Share Gains and M&A Have Altered Competitive Landscape**

Top 25 U.S. Merchant Acquiring Market Share of Purchase Volume



Source: Jefferies, Nilson Report

### Geographic Exposure

The merchant acquiring businesses are all predominantly focused in North America (between 70-80%), with fairly similar international exposure in Europe for all three, and APAC for FISV and GPN, though FISV's LatAm exposure through Argentina and Brazil is unique.

An expanding geographic presence was a key component of the theses for the three mega-mergers, though each had a unique strategic rationale:

- **FISV / FDC:** Vastly improves FISV's overall geographic diversification, increasing international exposure from 5% to 15% pro-forma.
- **GPN / TSS:** Though TSS had less international exposure than GPN as a stand-alone (TSS 88% North America vs. legacy GPN 75%), the complement of TSS' Issuer Solutions provides GPN the potential to cross-sell Issuer through GPN's Merchant FI relationships in Europe.

- **FIS / WP:** Provides WP the ability to bypass the significant time and investment required to enter certain international markets such as India, Brazil, and Australia where FIS has a very strong existing footprint through its core processing relationships (e.g., FIS processes for ~70% of chartered banks in Brazil) by which they can cross-sell Worldpay acquiring services both for in-store and online via bank referral.

# Jefferies

**Exhibit 19 - Merchant Acquiring Geographic Mix Between North America / Int'l Similar Across the "Big 3"**



Source: Company Data, Jefferies Estimates

## The Upside-Down Pyramid of Merchant Acquiring

**SMBs and micro merchants make up ~50% of U.S. acquiring revenues, despite only representing ~13% of total purchase volume.** In the context of merchant acquiring, there is an inverse relationship between volume/gross sales and the yields earned by the acquirer. This leads to an industry dynamic where micro merchants (less than $250k in annual volume) and SMBs ($250k - $1mn), despite generating ~13% of total gross sales in the U.S., generate ~50% of all acquiring revenue. Exhibit 20 below illustrates our market sizing estimates by the number of merchants in each class (micro, SMB, mid-market, enterprise), gross sales by segment, assumed acquiring yields, and the resulting pool of revenue available to the merchant acquirers.

**Exhibit 20 - U.S. Merchant Acquiring Profit Pool Concentrated at the SMB and Lower Mid-Market Levels**



Source: Jefferies Estimates, Census Bureau

---

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

17

## Jefferies

**Exhibit 21 - Avg. Volume per Merchant (U.S.) 2019 vs. 2014**



Source: Nilson Report, Jefferies

### Exposure by Distribution Channel Is the Biggest Driver of Organic Growth; Tech-Enabled Distribution Leading the Charge

Merchant acquirers leverage one or more distribution channels to deliver their products and services including:

- **Direct Sales Force**: Individuals that are part of an acquirer's internal sales force and solicit new customer accounts; often referred to as the "feet on the street."
- **Independent Sales Organizations (ISOs) & Agents**: The ISO model involves using third-party companies to sign up merchants on behalf of the acquirer, which can bring benefits such as reduced overhead costs and greater geographic reach if the merchant acquirer does not have a presence in a particular country / region.
- **Independent Software Vendors (ISVs)**: Through the ISV channel, acquirers essentially partner with technology providers that develop and sell vertical-focused software. GPN in particular has leveraged an ISV strategy (~20% of Merchant revenues are via partnered software) while also outright acquiring certain vertically-focused software companies (e.g., ACTIVE Network for events management, AdvancedMD for physician practice management) to expand its vertical market reach and own the entirety of the economics.
- **Partnership Channel**: Acquirers often enter into partnerships with banks to cross-sell their payments capabilities to bank clients through joint ventures (JVs) or other types of bank referral agreements. One example of this is the First Data and PNC JV.

### Increasing Reliance on Tech-Enabled Channels

As the function of payment processing has become increasingly commoditized over time and the entry of well-capitalized tech-focused players such as Square, acquirers have been forced to compete through greater scale, but also through wrapping additional value (which typically comes in the form of software) around the payment processing function. This has driven acquirers to complement legacy distribution channels (ISOs, agents, direct sales), which has significantly expanded their reach and helped them access smaller pockets of merchants by focusing on higher-growth channels like ISVs and VARs (value-added resellers). ISVs and VARs are able to lead sales with stickier/higher-value services (e.g., vertical software) while attaching payments acceptance as a back-end feature.

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

18

# Jefferies

In addition to growing faster than traditional distribution channels, ISV portfolios tend to carry lower attrition due to the value-added software that is the core of the relationship with the merchant. The number of ISVs continues to grow at a rapid pace, having reached 100k globally (up 10x vs. 2008), but we expect growth to sustain at current rates as the number of ISVs is expected to reach one million by 2028 (up 10x vs. 2018) according to Forrester research, which should protect against ongoing residual risk to the merchant acquirers (paying higher revenue shares to ISV partners as they become a more powerful distribution partner).

**Exhibit 22 - Merchant Acquiring Medium-Term Growth Rates by Distribution Channel (JEFe); We Expect Tech-Enabled Channels to Drive Growth**

**Exhibit 23 - Number of ISVs Could Reach 1mn by 2028; 10x Increase from 100k Currently**



Source: Jefferies Estimates

Source: Forrester Research, Jefferies

**Exhibit 24 - GPN & FIS Have Greatest Exposure to Tech-Enabled Distribution**



Source: Company Data, Jefferies Estimates

FIS has a higher mix of tech-enabled distribution channels relative to FISV, with e-commerce and ISV contributing around 45% to total revenues in Merchant (Worldpay's legacy Merchant Solutions business) - see Exhibit 25. As we look ahead, management expects e-commerce to continue growing in the high-teens and low-20s range while the ISV channel should be a mid- to high-teens grower.

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

19



**EQUITY RESEARCH**

**Fidelity National Information Services, Inc. (FIS)**

**Exhibit 25 - FIS Merchant Solutions Distribution Channels**

Pie chart:
- E-commerce 25%
- ISV (US) 20%
- Traditional POS (US) 40%
- UK 15%

High growth channels represent ~45% of total distribution

Source: Jefferies, Company Reports

**Exhibit 26 - FIS Merchant Solutions Intermediate-Term Expected Growth Rates (JEFe)**

| | Distribution Channel | Intermediate-Term Growth Rates (JEFe) |
|---|---|---|
| High Growth | E-commerce | High-teens to Low-20s |
| High Growth | Integrated Payments (US) | Mid- to high-teens |
| Lower Growth | Traditional POS (US) | Low-single-digit |
| Lower Growth | UK | Low-single-digit |

Source: Jefferies Estimates, Company Reports

## Vertical Market Exposure

Below we show a sampling of vertical market exposure that the major merchant acquirers have disclosed.

**Exhibit 27 - Merchant Acquirer Vertical Market Exposure**

Note: Exposures by company are not limited to the following categories

| Company | Vertical Markets |
|---|---|
| fiserv | Grocery, e-commerce, restaurant, sports & entertainment |
| FIS | Travel & airlines, restaurants, retail, SMB, digital/e-commerce, grocery/pharma, FIs, gaming, gambling |
| globalpayments | Restaurant (enterprise & QSR), SMB, healthcare, education, events, gaming & casino |
| adyen | E-commerce, travel, retail, QSR, healthcare, hospitality |
| ☐ (Square) | Restaurant, retail, leisure/entertainment, beauty, professional services, health/fitness, home & repair |
| CHASE | Supermarkets, retail, restaurant, T&E, e-commerce |

Source: Jefferies, Company Reports

## Heavy Mix of Non-Discretionary Spending, but Travel ~25% of e-Comm Exposure

FIS's vertical market exposure is more heavily weighted towards non-discretionary spend categories (e.g., groceries, pharmacy), online retail, and digital, all of which have seen a lift from the pandemic. Approximately 25% of Merchant is exposed to verticals hit especially hard (travel, entertainment, restaurants). We estimate ~5% of Merchant revenue is tied to Travel specifically.

# Jefferies

**Exhibit 28 - Merchant Solutions Impact from COVID; Fairly Limited Exposure to Harder-Hit Verticals**



Source: Jefferies, Company Presentation. As of 1Q20.

**Exhibit 29 - Merchant Segment - Organic Revenue Growth Rates**
FIS's revenue growth has lagged Merchant volume growth by ~10ppt in 2Q/3Q due to unfavorable mix (enterprise customers recovering faster than SMBs)



Source: Jefferies and Company filings. Note FIS 2Q20 and 3Q20 growth rates exclude impact from US tax filing deadline delay. Using Merchant non-GAAP adjusted revenue for GPN and total organic revenue for 2Q19 and 3Q19 as standalone GPN was merchant business.

## Global Cross-Border e-Comm Represents Critical Growth Opportunity

With cross-border e-commerce as one of the fastest growing channels both in the U.S. and internationally, we think Worldpay will be one of the greatest beneficiaries of the mix shift given its global e-comm capabilities at scale. The rate of cross-border growth is expected to significantly outpace domestic e-commerce as consumers are increasingly shopping across borders, and we estimate that cross-border e-comm sales are expected to grow at a pace of ~27% a year through 2023 (ahead of domestic e-comm at ~17%) and become a more meaningful share of total e-comm sales (Exhibit 30).

Therefore, as an acquirer, Worldpay's ability to process payments globally (140+ countries and 120+ currencies) puts it in a unique position to win a larger piece of the pie as merchants look to ramp e-comm sales internationally. Aside from Worldpay, Adyen is the only other acquirer that has cross-border e-comm capabilities at scale (for large enterprise

 **Jefferies**

merchants) given the challenges of entering new markets and developing knowledge of local payment methods. In the U.S., Chase is more or less the only competitor that Worldpay runs into.

**Exhibit 30 - Cross-border e-Comm Sales Volume Est. to Outpace Total E-Comm Volume**
$ in billions



Source: Jefferies Estimates, Zion Market Research, Statista

**Exhibit 31 - FIS / FISV / GPN Estimated E-Commerce Volume (2019)**
$ in billions

| | FIS | FISV | GPN |
|---|---|---|---|
| # of Countries | 146[1] | ~40 | 100 |
| # of Currencies | 126[1] | 100+ | 130+ |
| Local Payment Methods | >300 | 160+ | 140+ |
| Merchant Segment Revenue (2019) | $4.1 | $5.7 | $4.6 |
| % e-Comm Revenue | 25% | 13% | 20% |
| Est. e-Comm Revenue[2] | $1.0 | $0.7 | $0.9 |
| Est. e-Comm Volume (JEFe) | $411 | $371 | $184 |
| Yield (JEFe) | 0.25% | 0.20% | 0.50% |

Source: Jefferies Estimates, Company Websites, Company Reports. (1) Not specific to e-comm channel. (2) GPN includes both e-comm and omni-channel revenue.

## On-the-Ground Presence Across Multiple Geographies Is a Key Differentiator

We think that the breadth of local payment methods Worldpay offers merchants is a key advantage to compete effectively in local markets given the unique payment preferences by consumers on a country-by-country basis. For merchants looking to expand internationally, acquirers must also have relationships with local banks across multiple countries/regions to meet customer needs. For instance, in order to serve a U.S. retailer looking to sell online in Japan, Worldpay must be connected to all the alternative payment types in Japan *and* Japanese banks, and also obtain a license to do business in the country.

**Merchants in Western Europe and Asia have grown the portion of their revenues driven by cross-border sales to ~41% and ~35%, respectively. For U.S. merchants, that represents only ~14%.**

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

22

**Jefferies**

As a result, acquirers need to clear a number of hurdles before they can even begin processing e-comm payments in a particular country. Here we think Worldpay is ahead of the pack given its scale and deep relationships developed over the years. Additionally, we believe the company has the added advantage of potentially displacing local acquirers given its on-the-ground presence, and see this trend only accelerating as WP leverages FIS' core FI relationships in markets such as Brazil, Australia, and India to accelerate their time to market by 2-3 years compared to what Worldpay would have been able to do as a standalone.

One potential limitation for Worldpay, however, is its legacy architecture and multiple acquiring platforms, which was highlighted as a common pain point for customers in a recent Forrester study. We believe that consolidation of customers onto a single platform at the beginning of a merchant relationship can improve customer retention, although Worldpay's local licenses in each market may not all necessarily be on the same acquiring platform. Additionally, compared to its other solutions, Worldpay's marketplace offering is not as robust as others (an area of strength for Stripe), as it involves both taking payments from customers *and* paying out to sellers, which becomes more complex with international merchants given different currency payouts.

**Exhibit 32 - Strength of FIS eComm Offerings Highlighted by Forrester Research Ranking of Merchant Acquiring Capabilities**

| Current Offering: | Adyen | FISV | GPN | JPM | PYPL | Stripe | FIS |
|---|---|---|---|---|---|---|---|
| Global Acquiring | ◑ | ● | ● | ◑ | ◑ | ◑ | ● |
| Omnichannel & In-Person Payments | ● | ◑ | ◑ | ○ | ◑ | ◑ | ◑ |
| Platform/Marketplace Payments | ◑ | ◑ | ○ | ◑ | ◑ | ● | ◑ |
| Payouts and Disbursements | ◑ | ● | ● | ● | ◑ | ◑ | ● |
| Currency Mgmt and Settlement | ◑ | ◑ | ◑ | ◑ | ◑ | ● | ● |
| Reporting, Reconciliation, and Data | ◑ | ◑ | ○ | ◑ | ○ | ● | ● |
| Tokenization & Management | ● | ● | ◑ | ◑ | ● | ● | ● |
| Updates and Release Management | ● | ◑ | ◑ | ◑ | ● | ● | ◑ |

Source: Forrester Research, Jefferies

**Exhibit 33 - A Few Examples of Local Payment Methods**

| | | | | |
|---|---|---|---|---|
| **Global** | VISA | Mastercard | American Express | Discover |
| | PayPal | Apple Pay | Google Pay | |
| **Asia Pacific** | WeChat Pay | Alipay | JCB | UnionPay |
| **Europe** | iDEAL | Klarna | Cartes Bancaires | Bancontact |

Source: Jefferies, Company Websites

However, the company's relative strength in supporting cross-border settlements and managing currency conversion (Exhibit 32) allows it to shine a little brighter than peers, and it uses its expertise in merchant regulatory compliance to help clients navigate the payments regulatory landscape. Worldpay's added advantage of scale and reach positions it aptly to serve global online merchants that are looking for settlement flexibility and currency management.

## Local Payment Method Integrations Key to Global Relevance

As highlighted in Ex. 34, traditional credit and debit cards are only expected to represent ~28% of e-Comm volume in 2023, making it imperative for acquirers who wish to compete on a global scale for cross-border business to have all relevant local payment method integrations to ensure consumers are able to pay in their preferred method (or risk cart abandonment at checkout, hurting conversion rates).



**Exhibit 34 - Global e-Comm Payment Methods: Mix Shift from 2019 to 2023E**

Digital/mobile wallets expected to represent more than half of payment methods globally in 2023, primarily at the expense of credit & debit cards



Source: Jefferies, Worldpay Global Payments Report

Looking ahead, we think another potentially meaningful opportunity for Worldpay lies in expanding its wallet share with existing clients (Exhibit 35). We believe it could be in a position to displace local acquirers and offer merchants more continuity with incremental services (e.g., payouts, reporting). Given its scale and reach, we believe that it's well suited to be a consolidator and could participate in a trend toward fewer providers.

Additionally, due to its relationships with issuers across the globe and the insights that come with the scale at which Worldpay processes, we believe they have a structural advantage in driving higher authorization rates (by potentially ~200-500 bps from the ~85% industry avg.), adding further differentiation its offering given the value-add it brings to merchants.

**Exhibit 35 - Significant Opportunities to Grow Wallet Share Among Internet Clients**



Source: Jefferies, Company Presentation. As of 2Q18.

## Rise of PayFacs a Longer Term Risk, but Unlikely to Move the Needle

We think the trend of ISVs shifting towards a payment facilitator (PayFac or PF) model will start to become a more interesting dynamic longer term. PayFacs differ from acquirers in that they hold a master merchant account which eliminates the need for merchants to open their own merchant accounts to accept payments. Primary benefits for PayFacs include

a simpler merchant onboarding process for sub-merchants (e.g., a merchant signing up with Square) and the ability for the ISV (that becomes a PayFac) to earn a greater share of the economics when bringing payment-related services in-house. Although businesses across many industries can convert to a PayFac model, ISVs are particularly well-suited as it allows them to add a payment component to their software - examples of PayFacs include PayPal, Square, and Stripe. Inifinicept estimates that the number of PFs globally will increase at a rate of ~14% a year to >2,300 from 2018-2025 (Exhibit 36).

For the acquiring industry, this shift could be meaningful because as acquirers become more reliant on tech-enabled distribution channels (which ISVs are a big chunk of), there's risk of price erosion as ISV partners will likely be able to command higher residuals from their acquiring partners. Additionally, as ISVs grow larger, they may explore the PayFac option - our industry checks have estimated a break-even for an ISV is in the ~$50 million annual volume range.

Still, we don't see this as an imminent threat for FIS/Worldplay since acquirers still play a role in processing the payment, and there are opportunities to continue serving the ISV-turned-PayFac in other ways through value-added services. The PF business can actually be margin accretive since acquirers still earn revenue as a processor, but without the customer acquisition costs. Additionally, the road to becoming a PayFac can be challenging - PayFacs tend to be larger organizations that can generate enough volume to absorb the operating costs, while also having the resources and technical know-how (e.g., building a tech stack, managing risk/compliance) to make the transition.

**Exhibit 36 - Number of PFs Globally Expected to More than Double in 2025**



Source: Infinicept, Jefferies

**Exhibit 37 - Estimated Global PayFac GPV**
$ in billions



Source: Infinicept, Jefferies. Excludes PayPal, Square, Striple, Spotify.

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

25



# Key Focus Area #3: Poised to Ride a Wave of Modernization in Core Processing

As part of our core bank processing industry primer, we highlight key positives and potential risk to the outlook for FIS's Banking segment.

## What We Like and What Gives Us Pause
### What We Like

- **High mix of recurring revenue offers stability in a downturn**: The majority of FIS's total revenue is recurring and tied to long-term contracts given the non-discretionary nature of core processing solutions, which has supported stable low-mid single-digit organic revenue growth (~4% on average) over the past decade. Revenues are also very sticky given the disruption to the customer experience when banks switch core providers and conduct large-scale migration of customers across platforms.

- **Best positioned to participate in a wave of core modernization**: As banks increasingly look for more open and flexible platforms that can enable easier integrations with third-party providers, we see the potential for FIS to accelerate the rate of core conversions particularly with its cloud-based Modern Banking Platform which has achieved 10/10 client wins since launch in 4Q19.

- **In-House to Outsourced Shift**: The increasing trend of banks and credit unions outsourcing core processing solutions (rather than developing them in-house) should help drive higher demand for FIS's capabilities, and we believe that there's a fairly large opportunity to go after among the largest banks due to bigger IT budgets.

- **Growing bank IT budgets supportive of higher demand for core processing and related services**: Global bank IT budgets continue to expand, and we believe the increasing mix of spend toward new investments (vs. ongoing maintenance costs) should be a tailwind for FIS. Additionally, the number of Modern Banking Platform wins YTD shows the strength of the company's offerings.

### What Gives Us Pause

- **Ongoing decline in number of banks & credit unions in the US a consistent attrition & pricing headwind.** The number of US banks & credit unions has declined at a 3.5% CAGR since 2005, posing an ongoing headwind to both client attrition (losing core customers either to failure or acquisition) and pricing (one FIS bank buying another FIS bank becomes bigger = can demand better pricing). This trend appears likely to continue as the de novo replenishment rate in the US has averaged 2.5% post-GFC (vs. 43% on avg. from '00-'08).

## Core Processing: Down to the Basics

Core banking systems provide mission-critical technology infrastructure to banks and credit unions, with services that include daily transaction processing, general ledger accounting, loan and deposit processing, and account origination. Simply put, a bank's core system helps facilitate nearly every type of transaction that runs through the bank. Because of the non-discretionary nature of the product offerings, core systems represent very sticky and recurring revenue streams, with average contract lengths of five years, and annual price escalators (typically the lesser of ~3%/yr or CPI) given the oligopolistic market

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

26

structure and inherently high switching costs both from a financial and human capital perspective - dynamics we explore further in the report.

As a result, many banks and credit unions have not upgraded or replaced legacy technology systems (many running on cores designed >20 years ago and written in COBOL, a 60+ year-old programming language) for decades given the complexity of such a task and the risk of disruption to the customer experience that comes with large-scale migration of customers across platforms, often involving millions of accounts.

**Typically just ~2% of all banks & credit unions sign new core banking contracts per year**

### Strong Recurring Revenue Model Offers Stability in Organic Growth

Given the non-discretionary nature of core processing solutions, core processors earn predictable revenue streams that are tied to multi-year contracts with banks and FIs. Roughly 55% of FIS's total revenue is recurring (Exhibit 38) which has enabled the company to generate steady, low- to mid-single-digit organic revenue growth. **We expect this trend among core processors to continue, though we explore several burgeoning dynamics in the market that could spur an acceleration in core modernization and support accelerating organic growth.**

**Exhibit 38 - Majority of Revenue is Recurring and Tied to Long-Term Contracts**



Source: Jefferies, Company Reports. Note: excludes Corporate and Other.

**Exhibit 39 - FIS's Steady Organic Revenue Growth Supported by Recurring Revenue**



Source: Jefferies, Company Reports. (1) Using FXN revenue growth for 2015 given limited organic revenue disclosures post-Sungard acquisition.

### Far More than Just "Core"

The core processing system sits at the center of the bank, functioning like a central ERP system with all deposits, loans, and customer data stored centrally. Though the core serves as the heart of the bank, banks typically also have an additional 20-40 ancillary

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

27



systems (Exhibit 41) that surround the core and provide more specific functionality. These include mobile banking, check processing, ACH processing, compliance systems, and teller front-end systems, among many others. **This creates a hub-and-spoke dynamic, with core processing sitting at the center of the bank, and all the surrounding systems linking in to the core processing system (e.g., an online banking system is just an interface that runs on top of the core).**

The primary aim for core providers like FIS, FISV, and JKHY (competitive dynamics explored in more detail later in the report) is to be the core processor, naturally positioning them to be the first choice for any of the surrounding systems needed by the FI. For example, a bank that uses FISV for its core is likely going to use FISV for check processing, ACH, etc. due to greater ease of integration. Smaller banks (sub-$10bn in assets) and credit unions are more likely to use a single vendor for most/all systems, while larger banks are more likely to take a "best-of-breed" approach. **Based on our industry checks, we believe most banks concentrate at least 75% of their processing spend with their core provider.**

**Exhibit 40 - Core Processors Offer Wide Range of Products & Services...**

| Core Systems | Channel Mgmt | Risk Mgmt & Compliance | Investment Services | Merchant Acquiring |
|---|---|---|---|---|
| Lending and deposits | Digital banking (online, mobile, | KYC & AML | Wealth management | Credit / debit card |
| Bill pay | Omni-channel capabilities | Security / fraud solutions | Retirement solutions | ATM / debit network |
| Card issuing | Contact center support | Collections | Insurance solutions | E-commerce |
| Trading solutions | Branch support | | | P2P |
| Liquidity solutions | | | | |

Source: Jefferies and Company Data

**Exhibit 41 - ...and Core Account Processing Typically Represents Just ~30% of Revenue Core Providers Earn from Banks (JEFe)**



Source: Fiserv, Jefferies

To illustrate, we use the example of a $5bn bank with 30 branches. If the bank were to use FISV as its core provider, we'd expect at least 75% of its processing to be done by FISV, with **30% of the processing spend on core and the remaining 70% on surrounding systems (Zelle, digital, bill pay, etc.). Exhibit 42 shows that nearly all banks utilize a range of services beyond just core processing from their core providers.**

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

28



**Exhibit 42 - Services Banks Utilize From Core Providers Beyond Core Processing; Nearly All Use for More than Just Core**



Source: 2016 Bank Director Technology Survey

## Industry Dominated by Three Main Players

The bank core processing industry is an oligopoly with market share dominated by three large players: FIS, FISV and JKHY, which combine to command ~70% of the market, while the rest of the industry is highly fragmented across smaller players. Competition has intensified more recently as core processors have vastly increased their scale (and ability to invest) via M&A while also attempting to accelerate their organic growth profiles (through a mix of faster-growth assets and revenue synergies), particularly in the merchant acquiring space.

Of the big three, FIS captures the greatest share among the largest banks and FIs (asset size >$10 billion) in the U.S. and internationally, which has been emphasized more recently having signed eight of the Top 30 banks as customers over the past year. We believe FIS and FISV are ~equal in terms of number of logos of bank customers between $1bn-$10bn.

FISV's target market includes both mid-size banks ($1bn-$10 bn) and smaller banks/ credit unions (sub-$1bn assets), although the company recently completed a large-scale conversion of NYCB (greater than $50bn assets). While JKHY tends to focus on the lower end of the market and its international exposure is de minimis, it is the dominant player among U.S. credit unions, and competes primarily with FISV for banks with fewer than $1bn in assets.

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

29

## Jefferies

**Exhibit 43 - Vendor Market Share Among U.S. FIs (2019)**

**Exhibit 44 - Number of FI Customers with >$10B in Assets (2018)**



Source: FedFis

Source: Aite Group

**Exhibit 45 - Big Three Market Positioning: Clearly Defined Swim Lanes for FISV, FIS, JKHY**

| | Bank Client by Asset Size | | | | Credit Unions | International Presence |
|---|---|---|---|---|---|---|
| | <$1B | $1-5B | $5-10B | >$10B | | |
| **FIS** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **FISV** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **JKHY** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ **Strong presence**    ✓ **Smaller presence**    ✓ **Weak presence**

Source: Jefferies, Company Data, Aite Group

On an absolute basis FISV has the most credit union clients, although they are spread across several different platforms (Exhibit 47), while JKHY's are consolidated across only two platforms, potentially making integrations with its other offerings more seamless than FISV or FIS.

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

30

## Jefferies

**Exhibit 46 - Snapshot of Big Three Core Processing Platforms**

| JKHY | FIS | FISV |
|------|-----|------|
| **5 Platforms** | **~10 Platforms** | **>10 Platforms** |
| SilverLake | Modern Banking Platform | Cleartouch |
| CIF 20/20 | HORIZON | DNA |
| Core Director | ClearEdge | Precision |
| Episys | IBS | Premier |
| CruiseNet | BankPac | Signature |
|  | Bankway | Portico |
|  | Miser | Spectrum |
|  | IntelliMatch | XP2 |
|  |  | DataSafe |
|  |  | Galaxy |
|  |  | Cunify |
|  |  | Charlotte |
|  |  | OnCU |

Source: Jefferies, Company Data, Company Websites

**Exhibit 47 - JKHY is Top Platform Choice for Large Credit Unions**

Credit Unions >$50M in assets; as of 2/28/2019



FISV clients scattered across multiple platforms

Source: Jefferies, Company Presentation

### Stickiness of Core Processing Relationships

Due to the critical importance of a core system to an FI's day-to-day operations, core conversions (switching core providers) are time-intensive, expensive (termination fees, new licensing fees, etc.), and pose the risk of being highly disruptive. A full core replacement can often take multiple years and requires significant internal resources (financial, human capital).

As a result, the core relationship tends to be incredibly sticky. According to the ICBA, over 70% of FIs have had the same core system in place for at least 10 years, and 35% for more than 20 years - illustrating the low levels of attrition and recurring nature of the core revenue stream.

**In general, we believe banks/credit unions are unlikely to switch core providers <u>UNLESS</u>:**

- The bank merges with another bank and switches providers
- There has been a fundamental change to the bank's business since adoption of the current core (e.g., moved into offering commercial loans)
- If on a legacy system from a core provider that is no longer on the processor's product roadmap, leaving choice of upgrading to a newer system from the current provider (still a form of core conversion) or choosing a competitor's product
- Deeply dissatisfied with the product

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

31

**Jefferies**

**Exhibit 48 - Core Processor Longevity: 70% of Banks Have Used the Same Provider for More than 10 Years**



Source: ICBA, Jefferies

**Exhibit 49 - Top Barriers to Changing Core Processors: Time Restraint on Staff, Risk of Customer Impact, and Price**



Source: ICBA, Jefferies

## Tailwind from Ongoing Shift to Outsourcing the Core

FIs have three choices when it comes to the development and hosting of the core system:

1. **Developed internally**: Developed by an FI and run in-house in the FI's private data centers (most common among banks >$10bn assets who have the internal resources to develop/maintain their own core)

2. **Partial outsourcing**: developed by a third-party vendor (FIS/FISV/JKHY), system licensed to the FI, which then runs the system in-house

3. **Outsourced entirely**: developed by a third-party vendor (FIS/FISV/JKHY) which also hosts the system, either in its data centers or the cloud

There has been a clear trend across the industry of banks and credit unions migrating towards outsourced solutions (Exhibits 50-51). We believe ~90% of banks under $10bn in assets are outsourced, but only ~25% of the banks above the $10bn mark due to their bigger IT budgets and support staff to support enabling the development and maintenance of an in-house core.

**The benefits of outsourcing the core system include:**

- Core systems are challenging to manage internally
- Lower total cost of ownership
- Improved speed-to-market with new products
- Lower ongoing IT staff & maintenance-related costs
- Access to the core provider's latest technology releases

**Jefferies**

**Exhibit 50 - Banks and Credit Unions Increasingly Outsourcing Core Processing**



Source: Aite Group

**Exhibit 51 - New Core Deployment Environments in 2018: Clear Paradigm Shift to SaaS/Hosted Solutions**



Source: Aite Group, Jefferies

## Number of FIs in the U.S. Declining at Steady Pace

The number of U.S. banks has been declining at a 3.5% CAGR for each year since 2005 which presents a consistent headwind for core processors as the size of the market continues to shrink, limiting the pool of potential customers to go after.

**Exhibit 52 - Number of FIs in the U.S. Declining...**



Source: FDIC

**Exhibit 53 - De Novo Banks in U.S. Providing Minimal Offset to Merged/Failed Banks Post-GFC**

De Novo Replenishment Rate = De Novo Banks Opened / Merged or Failed Banks



Source: FDIC, BankingStrategist

## Bank Consolidation Negatively Impacts Client Attrition & Pricing

Bank M&A often results in the acquired bank moving its core system to that of the acquirer. Due to the increased size of the pro forma entities, the bank is likely able to demand better pricing from the core provider.

Though the trend of bank consolidation is likely to be an ongoing headwind for FIS, FISV, and JKHY (client attrition due to M&A, less pricing power with larger banks), we believe FIS is best insulated from pressure due to its leading position with banks above $10bn (likliest acquirers of smaller banks), and even position with FISV among banks in the $1-10bn range (equally likely for an FIS client to be acquired by a FISV client and vice versa).

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

33

## Bank IT Budgets Growing At Steady Clip; Lion's Share of Spend Concentrated at Banks with Greater than $10bn Assets

### Consistent Growth in Bank IT Spending a Key Underlying Driver for Organic Growth

Celent estimates the current U.S. bank IT market is ~$110bn annually, expected to grow at a ~5% CAGR through 2022, which we believe provides the underlying support for growth at the core processors.

The largest banks in the U.S. have continued to accumulate an increasing share of deposits (described in greater detail below), and as such, represent a proportionate share of bank IT spend nationally. **IT budgets at banks with greater than $10bn in assets (the segment of the market best-served by FIS) account for 75% of all tech spend nationally**, with the remaining 25% split among banks with $1bn-$10bn in assets (10% of total), Banks between $100mn-$1bn Assets (8%), and the balance (7% total) comprised of credit unions of all sizes and banks with fewer than $100mn in assets.

**Exhibit 54 - Bank IT Spending Expected to Reach $120bn in North America by 2022 ($bn)**



Source: Celent, Jefferies

**Exhibit 55 - Bank IT Spend by Asset Size**

Large Banks (>$10bn Assets) Account For Overwhelming Majority of Tech Spend



Source: Fiserv, Jefferies

### Banks Set to Ramp Investment; Should Bode Well for Core Providers with Nimble Solutions

Bank IT spend is still largely geared towards maintenance (63% in 2019, down from 75% in 2013), but **new investments are projected to ramp significantly over the next three years to reach ~50% of IT budgets by 2022 (vs. 37% in 2019)** with the two primary areas of focus for banks' tech strategies on improving the overall customer experience and creating a more efficient operation (Exhibit 36).

We believe the increasing mix of spend towards new investments should provide an added tailwind for the core processors, and FIS in particular, given strong set of wins the company has collected over the past year on its cloud-based Modern Banking Platform.

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

34

# Jefferies

**EQUITY RESEARCH**
**Fidelity National Information Services, Inc. (FIS)**

**Exhibit 56 - New Tech Investment Share of US Banks' IT Spending Expected to Reach 50% by 2022 vs. 25% in 2013**



Source: Deloitte, Jefferies

## New Core Wins YTD Puts FIS on Solid Footing Heading into 2021

FIS continues to win among the largest banks and FIs in the U.S. and new core conversions throughout 2020 include a number of Top 30 banks as well as 10 overall conversions onto the Modern Banking Platform YTD-3Q20 (Exhibit 57). Additional conversions onto the MBP next year should help put FIS in striking distance of the high-end of its total organic revenue growth target (7-9% y/y), and the consistent, mid- to high-single-digit growth in the implementation backlog should support that.

**Exhibit 57 - FIS Recent Core Wins**



Source: Jefferies, Company Reports

**Exhibit 58 - Consistent Growth in Banking and Capital Market Backlog (Organic), Supports Outlook for Acceleration in 2021**



Source: Jefferies, Company Reports

## Deposits Becoming More Concentrated at Biggest Banks

Market share of deposits in the U.S. has become increasingly concentrated among the Top 50 banks, who now control 75% of deposits nationally, a 9 ppt increase from 66% in 2010 due to market share gains among the Top 10 banks (54% share in 2020 vs. 47% in 2010). **We view this dynamic and the resulting share of IT spend concentrated at larger FIs most favorably for FIS given its commanding market share of banks with >$10bn in assets.**

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

35

**Exhibit 59 - National Deposit Market Share by Tier of Bank (Asset Size): Top 50 Took Share Over Past 10 Years**



Source: FDIC, Jefferies

## Wave of Core Modernization on the Come?

Historically, we would describe the core processing market as largely stable and fairly boring. Firmly entrenched competitors and low levels of attrition (despite many banks still running products that are multi-decades old) due to the disruption that comes with a core conversion and consistent growth in bank IT spending has created an annuity-like revenue stream for the core processors.

Though we have outlined the many challenges presented by undergoing a core conversion (diverted internal focus/attention, resources, risk of significant disruption to customers) **we see the potential for an acceleration in the rate of bank core conversions in the coming years as banks seek more open and flexible platforms that allow easier integrations with third-party providers, as banks are increasingly looking away from their core provider to help deliver innovative solutions and provide a more seamless customer experience.**

According to Bank Director's 2020 technology survey, ~30% of banks described themselves as either "very likely" or "somewhat likely" (banks above $10bn expressed the highest likelihood to switch cores) to switch core providers when their current contract is set to renew.

We run two scenarios (Exhibit 60) to gauge the impact on the annual rate of bank core conversions (percentage of banks converting cores per year). We note both scenarios assume a six-year average contract length.

- *Scenario 1 (light blue in Exhibit 60):* Assumes all banks that indicated they were "somewhat" or "very" likely switch cores at contract expiry do switch. This implies a core conversion rate of 4.8% in 2021, 5% in 2022, and 5.1% in 2023 (vs. 2.8% currently).
- *Scenario 2 (navy blue in Exhibit 60):* Assumes 75% of the banks that indicated they were "somewhat" or "very" likely switch cores at contract expiry do switch. This implies a core conversion rate of 3.6% in 2020, 3.7% in 2021, and 3.9% in 2022 (vs. 2.8% currently).

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

36

# Jefferies

**Exhibit 60 - Rate of Bank Core Coversions (% of Banks Migrating Cores/Yr) Set to Accelerate**

Based on Banks indicating "Very Likely" or "Somewhat Likely" to switch core providers when contract expires



2013  2014  2015  2016  2017  2018  2019  2020  2021E  2022E  2023E

Source: Celent, Aite, Jefferies

**Exhibit 61 - Banks "Somewhat Likely" or "Very Likely" to Swtich Core Provider When Contract Due to Renew (by Asset Size)**

Large banks indicating  higher of likelihood of switching cores once current contract expires



Source: Bank Director 2020 Tech Survey

## Digital-Centric Consumers Placing Pressure on Banks

As consumers increasingly demand services through digital channels (a trend we believe has only accelerated due to COVID), pressure on banks to improve their digital offerings will increase. Industry reports suggest two-thirds of global banking customers globally are active on digital platforms, and regularly access their accounts through mobile banking apps and online banking platforms. Bank execs are keenly aware of the potential threat posed by FinTechs/non-traditional providers (Exhibit 63), which is also clear in their top tech strategy objectives (improving the customer experience listed as top priority - Exhibit 65).

**Exhibit 62 - How Consumers Want to be Served by Banks Post=COVID; All About Digital**

**Exhibit 63 - Bank Exec's View of FinTechs/Non-Trad'l Players; More Foe than Friend**



Source: Lightico, Jefferies

Source: PwC 2020 Retail Banking Survey

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

37



### Banks Set to Ramp Investment; Should Bode Well for Core Providers with Nimble Solutions

Celent forecasts new technology investment spend to grow ~15% y/y in 2021 and 2021 (Exhibit 64) as part of 5% overall growth in IT spending, as new investments are expected to reach nearly 50% of banks' total tech spending mix by 2022, while maintenance spend is expected to decline ~2% y/y in 2021 and 2022.

**Exhibit 64 - Bank Investment Spend Projected to Outpace Maintenance Spend by ~17ppt in 2021 & 2022**



Source: Celent, Jefferies

**Exhibit 65 - Banks' Top Objectives Driving Tech Strategy: Clear Focus on Improving Customer Experience & Internal Efficiency**



Source: Bank Director, Jefferies

**We view the outlook for elevated levels of tech investment growth by banks as a clear positive, and when coupled with bank mgmt. teams indicating more willingness to switch core providers when current contracts expire, a wave of core modernizations is increasingly likely.**

As banks prioritize improving the customer experience in addition to satisfying compliance with evolving regulatory burdens, we believe modern cores are set to see a significant uptake in adoption over the near to medium-term. Banks are showing an increased willingness to utilize non-core providers for innovative solutions (Exhibits 66-67), led by banks in the $1-$10bn and >$10bn categories. This is unsurprising to us as large banks have historically been less reliant on the core for all outsourced technology (more likely to favor a "best-of-breed" approach).

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

38

## Jefferies

**Exhibit 66 - Share of Banks Relying on Core Provider to Introduce Innovative Solutions Significantly Lower in 2020 vs. 2019**



Source: Bank Director, Jefferies

**Exhibit 67 - Percentage of Banks Implementing Solutions from Non-Core Providers**



Source: Bank Director

Though the increased willingness to lean on non-core providers for innovative solutions would at first seem to be a negative signal for the core providers, **we view the evolving preferences of banks as an opportunity for core processors with solutions that are more open with API-enabled architecture, offer real-time processing, and flexible on a component basis likeliest to take share. We believe FIS with its Modern Banking Platform is best-positioned.**

### Benefits of Core Modernization to Cloud-Based Systems

In our view, a modern core can positively impact banks in three primary ways:

1. **Risk Mitigation.** Legacy cores are often mainframe-based and run on COBOL (60+ year-old programming language with shrinking number of knowledgeable developers/programmers), designed for daily batch processing, a mismatch with current product sets that require real-time processing (e.g., mobile banking, account opening, etc.). Modern cores also help ease the regulatory burden on banks by providing more efficient compliance risk management (data required for regulatory reporting sits on the core) and makes for easier compliance with new regulatory requirements.

2. **Revenue Generation / Customer Experience.** Banks can improve their time to market with new products, more easily integrate with innovative FinTech partners via open APIs (e.g., a robo-advisor tool, portfolio analysis, etc.), and improve the customer experience across multiple channels (branch, online, mobile). The COBOL-based systems that legacy cores are built on make integrations with third-party systems very difficult (particularly acute for regional/super-regional banks who utilize the highest number of third-party vendors vs. the money center banks largely developing systems in-house), making it challenging for banks to have a single source of client data.

3. **Cost Savings.** Modern cores can help banks lower IT operating costs by ~25% by using lower-cost computing platforms, reducing ongoing maintenance spend

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

39

from moving to a common platform, rationalizing the number of applications used by a bank, and by expanding the use of straight-through processing can get rid of the need for manual review of certain transactions.

Bank mgmt. teams are increasingly receptive to a cloud-based core banking system (Exhibit 68), with only 21% saying they would not consider moving to a cloud-based system, according to the ABA.

**Exhibit 68 - Bank Management Team Receptivity to Cloud-Based Core Banking**



Source: ABA Core Processor Survey

We see FIS as most favorably positioned among banks >$10bn in assets where market share continues to consolidate, and we believe that the significant investment in developing its Modern Banking Platform positions it to best capture a potential wave of core modernizations. Though we are positively inclined on the underlying drivers for the core processing industry as a whole, we are less bullish on FISV's core processing business than FIS.

### Investments in Modern Banking Platform Paying Off

Since 2016, FIS has been ramping its level of investments (measured by capex % of revenue) as it built out its cloud-native Modern Banking Platform, which we believe has well-positioned the company (as evidenced by the number of MBP wins over the past four quarters) to better compete for a potential wave of core modernizations.

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

40

**Jefferies**

EQUITY RESEARCH
**Fidelity National Information Services, Inc. (FIS)**

**Exhibit 69 - Diverging Levels of Investment (CapEx % of Rev) Between FIS & FISV Over Last 4 Years as FIS Develops Modern Banking Platform**



Source: Company Data, Jefferies

---

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

41



# Overview of FIS and Worldpay Merger

In March 2019, FIS announced that it would acquire Worldpay for ~$43 billion through a combination of cash and stock, with ownership split between FIS shareholders (53%) and Worldpay shareholders (47%). The company is led by management from legacy FIS: CEO Gary Norcross and CFO James Woodall.

The business combination was transformational because it was the second mega-deal in 2019 (after FISV/First Data) that brought together a core processor a merchant acquirer, significantly enhancing the financial profile of the combined company. What was historically a boring, slow-growing industry now had two payments giants armed with merchant acquiring businesses, operating at scale.

## Strategic Rationale

The FIS/Worldpay merger brings together two high-quality assets that can leverage each other's scale and capabilities to drive a higher rate of organic revenue growth longer term, with particular focus on taking Worldpay's fast-growing merchant acquiring business and delivering it to clients outside the U.S. and UK. Acceleration of secular trends in e-comm and integrated payments post-COVID has further supported FIS's high-single-digit organic growth target three years post-close.

**Revenue and Cost Synergies**: The merger has created meaningful opportunities for the combined business to realize significant revenue synergies ($550 million vs. $500 million initially) and cost synergies (>$700 million by YE2020 vs. initially $400 million by YE2022), both of which have tracked exceptionally well since deal closing - more details below. Revenue synergies have come in ahead of FIS's expectations (particularly cross-sell opportunities) and helped push overall synergy targets higher, with encouraging results on 1) the Premium Payback offering, 2) merchant bank referrals, and 3) debit card routing. FIS has also been able to accelerate the timeline of cost synergies and expects to deliver >$700 million exiting 2020 (>$425 million opex and $275 million interest savings), which puts it a full two years ahead of achieving its initial opex target of $400 million.

**Exhibit 70 - FIS/Worldpay Revenue Synergy Targets**       **Exhibit 71 - FIS/Worldpay Cost Synergy Targets**



Source: Jefferies, Company Data

Source: Jefferies, Company Reports. >$700M excludes incremental $300M of short-term cost saves expected in 2020.

**Financial Impact**: At deal closing, FIS/Worldpay had combined revenues of $12.3 billion and adjusted EBITDA of $4.9 billion, and the merger should accelerate organic revenue growth from ~6% to potentially 8-9% within three years post-close (vs. JEFe ~10% y/y in 2021 and ~8% y/y in 2022), supported by robust growth in cross-border e-comm. Combined revenue and cost synergies should help drive a ~500 bps step-up in EBITDA margin to ~45% by

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

42

2022 and nearly 2x higher FCF ($4-4.5 billion). Management has estimated EPS accretion by 2021. Proceeds of the deal will be used to pay down debt and reduce leverage from ~3.5x to roughly 2.7x within 12-18 months.

## Revenue Synergies

We see the potential for revenue synergies in three key areas: 1) cross-sell of merchant acquiring through the FI channel, 2) cross-sell of FIS's products to Worldpay's merchant and issuing clients, and 3) development of new, innovative payment methods for the expanded customer base (Exhibit 72).

We think the most exciting opportunity is the accelerated expansion of Worldpay's merchant acquiring solutions outside the U.S. and UK through FIS's deep FI relationships - management has already started to see healthy demand in the bank referral program throughout 1H20. The premium payback product (pay with points) and debit routing have also been exceeding expectations, helping to push total expected synergies in 2020 to $200 million+ (vs. $100 millon initially).

Although some synergies will take a little more time to kick in, we believe we have good line of sight into them over the next couple of years. In terms of extending FIS/Worldpay's reach internationally, the company has seen encouraging results in Brazil, Australia, and India, and more of that opportunity should come through in 2021/2022. While increasing scale is part of the playbook, we think what is equally important is to zero in on 10-12 key markets to develop a deeper presence in (whether it was a strong market for FIS or Worldpay), which has also been a focus for management. On improving auth rates - it's still early days, and mgmt expects more progress in years 2-3.

**Exhibit 72 - FIS / Worldpay Revenue Synergies**

| | |
|---|---|
| Cross-sell of merchant acquiring through FI channel | • International expansion by leveraging FIS's deep FI relationships, particularly in LATAM and APAC<br>• Further penetration in U.S. merchant referral space |
| Cross-sell of FIS products into Worldpay's merchant and issuing clients | • Debit routing<br>• Premium Payback solution (pay with points at the POS)<br>• Loyalty programs<br>• Credit card processing |
| New Innovative Payments Capabilities | • Faster payments and alternative payment types<br>• Expansion to B2B / commercial payments<br>• Driving higher auth rates in e-commerce |

Source: Jefferies, Company Reports

## Cost Synergies

We have strong conviction in management's ability to action promised cost synergies as both legacy FIS and legacy Worldpay management had strong track records of exceeding cost synergy targets by more than 30% in prior transactions. Opportunities to reduce costs are spread across three areas: 1) operational, 2) technology integration, and 3) corporate optimization.

FIS aims to take out >$700 million of costs by the end of 2020 (vs. initial expectations of $400 million by YE2022) and has identified incremental opportunities to eliminate

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

43



costs over the past year while integrating the businesses. Operational synergies consist of streamlining and simplifying the organization while combining issuing and acquiring capabilities and eliminating redundancies. Technology integration largely relates to consolidation of platforms and data centers, and streamlining vendor relationships. The focus for corporate optimization is around reduction of duplicate corporate costs.

Exiting 2020, FIS estimates that the >$700 million of cost synergies will consist of ~$425 million of opex savings and ~$275 million of interest savings. In response to COVID-19, management expects to deliver an additional $300 million of short-term expense saves this year (e.g., travel expenses, bonus reductions, consulting costs, hiring freeze), which pushes total cost reductions to ~$1 billion in 2020.

**Exhibit 73 - FIS / Worldpay Cost Synergies**

| | |
|---|---|
| **Operational Synergies** | • Combining issuing and acquiring capabilities to drive operational efficiency<br>• Vendor and facilities rationalization |
| **Technology Integration** | • Technology optimization<br>• Incremental data center consolidation costs |
| **Corporate Optimization** | • Eliminate duplicative corporate costs |

Source: Jefferies, Company Reports

## Company Overview

### Business Segments

**Merchant Solutions**: FIS's Merchant Solutions segment was born as a result of the Worldpay merger and consists of legacy Worldpay's Merchant and Technology segments. Merchant solutions represents roughly a third of total revenues, and provides merchant acquiring and payment processing solutions (both e-comm and POS) for primarily large enterprise merchants. Through this segment FIS also leverages its ISV strategy by owning or partnering with ISVs to deliver merchant acquiring capabilities, and its reach of solutions also extends to PayFac clients. Additionally, FISV offers its domestic and cross-border e-comm payment processing capabilities at scale through Merchant Solutions.

**Banking Solutions**: Banking Solutions represents almost half of total revenues, and includes the majority of legacy FIS's IFS segment, a bit of GFS, and Worldpay's Issuer Solutions segment. Through Banking, FIS offers clients core processing solutions such as the Modern Banking Platform, fraud/risk management tools, wealth and retirement solutions, item processing and output services. Additionally, clients can access several payment services including a wide range of digital banking services across channels (branch, online, mobile) and EFT/network services.

**Capital Market Solutions**: Capital Markets contributes about 20% to total revenue and consists of the majority of legacy FIS and a piece of IFS. The company offers securities processing, global trade solutions, asset management and insurance solutions, and corporate liquidity solutions through this segment.

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

44

# Jefferies

**Exhibit 74 - FIS / Worldpay Combined Business Segments**

| Segment | Legacy Business | | Description |
|---|---|---|---|
| Merchant Solutions (32%) | WP | Merchant Solutions | Merchant acquiring, integrated payments, e-commerce solutions |
| | WP | Technology Solutions | |
| Banking Solutions (47%) | FIS | Majority of IFS | Core processing, digital banking, fraud & risk mgmt, EFT network, wealth & retirement, item processing & output services |
| | FIS | GFS | Card issuing, payment processing, PIN debit network, ATM mgmt, gift / loyalty solutions |
| | WP | Issuer Solutions | |
| Capital Market Solutions (20%) | FIS | Majority of GFS | Securities processing, global trade solutions, asset management & insurance solutions |
| | FIS | IFS | Corporate liquidity |

Source: Jefferies, Company reports

**Exhibit 75 - Worldpay Adds Merchant Acquiring Capabilities**



Source: Jefferies, Company filings. Using % 2018 revenue for legacy FIS and Worldpay, and % 2019 revenue for combined business.

# Jefferies

**Exhibit 76 - Legacy FIS Operating Segments**

| Segment | Types of Products & Services | Description |
|---|---|---|
| **Integrated Financial Solutions (IFS)** 54% | Banking and Wealth | Core processing, wealth and retirement solutions, fraud and risk mgmt, item processing and output services |
| | Payments | Card and payment solutions (card issuing, loyalty programs), government and e-payment solutions |
| | Corporate and Digital | Digital solutions (online/mobile banking), corporate liquidity, government payments and e-payments |
| **Global Financial Solutions (GFS)** 46% | Institutional and Wholesale | Securities processing, asset mgmt. and insurance solutions, trading solutions |
| | Banking and Payments | Payments and retail banking (card issuing, payment processing, ATM mgmt.), EFT and network services |

Source: Company filings, Jefferies

**Exhibit 77 - Legacy WP Operating Segments**

| Segment | Description |
|---|---|
| **Technology Solutions (41%)** | Technology capabilities that enable merchants to accept payments including e-commerce and mobile solutions, integrated payments, or B2B payments solutions |
| **Merchant Solutions (50%)** | Merchant acquiring and payment processing capabilities through a number of distribution channels (e.g. direct, referral partners) |
| **Issuer Solutions (9%)** | Card issuer and payment network processing, fraud protection, card production, and PIN debit network |

Source: Company filings, Jefferies

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

46



## Management Team

**Gary Norcross, President and Chief Executive Officer**: Mr. Norcross stepped into the role of President and CEO in 2015, and also serves as chairman of the board. His career spans more than 30 years at FIS and he served in a number of leadership roles before becoming President and COO in 2012. He played a critical role in FIS's acquisition of Metavante and Sungard, had some involvement in the Certegy and eFunds deals as well. Mr. Norcross is a graduate of the University of Arkansas.

**James Woodall, Chief Financial Officer**: Mr. Woodall served in a variety of roles at FIS including chief accounting officer and controller before being named CFO in 2013. Prior to to joining FIS, Mr. Woodall served as executive director and controller of AT&T's southeast region and in PricewaterhouseCoopers' audit practice. He holds a CPA and attended Troy State University.

**Ido Gileadi, Chief Operating Officer**: Mr. Gileadi brings more than 35 years of technology and banking industry expertise to his role os COO, with focus on IT operations, development, and delivery of large transformation programs. He joined FIS in 2014 from Capco where he was a partner and BCE where he served as Chief Information Officer. Mr. Gileadi graduated from Tel Aviv University.

**Bruce Lowthers, President - Banking and Merchant Solutions**: As President of Banking and Merchant Solutions, Mr. Lowthers is responsible for developing and delivering FIS' core and digital processing solutions, card and payments technology, loyalty, fraud and risk management services, corporate treasury, and back-office services around the world. He held a number of leadership positions at FIS prior to stepping into his current role. Mr. Lowthers joined FIS from eFunds and has also worked at several starups. He holds a CPA and attended the University of Masschusetts.

**Martin Boyd, President - Capital Market Solutions**: In his role as President of Capital Market Solutions, Mr. Boyd helps develop and deliver the technology and services that facilitate the movement, management, and growth of money and global securities. He joined FIS in 2015 with the acquisition of Sungard, where he spent over 20 years. Prior to Sungard, Mr. Boyd has held roles at RBS, KPMG, and IBM. He graduated from the University of Birmingham.

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

47

 **Jefferies**

## Discounted Cash Flow Analysis

Our DCF analysis implies a $177 12-month target price, in line with our $175 target (based on 26x FY21 EPS).

**Exhibit 78 - FIS Discounted Cash Flow Analysis**

| $ in millions, except per share | 2019 | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net revenue | 12,375.0 | 12,633.4 | 13,961.6 | 14,994.7 | 16,194.2 | 17,489.8 | 18,889.0 | 20,022.3 | 21,023.4 | 21,654.1 | 22,249.6 |
| y/y % change | | 2.1% | 10.5% | 7.4% | 8.0% | 8.0% | 8 0% | 6.0% | 5.0% | 3.0% | 2.8% |
| Total Operating Expenses | 11,063.2 | 11,861.6 | 12,300.8 | 12,720.1 | 13,705.3 | 14,766.8 | 15,910.3 | 16,824.9 | 17,624.1 | 18,109 5 | 18,563.0 |
| % of revenue | 89.4% | 93.9% | 88.1% | 84.8% | 84.6% | 84.4% | 84.2% | 84.0% | 83.8% | 83.6% | 83.4% |
| Operating profit | 1,311.8 | 771 8 | 1,660.8 | 2,274.6 | 2,488.9 | 2,723.0 | 2,978.6 | 3,197.4 | 3,399.3 | 3,544.6 | 3,686.6 |
| Operating margin | 10.6% | 6.1% | 11.9% | 15.2% | 15.4% | 15.6% | 15.8% | 16.0% | 16.2% | 16.4% | 16.6% |
| Change in op margin (bps) | | -449 | 579 | 327 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| EBITDA | 2,987.8 | 1,726 8 | 2,805.8 | 3,474.6 | 3,784.9 | 4,122.7 | 4,490.3 | 4,799.8 | 5,081.8 | 5,277.6 | 5,467.2 |
| EBITDA Margin | 24.1% | 13.7% | 20.1% | 23.2% | 23.4% | 23.6% | 23.8% | 24.0% | 24.2% | 24.4% | 24.6% |
| Interest expense | (478.0) | (331 0) | (300.2) | (274.6) | (264 2) | (250.3) | (270.3) | (276.6) | (279.9) | (277.4) | (273.9) |
| % of revenue | -3.9% | -2.6% | -2.2% | -1.8% | -1.6% | -1.4% | -1.4% | -1.4% | -1.3% | -1.3% | -1.2% |
| Other Income | (219.7) | 31 0 | - | - | - | - | - | - | - | - | - |
| % of revenue | -1.8% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0 0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Pretax Income | 614.1 | 471 8 | 1,360.6 | 2,000.0 | 2,224.8 | 2,472.7 | 2,708.3 | 2,920.9 | 3,119.5 | 3,267 2 | 3,412.6 |
| % of revenue | 5.0% | 3.7% | 9.7% | 13.3% | 13.7% | 14.1% | 14.3% | 14.6% | 14.8% | 15.1% | 15.3% |
| Income taxes | 3,113.6 | 119 2 | 343.8 | 505.3 | 562.1 | 624.8 | 684.3 | 738.0 | 788.2 | 825 5 | 862.3 |
| Tax Rate | 507.0% | 25.3% | 25.3% | 25.3% | 25.3% | 25.3% | 25.3% | 25.3% | 25.3% | 25.3% | 25.3% |
| Net income before items | (2,499.5) | 352.6 | 1,016.8 | 1,494.6 | 1,662.6 | 1,847.9 | 2,024.0 | 2,182.8 | 2,331.2 | 2,441.6 | 2,550.4 |
| Other cash impacts | | | | | | | | | | | |
| D/A | 1,676.0 | 955 0 | 1,145.0 | 1,200.0 | 1,296.0 | 1,399.7 | 1,511.7 | 1,602.4 | 1,682.5 | 1,732 9 | 1,780.6 |
| % of revenue | 13.5% | 7.6% | 8.2% | 8.0% | 8.0% | 8 0% | 8 0% | 8.0% | 8.0% | 8.0% | 8.0% |
| Capex | (828.0) | (1,109 0) | (1,044.0) | (1,044.0) | (1,127 5) | (1,217.7) | (1,315.1) | (1,394.0) | (1,463.8) | (1,507.7) | (1,549.1) |
| % of revenue | -6.7% | -8.8% | -7.5% | -7.0% | -7.0% | -7.0% | -7 0% | -7.0% | -7.0% | -7.0% | -7.0% |
| Change In NWC | (851.0) | (330.7) | (348.5) | (569.5) | (485 8) | (524.7) | (566.7) | (600.7) | (630.7) | (649.6) | (667.5) |
| % of revenue | -6.9% | -2.6% | -2.5% | -3.8% | -3.0% | -3.0% | -3 0% | -3.0% | -3.0% | -3.0% | -3.0% |
| Other Non Cash Items | 2,958.0 | 4,040.4 | 4,209.9 | 4,317.9 | 4,696.3 | 5,072.0 | 5,477.8 | 5,806.5 | 6,096.8 | 6,279.7 | 6,452.4 |
| % of revenue | 23.9% | 32.0% | 30.2% | 28.8% | 29.0% | 29.0% | 29.0% | 29.0% | 29.0% | 29.0% | 29.0% |
| Add Back: After-tax interest expense | | | | | | | | | | | |
| Net other cash impacts | 2,955.0 | 3,555.7 | 3,962.4 | 3,904.4 | 4,379.0 | 4,729.3 | 5,107.6 | 5,414.1 | 5,684.8 | 5,855.4 | 6,016.4 |
| Free cash flow to firm | 455.5 | 3,908.3 | 4,979.3 | 5,399.0 | 6,041.6 | 6,577.2 | 7,131.6 | 7,596.9 | 8,016.1 | 8,297.0 | 8,566.7 |
| PV factor | | 1.08 | 1.17 | 1.26 | 1.36 | 1.47 | 1.58 | 1.71 | 1 84 | 1.99 | 2.15 |
| PV of Free Cash Flows | | 3,620 2 | 4,272.4 | 4,291.2 | 4,448.0 | 4,485.4 | 4,505.1 | 4,445.3 | 4,344.9 | 4,165 8 | 3,984.2 |
| Terminal Cash Flow | | | | | | | | | | | 156,614 |

| Inputs | | Valuation | |
|---|---|---|---|
| WACC | 8.0% | PV of cash flows in years 2020-2021 | 7,893 |
| 2019-2020 rev growth rate | 2.1% | PV of cash flows in years 2020-2028 | 38,942 |
| 2020-2029 rev growth rate | 6.5% | PV of terminal value | 72,838 |
| Terminal rev Growth Rate | 2.8% | Total PV of FCF (Firm Value) | 119,673 |
| Terminal FCF multiple | 18.3 | -PV of Litigation Payments | |
| | | Total PV of FCF | 119,673 |
| | | Estimated core EV | 119,673 |
| | | Less: Debt | 16,630 |
| | | Plus: Cash | 8,162 |
| | | Equity value | 111,205 |
| | | Diluted shares outstanding | 627.0 |
| | | **Implied share price in 1yr** | **$177** |
| | | Current share price | $147.50 |
| | | Implied upside potential to target | 20.2% |

Source: Company Data, Jefferies Estimates

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

48



**Exhibit 79 - FIS Income Statement**

| $ in millions, except per share | FY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20E | FY20E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CONSOLIDATED INCOME STATEMENT** | | | | | | | | | | | | |
| **Revenues** | | | | | | | | | | | | |
| Merchant Solutions | 3,885.0 | 935.0 | 812.0 | 1,017.0 | 1,056.8 | 3,820.8 | 1,001.3 | 1,067.9 | 1,225.2 | 1,268.1 | 4,562.5 | 5,029.0 |
| Banking Solutions | 6,044.0 | 1,462.0 | 1,479.0 | 1,507.0 | 1,586.0 | 6,034.0 | 1,558.6 | 1,605.1 | 1,627.6 | 1,699.0 | 6,490.3 | 6,930.0 |
| Capital Market Solutions | 2,446.0 | 631.0 | 629.0 | 626.0 | 703.2 | 2,589.2 | 659.3 | 663.6 | 663.6 | 738.4 | 2,724.8 | 2,843.7 |
| Corporate and Other | - | 50.0 | 42.0 | 47.0 | 50.4 | 189.4 | 46.0 | 46.0 | 46.0 | 46.0 | 184.0 | 192.0 |
| **Total Revenues (GAAP)** | 10,333.0 | 3,078.0 | 2,962.0 | 3,197.0 | 3,396.4 | 12,633.4 | 3,265.1 | 3,382.6 | 3,562.3 | 3,751.5 | 13,961.6 | 14,994.7 |
| *YoY Growth* | -16.8% | 1.7% | -7.0% | 13.3% | 1.7% | 22.3% | 6.1% | 14.2% | 11.4% | 10.5% | 10.5% | 7.4% |
| Cost of Revenue | 6,609.0 | 2,089.0 | 2,046.0 | 2,104.0 | 2,207.6 | 8,446.6 | 2,057.0 | 2,131.1 | 2,208.6 | 2,325.9 | 8,722.6 | 9,146.7 |
| **Gross Profit** | 5,766.0 | 989.0 | 916.0 | 1,093.0 | 1,188.7 | 4,186.7 | 1,208.1 | 1,251.6 | 1,353.7 | 1,425.6 | 5,238.9 | 5,847.9 |
| *margin (%)* | 55.8% | 32.1% | 30.9% | 34.2% | 35.0% | 33.1% | 37.0% | 37.0% | 38.0% | 38.0% | 37.5% | 39.0% |
| **Operating Expenses** | | | | | | | | | | | | |
| SG&A | 3,494.9 | 881.0 | 870.0 | 862.0 | 801.9 | 3,414.9 | 922.1 | 900.6 | 900.2 | 855.2 | 3,578.1 | 3,573.3 |
| Other Costs | 872.3 | - | - | - | - | - | - | - | - | - | - | - |
| Asset impairments | 87.0 | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Expenses** | 4,454.2 | 881.0 | 870.0 | 862.0 | 801.9 | 3,414.9 | 922.1 | 900.6 | 900.2 | 855.2 | 3,578.1 | 3,573.3 |
| **Combined Operating Income (GAAP)** | 1,311.8 | 108.0 | 46.0 | 231.0 | 386.8 | 771.8 | 286.0 | 351.0 | 453.4 | 570.4 | 1,660.8 | 2,274.6 |
| **Non-GAAP Adjusted operating income** | 4,189.8 | 1,017.0 | 926.0 | 1,119.0 | 1,271.8 | 4,333.8 | 1,171.0 | 1,236.0 | 1,338.4 | 1,455.4 | 5,200.8 | 5,814.6 |
| *Margin* | 40.5% | 33.0% | 31.3% | 35.0% | 37.4% | 34.3% | 35.9% | 36.5% | 37.6% | 38.8% | 37.3% | 38.8% |
| D&A excluding purchase accounting amortization | 1,676.0 | 230.0 | 237.0 | 238.0 | 250.0 | | 265.0 | 280.0 | 280.0 | 320.0 | 1,145.0 | 1,200.0 |
| **Adjusted EBITDA** | 5,952.8 | 1,247.0 | 1,163.0 | 1,357.0 | 1,516.8 | 5,283.8 | 1,431.0 | 1,511.0 | 1,613.4 | 1,770.4 | 6,325.8 | 7,014.6 |
| *margin %* | | 40.5% | 39.3% | 42.4% | 44.7% | 41.8% | 43.8% | 44.7% | 45.3% | 47.2% | 45.3% | 46.8% |
| Interest expense, net | (478.0) | (80.0) | (88.0) | (84.0) | (79.0) | (331.0) | (77.4) | (75.8) | (74.2) | (72.6) | (300.2) | (274.6) |
| Other income (expense) | (219.7) | (39.0) | 74.0 | (4.0) | - | 31.0 | - | - | - | - | - | - |
| **Pretax income** | 614.1 | (11.0) | 32.0 | 143.0 | 307.8 | 471.8 | 208.5 | 275.2 | 379.2 | 497.8 | 1,360.6 | 2,000.0 |
| Income tax provision | 119.2 | (30.0) | 4.0 | 121.0 | 43.1 | 138.1 | 30.2 | 39.9 | 55.0 | 72.2 | 197.3 | 290.0 |
| *Effective Tax rate* | 63.5% | 272.7% | 12.5% | 84.6% | 14.0% | 29.3% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% |
| Equity method investment earnings (loss) | (9.0) | (1.0) | (7.0) | - | - | (8.0) | - | - | - | - | - | - |
| **Net Income** | 485.9 | 18.0 | 21.0 | 22.0 | 264.7 | 325.7 | 178.3 | 235.3 | 324.2 | 425.6 | 1,163.3 | 1,710.0 |
| Net income (loss) attributable to NCI | (8.4) | (3.0) | (2.0) | (2.0) | (3.0) | (10.0) | (3.0) | (3.0) | (3.0) | (3.0) | (12.0) | (12.0) |
| **GAAP Net Income Attributable to FIS** | 477.5 | 15.0 | 19.0 | 20.0 | 261.7 | 315.7 | 175.3 | 232.3 | 321.2 | 422.6 | 1,151.3 | 1,698.0 |
| **Adjusted Net Income** | 3,110.5 | 802.0 | 718.0 | 887.0 | 1,022.9 | 3,429.9 | 944.3 | 1,000.4 | 1,089.3 | 1,190.7 | 4,224.7 | 4,768.5 |
| **Adj. Diluted EPS** | $5.24 | $1.28 | $1.15 | $1.42 | $1.63 | $5.49 | $1.51 | $1.60 | $1.74 | $1.91 | $6.75 | $7.72 |
| *YoY Growth* | 12.0% | 33.7% | -10.3% | -0.6% | 4.0% | 4.7% | 17.4% | 38.9% | 22.3% | 17.2% | 23.1% | 14.2% |
| Avg. Basic Shares | 614.0 | 616.0 | 618.0 | 620.0 | 620.0 | 620.0 | 620.0 | 620.0 | 620.0 | 620.0 | 620.0 | 620.0 |
| Avg. Diluted Shares | 623.0 | 625.0 | 625.0 | 627.0 | 627.0 | 627.0 | 627.0 | 627.0 | 625.0 | 623.0 | 625.5 | 618.0 |
| Change in Shares Outstanding | | 2.0 | - | 2.0 | - | - | - | - | - | - | - | - |
| Dividend per share | $1.13 | $0.35 | $0.35 | $0.35 | $0.35 | $1.40 | $0.35 | $0.35 | $0.35 | $0.35 | $1.40 | $1.40 |

Source: Jefferies Estimates, Company Filings

December 7, 2020
Please see important disclosure information on pages 51 - 56 of this report.

49



## Exhibit 80 - FIS Balance Sheet

| $ in millions, except per share | FY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20E | FY20E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BALANCE SHEET** | | | | | | | | | | | | |
| **ASSETS** | | | | | | | | | | | | |
| Cash and cash equivalents | 1,152 | 1,373 | 1,183 | 1,826 | 1,461 | 1,461 | 1,404 | 1,455 | 1,532 | 1,613 | 1,613 | 1,722 |
| Settlement deposits and merchant float | 2,882 | 2,337 | 2,697 | 2,840 | 3,017 | 3,017 | 2,901 | 3,005 | 3,164 | 3,333 | 3,333 | 956 |
| Trade receivables, net | 3,242 | 3,116 | 3,104 | 3,146 | 3,122 | 3,122 | 3,124 | 3,131 | 3,126 | 3,127 | 3,127 | 3,500 |
| Contract assets | 124 | 141 | 150 | 164 | 152 | 152 | 39 | 41 | 43 | 45 | 45 | 13 |
| Settlement receivables | 647 | 770 | 834 | 774 | 822 | 822 | 790 | 819 | 862 | 908 | 908 | 260 |
| Other receivables | 337 | 275 | 299 | 361 | 384 | 384 | 99 | 103 | 108 | 114 | 114 | 33 |
| Prepaid expenses and other current assets | 308 | 334 | 333 | 823 | 823 | 823 | 823 | 823 | 823 | 823 | 823 | 823 |
| Property and equipment, net | 900 | 870 | 887 | 914 | 901 | 901 | 901 | 905 | 902 | 903 | 903 | 903 |
| Goodwill | 52,242 | 51,823 | 51,940 | 52,567 | 52,567 | 52,567 | 52,567 | 52,567 | 52,567 | 52,567 | 52,567 | 52,567 |
| Intangible assets, net | 15,798 | 15,148 | 14,589 | 14,224 | 13,974 | 13,974 | 13,736 | 13,456 | 13,176 | 12,856 | 12,856 | 11,656 |
| Software, net | 3,204 | 3,239 | 3,292 | 3,301 | 3,297 | 3,297 | 3,297 | 3,298 | 3,297 | 3,297 | 3,297 | 3,297 |
| Deferred contract costs, net | 667 | 749 | 799 | 851 | 904 | 904 | 869 | 900 | 948 | 999 | 999 | 1,066 |
| Long-term notes receivable from FNF | - | - | - | - | - | - | - | - | - | - | - | - |
| Other noncurrent assets | 2,303 | 2,299 | 2,535 | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 | 1,404 |
| **Total assets** | 83,806 | 82,474 | 82,642 | 83,195 | 82,826 | 82,826 | 81,954 | 81,906 | 81,953 | 81,988 | 81,988 | 78,199 |
| **LIABILITIES** | | | | | | | | | | | | |
| Accounts payable, accrued and other liabilities | 2,374 | 2,199 | 2,063 | 2,586 | 2,325 | 2,325 | 2,371 | 2,032 | 1,955 | 1,932 | 1,932 | 1,613 |
| Settlement payables | 4,228 | 3,434 | 4,214 | 4,438 | 4,715 | 4,715 | 4,533 | 4,696 | 4,945 | 5,208 | 5,208 | 5,557 |
| Short-term borrowings | 2,823 | 743 | 3,217 | 3,144 | 3,144 | 3,144 | 3,144 | 3,144 | 3,144 | 3,144 | 3,144 | 3,144 |
| Current portion of long-term debt | 140 | 652 | 1,777 | 1,832 | 1,805 | 1,805 | 1,805 | 1,805 | 1,805 | 1,805 | 1,805 | 1,805 |
| Deferred revenue | 817 | 898 | 846 | 775 | 823 | 823 | 792 | 820 | 864 | 909 | 909 | 970 |
| Deferred revenues | 52 | 47 | 40 | 46 | 49 | 49 | 13 | 13 | 14 | 15 | 15 | 4 |
| Deferred income taxes | 4,281 | 4,131 | 4,091 | 4,172 | 4,432 | 4,432 | 1,146 | 1,187 | 1,250 | 1,316 | 1,316 | 377 |
| Long-term debt, excluding current portion | 17,229 | 18,982 | 14,874 | 15,213 | 14,813 | 14,813 | 14,413 | 14,013 | 13,613 | 13,213 | 13,213 | 11,613 |
| Due to Brazilian venture partners | | 2,031 | - | - | - | | - | - | - | - | - | - |
| Other long-term liabilities | - | - | 2,287 | 1,768 | 1,768 | 1,768 | 1,768 | 1,768 | 1,768 | 1,768 | 1,768 | 1,768 |
| **Total liabilities** | 34,350 | 33,117 | 33,409 | 33,974 | 33,873 | 33,873 | 29,982 | 29,477 | 29,357 | 29,309 | 29,309 | 26,852 |
| **EQUITY** | | | | | | | | | | | | |
| FIS stockholders' equity | | | | | | | | | | | | |
| Preferred stock $0.01 par value | 17,490 | | | | | - | | | | | - | - |
| Common stock $0.01 par value | 20 | 6 | 6 | 6 | | 18 | | | | | - | - |
| Additional paid in capital | 112,152 | 45,548 | 45,736 | 45,821 | | 137,105 | | | | | - | - |
| Retained earnings | 17,856 | 3,952 | 3,753 | 3,556 | | 11,261 | | | | | - | - |
| Accumulated other comprehensive earnings (loss) | (1,289) | (248) | (358) | (212) | | (818) | | | | | - | - |
| Treasury stock, at cost | (10,223) | (91) | (94) | (140) | | (325) | | | | | - | - |
| **Total FIS stockholders' equity** | 136,006 | 49,167 | 49,043 | 49,031 | 48,938 | 196,179 | 51,971 | 52,429 | 52,596 | 52,679 | 209,675 | 204,083 |
| Noncontrolling interest | 47 | 190 | 190 | 190 | 15 | 585 | - | - | - | - | - | - |
| **Total equity** | 136,053 | 49,357 | 49,233 | 49,221 | 48,953 | 196,764 | 51,971 | 52,429 | 52,596 | 52,679 | 209,675 | 204,083 |
| **Total liabilities, redeemable noncontrolling inter** | 251,553 | 82,474 | 82,642 | 83,195 | 82,826 | 230,637 | 81,954 | 81,906 | 81,953 | 81,988 | 238,984 | 230,935 |

Source: Jefferies Estimates, Company Filings

## Exhibit 81 - FIS Statement of Cash Flows

| $ in millions, except per share | FY19 | 1Q20 | 2Q20 | 3Q20 | 4Q20E | FY20E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STATEMENT OF CASH FLOWS** | | | | | | | | | | | | |
| Cash flow from operating activities: | | | | | | | | | | | | |
| Net earnings | 303 | 18 | 21 | 22 | 265 | 326 | 178 | 235 | 324 | 426 | 1,163 | 1,710 |
| Adj. to reconcile net earnings to net cash provided by operating activities: | | | | | | | | | | | | |
| Depreciation and amortization | 2,444 | 914 | 916 | 930 | 935 | 3,695 | 923 | 965 | 965 | 1,005 | 3,858 | 3,940 |
| Amortization of debt issue costs | 24 | 8 | 8 | 8 | - | 24 | - | - | - | - | - | - |
| Acquisition-related financing foreign exchange | (125) | - | - | - | - | - | - | - | - | - | - | - |
| Asset impairments | 87 | - | - | - | - | - | - | - | - | - | - | - |
| Loss (gain) on sale of businesses, investments and other | 18 | 2 | 1 | - | - | 3 | - | - | - | - | - | - |
| Stock-based compensation | 402 | 56 | 69 | 57 | 61 | 243 | 63 | 65 | 68 | 72 | 268 | 288 |
| Deferred income taxes | (109) | (108) | (10) | 94 | 100 | 76 | 20 | 20 | 21 | 23 | 84 | 90 |
| Net changes in assets and liabilities, net of effects from acquisitions and foreign currency: | | | | | | | | | | | | |
| Trade and other receivables | (161) | 96 | 9 | (27) | (24) | 54 | 2 | 7 | (5) | 1 | 5 | 373 |
| Contract assets | 17 | (21) | (7) | (13) | (12) | (53) | (112) | 1 | 2 | 2 | (107) | (32) |
| Settlement activity | (165) | (368) | 540 | 422 | 48 | 642 | (32) | 28 | 43 | 46 | 86 | (648) |
| Prepaid expenses and other assets | (129) | 61 | (214) | 25 | - | (128) | - | - | - | - | - | - |
| Deferred contract costs | (379) | (150) | (102) | (102) | (102) | (456) | (35) | 31 | 48 | 50 | 95 | 67 |
| Deferred revenue | 40 | 86 | (64) | (72) | 3 | (47) | (36) | 0 | 1 | 1 | (34) | (10) |
| Accounts payable, accrued liabilities and other liabilitie | (74) | (211) | 62 | 68 | (262) | (343) | 46 | (338) | (77) | (23) | (393) | (319) |
| **Net cash provided by operating activities** | 2,410 | 383 | 1,229 | 1,412 | 1,011 | 4,035 | 1,016 | 1,016 | 1,391 | 1,602 | 5,025 | 5,458 |
| Cash flow from investing activities: | | | | | | | | | | | | |
| Additions to property and equipment | (200) | (55) | (55) | (76) | (76) | (262) | (55) | (55) | (55) | (55) | (220) | (220) |
| Additions to software | (628) | (251) | (206) | (195) | (195) | (847) | (206) | (206) | (206) | (206) | (824) | (824) |
| Acquisitions, net of cash acquired | (6,632) | (402) | (67) | - | - | (469) | - | - | - | - | - | - |
| Net proceeds from sale of businesses and investments | 49 | - | - | - | - | - | - | - | - | - | - | - |
| Other investing activities, net | (90) | 92 | (2) | 2 | 2 | 94 | 2 | 2 | 2 | 2 | 8 | 8 |
| **Net cash provided by (used in) investing activities** | (7,501) | (616) | (330) | (269) | (269) | (1,484) | (259) | (259) | (259) | (259) | (1,036) | (1,036) |
| Cash flow from financing activities: | | | | | | | | | | | | |
| Borrowings | 33,352 | 10,958 | 16,067 | 10,100 | 12,375 | 49,500 | 12,847 | 11,774 | 12,332 | 12,318 | 49,271 | 48,862 |
| Repayment of borrowings and other financing obligatio | (24,672) | (10,391) | (16,805) | (10,450) | (12,549) | (50,195) | (13,268) | (12,089) | (12,635) | (12,664) | (50,656) | (50,162) |
| Debt issuance costs | (101) | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds from stock issued under stock-based compens | 161 | 176 | 98 | 28 | 28 | 330 | 98 | 98 | 98 | 98 | 392 | 392 |
| Treasury stock activity | (453) | (46) | (3) | (53) | (28) | (130) | - | - | - | - | - | - |
| Dividends paid | (656) | (216) | (217) | (217) | (217) | (867) | (217) | (217) | (217) | (217) | (870) | (870) |
| Other financing activities, net | (50) | (4) | (14) | (204) | (204) | (426) | (426) | (426) | (426) | (426) | (1,704) | (1,704) |
| **Net cash provided by (used in) financing activities** | 7,581 | 477 | (874) | (796) | (595) | (1,788) | (966) | (860) | (848) | (891) | (3,566) | (3,482) |
| Effect of foreign currency exchange rate changes on cash | 18 | (15) | (8) | 31 | 12 | 20 | - | - | - | - | - | - |
| Net increase (decrease) in cash and cash equivalents | 2,508 | 229 | 17 | 378 | 159 | 783 | (209) | (104) | 283 | 452 | 423 | 941 |
| Cash and cash equivalents, at beginning of period | 703 | 3,211 | 3,440 | 3,457 | 3,835 | 3,835 | 3,994 | 3,785 | 3,682 | 3,965 | 3,965 | 4,545 |
| Cash and cash equivalents, at end of period | 3,211 | 3,440 | 3,457 | 3,835 | 3,994 | 3,994 | 3,785 | 3,682 | 3,965 | 4,417 | 4,417 | 5,357 |

Source: Jefferies Estimats, Company Filings

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

50



## Company Description

**Fidelity National Information Svcs**

FIS is a leading provider of technology solutions for merchants, banks, and capital markets firms globally. The company provides merchant acquiring solutions; integrated payment solutions; global eCommerce solutions; core processing and ancillary applications solutions; digital solutions, including internet, mobile and eBanking; fraud, risk management and compliance; electronic funds transfer and network services; card and retail payments; wealth and retirement solutions; item processing and output services; securities processing and finance solutions; global trading solutions; asset management and insurance solutions; and corporate liquidity solutions.

## Company Valuation/Risks

**Fidelity National Information Svcs**

Our $175 price target is based on a roughly 26x P/E multiple on our 2021 EPS estimate. Risks include macro, regulatory, competition, and consolidation.

## Analyst Certification:

I, Trevor Williams, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, John Hecht, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Yvonne Jeng, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Christa Williams, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Published | December 4, 2020 , 17:08 ET. |
| Recommendation Distributed | December 7, 2020 , 00:01 ET. |

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

51



NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

### Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



Rating and Price Target History for: Fidelity National Information Services, Inc. (FIS) as of 12-03-2020

December 7, 2020

52

Please see important disclosure information on pages 51 - 56 of this report.

# Jefferies

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1518 | 58.29% | 140 | 9.22% | 14 | 0.92% |
| **HOLD** | 954 | 36.64% | 23 | 2.41% | 6 | 0.63% |
| **UNDERPERFORM** | 132 | 5.07% | 1 | 0.76% | 1 | 0.76% |

## Jefferies

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

December 7, 2020

Please see important disclosure information on pages 51 - 56 of this report.

54



Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

## Jefferies

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice. Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2020 Jefferies Group LLC

December 7, 2020

56

Please see important disclosure information on pages 51 - 56 of this report.