# EXHIBIT T

**WEDBUSH**

## August 3, 2021

Rating:

**OUTPERFORM**

Price:

**$139.12**

12-Month Price Target:

**$182.00**

---

Analysts

**Moshe Katri**
212-938-9947
Moshe.Katri@wedbush.com

**Ryan Campbell**
212-938-9952
ryan.campbell@wedbush.com

---

**Company Information**

| | |
|---|---|
| Market Cap (M) | $86,272 |
| Enterprise Value (M) | $101,942 |
| Shares Outst (M) | 620.1 |
| 52-Week Range | $120.17 - $156.72 |
| Cash/sh | $3.16 |
| Tangible Book Value/sh | $(34.30) |
| Net Debt (M) | $14,804.00 |
| Yield | 1.12% |

| REV (M) | | | in $ |
|---|---|---|---|
| **FYE Dec** | **2020A** | **2021E** | **2022E** |
| Q1  Mar | 3,078.0A | 3,223.0A | 3,550.2E |
| Q2  Jun | 2,962.0A | 3,475.0A | 3,790.8E |
| *Previous* | | *3,379.7E* | *3,678.2E* |
| Q3  Sep | 3,197.0A | 3,510.5E | 3,811.5E |
| *Previous* | | *3,468.7E* | *3,762.7E* |
| Q4  Dec | 3,316.0A | 3,742.2E | 4,059.2E |
| *Previous* | | *3,661.6E* | *3,973.5E* |
| **Year*** | **12,553.0A** | **13,950.7E** | **15,211.7E** |
| *Previous* | | *13,733.0E* | *14,964.6E* |

| EPS | | | in $ |
|---|---|---|---|
| **FYE Dec** | **2020A** | **2021E** | **2022E** |
| Q1  Mar | 1.28A | 1.30A | 1.60E |
| Q2  Jun | 1.15A | 1.61A | 1.81E |
| *Previous* | | *1.54E* | *1.79E* |
| Q3  Sep | 1.42A | 1.68E | 1.99E |
| *Previous* | | *1.73E* | *1.98E* |
| Q4  Dec | 1.62A | 1.97E | 2.16E |
| *Previous* | | *1.93E* | *2.15E* |
| **Year*** | **5.46A** | **6.56E** | **7.56E** |
| *Previous* | | *6.50E* | *7.53E* |
| P/E | 25.5x | 21.2x | 18.4x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

# Fidelity National Information Services (FIS)

## *Q2/CY21 Beat and Raise With Likely Upside From Travel; New Merchants Wins*

---

### The Wedbush View

Reiterating our Outperform rating on FIS post above-consensus Q2/CY21 net revenues/CEPS + CY21 guidance raise, with results in all 3 segments exceeding expectations. We are buyers of the stock on today's weakness, as we believe market's concerns over the disruptive impact of the SQ/Afterpay transaction, as well as over an intensifying competitive landscape are overblown. **Management Commentary:** 1. Total backlog grew 8% YOY on an organic basis; 2. For the first time, FIS disclosed the number of merchants it serves, indicating increases in merchant base, which, in our view, points to market share gains and addressing competitive-related concerns; 3. Q3/CY21's guidance, which factors EBITDA margin pressure, reflects typical start-up costs associated with pipeline conversion of new IT infrastructure projects; 4. Merchant segment is expected to return to pre-pandemic level growth rates in mid to high teens; and, 5. While travel volumes recovered, they were still down 50% from pre-pandemic levels.

**Q2/CY21 Results:** Non-GAAP sales/adj. EPS of $3.48B and $1.61 compared to consensus expectations of $3.39B and $1.55. Organic revenue growth was 16% (up 4% in Q1) while adjusted EBITDA was $1.52B compared to consensus $1.49B. Adjusted EBITDA margin (43.7%) expanded 460BPTS YOY (consensus 43.8%), reflecting operating segments high contribution margins as well as ongoing revenue and expense synergies.

**Guidance:** CY21 non-GAAP sales range of $13.9B-$14.0B (up from $13.65B-$13.75B, consensus $13.76B); Adj. EPS range of $6.45-$6.60 (up from $6.35-$6.55, consensus $6.50); Adj. EBITDA margin to be in the range of 40-45%; Q3CY21 non-GAAP sales to be in the range of $3.49B-$3.52B (consensus $3.49B); Adj. EPS range of $1.66-$1.69 (consensus $1.73); Revenue/cost synergy targets: Management believes the company remains on track to meet or exceed $700MM (up from $600MM) in run-rate revenue synergies by year end 2021 and $500MM in expense synergies by year end 2021.

**Segment Metrics:** 1. Merchant Solutions: revenue of $1.18B (consensus at $1.12B). Organic revenue growth was 41% YOY, primarily due to 31% growth in eCommerce. Adjusted EBITDA margin was 50.0%, up 910BPTS YOY (consensus 52.7%). Compared to 2019, Merchant grew 9%; 2. Banking Solutions: revenue of $1.58B (consensus at $1.57B) up 8% YOY on a reported basis and up 7% on an organic basis, driven by strong new sales execution and a growing backlog of revenue under contract. Issuer processing revenue grew 17% and MBP revenue grew 30%. Adjusted EBITDA margin was 46.0%, up 410BPTS YOY (consensus 43.7%); 3. Capital Market Solutions: revenue of $630MM (consensus at $623.2MM) up 6% YOY, driven by robust new sales growth. Organic revenue growth was 4% YOY and adjusted EBITDA margin was 46.0%, up 100BPTS YOY (consensus 46.3%).

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 5–7 of this report for analyst certification and important disclosure information.*

**WEDBUSH**

**FIS**
**Quarterly Income Statement**

| ($ and Numbers in millions, except per share data) / Fiscal year ends December 31st | 2013A FY13 | 2014A FY14 | 2015A FY15 | 2016A FY16 | 2017A FY17 | 2018A FY18 | 2019A FY19 | Q1:20 | Q2:20 | Q3:20 | Q4:20 | FY20 | Q1:21 | Q2:21 | Q3:21E | Q4:21E | FY21E | Q1:22E | Q2:22E | Q3:22E | Q4:22E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Processing and services revenues** | $6,063.4 | $6,413.8 | $6,595.2 | $9,240.0 | $9,123.0 | $8,424.0 | $10,332.0 | $3,078.0 | $2,962.0 | $3,197.0 | $3,316.0 | $12,553.0 | $3,223.0 | $3,475.0 | $3,510.5 | $3,742.2 | $13,950.7 | $3,550.2 | $3,790.8 | $3,811.5 | $4,059.2 | $15,211.7 |
| *Y/Y Growth* | NM | 5.8% | 2.8% | 40.1% | -1.3% | -7.7% | 22.6% | 49.6% | 40.2% | 13.3% | -0.7% | 21.5% | 4.7% | 17.3% | 9.8% | 12.9% | 11.1% | 10.2% | 9.1% | 8.6% | 8.5% | 9.0% |
| Cost of revenues | $4,092.7 | $4,328.6 | $4,393.2 | $6,233.0 | $6,181.0 | $5,570.0 | $6,609.0 | $2,089.0 | $2,046.0 | $2,104.0 | $2,110.0 | $8,349.0 | $2,118.0 | $2,135.0 | $2,148.4 | $2,271.5 | $8,672.9 | $2,293.5 | $2,380.6 | $2,325.0 | $2,435.5 | $9,434.6 |
| **Gross Profit** | $1,970.7 | $2,085.2 | $2,202.0 | $3,007.0 | $2,942.0 | $2,854.0 | $3,723.0 | $989.0 | $916.0 | $1,093.0 | $1,206.0 | $4,204.0 | $1,105.0 | $1,340.0 | $1,362.1 | $1,470.7 | $5,277.7 | $1,256.8 | $1,410.2 | $1,486.5 | $1,623.7 | $5,777.1 |
| *GM %* | 32.5% | 32.5% | 33.4% | 32.5% | 32.2% | 33.9% | 36.0% | 32.1% | 30.9% | 34.2% | 36.4% | 33.5% | 34.3% | 38.6% | 38.8% | 39.3% | 37.8% | 35.4% | 37.2% | 39.0% | 40.0% | 38.0% |
| SG&A expense | $907.8 | $814.6 | $1,102.8 | $1,710.0 | $1,450.0 | $1,396.0 | $2,754.0 | $881.0 | $870.0 | $862.00 | $1,039.0 | $3,652.0 | $1,006.0 | $977.0 | $990.0 | $1,029.1 | $4,002.1 | $1,008.3 | $1,061.4 | $1,036.7 | $1,087.9 | $4,194.3 |
| *% of sales* | 15.0% | 12.7% | 16.7% | 18.5% | 15.9% | 16.6% | 26.7% | 28.6% | 29.4% | 27.0% | 31.3% | 29.1% | 31.2% | 28.1% | 28.2% | 27.5% | 28.7% | 28.4% | 28.0% | 27.2% | 26.8% | 27.6% |
| Operating income | $1,062.9 | $1,270.6 | $1,099.2 | $1,297.0 | $1,492.0 | $1,458.0 | $969.0 | $108.0 | $46.0 | $231.0 | $167.0 | $552.0 | $99.0 | $363.0 | $372.1 | $441.6 | $1,275.7 | $248.5 | $348.7 | $449.8 | $535.8 | $1,582.8 |
| *OM %* | 17.5% | 19.8% | 16.7% | 14.0% | 16.4% | 17.3% | 9.4% | 3.5% | 1.6% | 7.2% | 5.0% | 4.4% | 3.1% | 10.4% | 10.6% | 11.8% | 9.1% | 7.0% | 9.2% | 11.8% | 13.2% | 10.4% |
| Interest expense, net | ($198.6) | ($157.5) | ($183.4) | ($383.0) | ($338.0) | ($297.0) | ($337.0) | ($80.0) | ($88.0) | ($84.0) | ($82.0) | ($334.0) | ($74.0) | ($48.0) | ($65.0) | ($65.0) | ($252.0) | ($70.0) | ($70.0) | ($70.0) | ($70.0) | ($280.0) |
| Other income , net | ($51.2) | ($59.7) | 121.1 | ($8.0) | ($118.0) | ($56.0) | ($219.0) | ($39.0) | 74.0 | ($4.0) | 17.0 | $48.0 | ($493.0) | 324.0 | 20.0 | 185.0 | $36.0 | ($5.0) | ($5.0) | ($5.0) | ($5.0) | ($20.0) |
| **Total other income (expense)** | ($239.4) | ($217.2) | ($62.3) | ($391.0) | ($456.0) | ($353.0) | ($556.0) | ($119.0) | ($14.0) | ($88.0) | ($65.0) | ($286.0) | ($567.0) | 276.0 | ($45.0) | 120.0 | ($216.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($300.0) |
| **Pretax income** | $823.5 | $1,053.4 | $1,036.9 | $906.0 | $1,036.0 | $1,105.0 | $413.0 | ($11.0) | $32.0 | $143.0 | $102.0 | $266.0 | ($468.0) | $639.0 | $327.1 | $561.6 | $1,059.7 | $173.5 | $273.7 | $374.8 | $460.8 | $1,282.8 |
| *Pretax- income Margin* | 13.6% | 16.4% | 15.7% | 9.8% | 11.4% | 13.1% | 4.0% | -0.4% | 1.1% | 4.5% | 3.1% | 2.1% | -14.5% | 18.4% | 9.3% | 15.0% | 7.6% | 4.9% | 7.2% | 9.8% | 11.4% | 8.4% |
| Provision for income taxes | $308.9 | $335.1 | $378.8 | $317.0 | ($319.0) | $212.0 | $108.0 | ($29.0) | $4.0 | $121.0 | $2.0 | $98.0 | ($98.0) | $297.0 | $152.0 | $261.0 | $612.1 | $25.2 | $39.7 | $54.3 | $66.8 | $186.0 |
| *Tax Rate* | 37.5% | 31.8% | 36.5% | 35.0% | -30.8% | 19.2% | 26.2% | 263.6% | 12.5% | 84.6% | 2.0% | 36.8% | 20.9% | 46.5% | 46.5% | 46.5% | 57.8% | 14.5% | 14.5% | 14.5% | 14.5% | 14.5% |
| Earnings from cont. operations | $514.6 | $718.3 | $658.1 | $589.0 | $1,355.0 | $893.0 | $305.0 | $18.0 | $28.0 | $22.0 | $100.0 | $168.0 | ($370.0) | $342.0 | $175.1 | $300.6 | $447.6 | $148.4 | $234.1 | $320.4 | $394.0 | $1,096.8 |
| Earnings from discont operations | $3.1 | ($5.5) | ($7.3) | $1.0 | $0.0 | $0.0 | ($2.0) | $0.0 | ($7.0) | $0.0 | $2.0 | ($5.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Income | $517.7 | $712.8 | $650.8 | $590.0 | $1,355.0 | $882.0 | $303.0 | $18.0 | $21.0 | $22.0 | $102.0 | $163.0 | ($370.0) | $342.0 | $175.1 | $300.6 | $447.6 | $148.4 | $234.1 | $320.4 | $394.0 | $1,096.8 |
| Net Income to noncontrolling interest | ($24.6) | ($27.8) | ($19.3) | ($22.0) | ($36.0) | ($35.0) | ($5.0) | ($3.0) | ($2.0) | ($2.0) | $1.0 | ($6.0) | ($3.0) | ($1.0) | ($1.0) | ($1.0) | ($6.0) | ($1.0) | ($1.0) | ($1.0) | ($1.0) | ($4.0) |
| Net earnings to FIS stockholders | $493.1 | $685.0 | $631.5 | $568.0 | $1,319.0 | $847.0 | $298.0 | $15.0 | $19.0 | $20.0 | $103.0 | $157.0 | ($373.0) | $341.0 | $174.1 | $299.6 | $441.6 | $147.4 | $233.1 | $319.4 | $393.0 | $1,092.8 |
| Non-GAAP Adjustments | | $198.9 | $291.6 | $695.0 | $164.0 | $1,457.0 | $2,231.0 | $787.0 | $699.0 | $867.0 | $913.0 | $3,266.0 | $1,187.0 | $663.0 | $874.5 | $938.8 | $3,663.3 | $855.8 | $894.0 | $919.5 | $953.5 | $3,622.8 |
| **Non-GAAP Net Income** | $493.1 | $883.9 | $923.1 | $1,263.0 | $1,483.0 | $2,304.0 | $2,529.0 | $802.0 | $718.0 | $887.0 | $1,016.0 | $3,423.0 | $814.0 | $1,004.0 | $1,048.6 | $1,238.3 | $4,104.9 | $1,003.1 | $1,127.1 | $1,238.9 | $1,346.5 | $4,715.6 |
| **Non-GAAP EPS** | $1.68 | $3.06 | $3.20 | $3.84 | $4.42 | $6.93 | $5.57 | $1.28 | $1.15 | $1.42 | $1.62 | $5.46 | $1.30 | $1.61 | $1.68 | $1.97 | $6.56 | $1.60 | $1.81 | $1.99 | $2.16 | $7.56 |
| *Y/Y Growth* | NM | 82.7% | 4.5% | 19.9% | 15.2% | 56.9% | -19.7% | 11.0% | -11.4% | -1.2% | 3.2% | -2.0% | 1.3% | 40.1% | 18.5% | 22.0% | 20.2% | 23.4% | 12.3% | 18.5% | 9.7% | 15.3% |
| **Adjusted EBITDA** | | | | $2,945.0 | $3,068.0 | $3,132.9 | $4,369.0 | $1,247.0 | $1,157.0 | $1,357.0 | $1,498.0 | $5,260.0 | $1,308.0 | $1,520.0 | $1,572.1 | $1,746.6 | $6,146.7 | $1,558.5 | $1,668.7 | $1,789.8 | $1,895.8 | $6,912.8 |
| *adj. EBITDA margin* | | | | 31.9% | 33.6% | 37.2% | 42.3% | 40.5% | 39.1% | 42.4% | 45.2% | 41.9% | 40.6% | 43.7% | 44.8% | 46.7% | 44.1% | 43.9% | 44.0% | 47.0% | 46.7% | 45.4% |
| Shares outstanding diluted | 294 | 289 | 289 | 329 | 336 | 332 | 454 | 625 | 625 | 627 | 628 | 627 | 626 | 624 | 625 | 627 | 626 | 625 | 624 | 623 | 622 | 624 |

*Source: Wedbush Securities Estimates, Company Data*

**www.wedbush.com**

**WEDBUSH**

**FIS**
**Quarterly Balance Sheet**

| ($ and Numbers in millions, except per share data) | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019A | | | | | 2020A | | | | | 2021E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal year ends December 31st | FY13 | FY14 | FY15 | FY16A | FY17 | FY18 | Q1:19 | Q2:19 | Q3:19 | Q4:19 | FY19 | Q1:20 | Q2:20 | Q3:20 | Q4:20 | FY20 | Q1:21 | Q2:21 | Q3:21E | Q4:21E | FY21E |
| **ASSETS** | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $548 | $493 | $682 | $683 | $668 | $703 | $576 | $9,756 | $1,305 | $1,152 | $1,152 | $1,373 | $1,183 | $1,826 | $1,959 | $1,959 | $1,039 | $1,301 | $3,646 | $4,184 | $4,184 |
| Settlement deposits | $327 | $394 | $371 | $520 | $677 | $700 | $666 | $538 | $3,476 | $2,882 | $2,882 | $2,337 | $2,697 | $2,840 | $3,252 | $3,252 | $2,919 | $3,005 | $3,005 | $3,005 | $3,005 |
| Trade receivables, net | $988 | $1,126 | $1,701 | $1,639 | $1,650 | $1,472 | $1,451 | $1,366 | $3,065 | $3,242 | $3,242 | $3,116 | $3,104 | $3,146 | $3,314 | $3,314 | $3,508 | $3,466 | $3,707 | $3,952 | $3,952 |
| Settlement receivables | $178 | $154 | $162 | $175 | $291 | $281 | $346 | $289 | $755 | $647 | $647 | $770 | $834 | $774 | $662 | $662 | $703 | $729 | $741 | $789 | $789 |
| Other receivables | $62 | $32 | $197 | $65 | $70 | $166 | $150 | $137 | $269 | $337 | $337 | $275 | $299 | $361 | $317 | $317 | $470 | $380 | $380 | $380 | $380 |
| Due from Brazilian venture partner | $36 | $34 | $31 | $236 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Prepaid expenses and other current assets | $154 | $167 | $263 | $101 | $253 | $288 | $299 | $297 | $302 | $308 | $308 | $334 | $333 | $823 | $254 | $254 | $466 | $557 | $904 | $287 | $287 |
| Deferred income taxes | $59 | $67 | $100 | $863 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Assets held for sale | | $7 | $0 | $0 | $0 | $123 | $123 | $122 | $153 | $124 | $124 | $141 | $150 | $164 | $140 | $140 | $0 | $0 | $0 | $0 | $0 |
| **Total current assets** | **$2,352** | **$2,473** | **$3,506** | **$4,282** | **$3,609** | **$3,733** | **$3,611** | **$12,505** | **$9,325** | **$8,692** | **$8,692** | **$8,346** | **$8,600** | **$9,934** | **$9,898** | **$9,898** | **$9,105** | **$9,438** | **$12,382** | **$12,597** | **$12,597** |
| Property and equipment, net | $439 | $483 | $611 | $626 | $610 | $587 | $556 | $541 | $811 | $900 | $900 | $870 | $887 | $914 | $887 | $887 | $863 | $864 | $1,004 | $1,001 | $1,001 |
| Goodwill | $8,500 | $8,878 | $14,745 | $14,178 | $13,730 | $13,545 | $13,544 | $13,542 | $51,890 | $52,242 | $52,242 | $51,823 | $51,940 | $52,567 | $53,268 | $53,268 | $53,069 | $53,191 | $53,191 | $53,191 | $53,191 |
| Intangible assets, net | $1,339 | $1,268 | $5,159 | $4,664 | $3,950 | $3,132 | $3,019 | $2,863 | $16,083 | $15,798 | $15,798 | $15,148 | $14,589 | $14,224 | $13,928 | $13,928 | $13,315 | $12,758 | $12,758 | $12,758 | $12,758 |
| Computer software, net | $857 | $893 | $1,584 | $1,608 | $1,728 | $1,795 | $1,777 | $1,798 | $3,025 | $3,204 | $3,204 | $3,239 | $3,292 | $3,301 | $3,370 | $3,370 | $3,382 | $3,398 | $3,398 | $3,398 | $3,398 |
| Deferred contract costs | $207 | $213 | $253 | $310 | $362 | $475 | $1,028 | $1,049 | $588 | $667 | $667 | $749 | $799 | $851 | $917 | $917 | $959 | $984 | $984 | $984 | $984 |
| Other noncurrent assets | $267 | $312 | $406 | $363 | $531 | $503 | $538 | $561 | $1,996 | $2,303 | $2,303 | $2,299 | $2,535 | $1,404 | $1,574 | $1,574 | $1,624 | $1,655 | $1,655 | $1,655 | $1,655 |
| **Total assets** | **$13,960** | **$14,521** | **$26,263** | **$26,031** | **$24,520** | **$23,770** | **$24,073** | **$32,859** | **$83,718** | **$83,806** | **$83,806** | **$82,474** | **$82,642** | **$83,195** | **$83,842** | **$83,842** | **$82,317** | **$82,288** | **$85,372** | **$85,584** | **$85,584** |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $768 | $730 | $1,186 | $1,146 | $1,241 | $1,099 | $1,068 | $1,030 | $2,143 | $2,374 | $2,374 | $2,199 | $2,063 | $2,586 | $2,482 | $2,482 | $2,370 | $2,376 | $2,555 | $2,701 | $2,701 |
| Settlement payables | $519 | $558 | $538 | $714 | $949 | $972 | $946 | $792 | $4,791 | $4,228 | $4,228 | $3,434 | $4,214 | $4,438 | $4,934 | $4,934 | $4,735 | $4,840 | $5,079 | $5,370 | $5,370 |
| Deferred revenues | $244 | $279 | $615 | $680 | $688 | $739 | $854 | $788 | $719 | $817 | $817 | $898 | $846 | $775 | $881 | $881 | $964 | $923 | $923 | $923 | $923 |
| Current portion of long-term debt | $129 | $13 | $15 | $332 | $1,045 | $315 | $600 | $1,507 | $3,169 | $2,823 | $2,823 | $652 | $3,217 | $3,144 | $2,750 | $2,750 | $2,537 | $2,873 | $2,873 | $2,873 | $2,873 |
| Due to Brazilian venture partner | $14 | $13 | $9 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Liabilities held for sale | | $4 | $0 | $279 | $0 | $0 | $53 | $53 | $79 | $140 | $140 | $743 | $1,777 | $1,832 | $1,314 | $1,314 | $602 | $482 | $482 | $482 | $482 |
| **Total current liabilities** | **$1,673** | **$1,599** | **$2,364** | **$3,151** | **$3,923** | **$3,125** | **$3,521** | **$4,170** | **$10,901** | **$10,382** | **$10,382** | **$7,926** | **$12,117** | **$12,775** | **$12,361** | **$12,361** | **$11,208** | **$11,494** | **$11,911** | **$12,349** | **$12,349** |
| Long-term debt, excluding current portion | $4,340 | $5,055 | $11,498 | $10,146 | $7,718 | $8,670 | $8,562 | $16,682 | $16,945 | $17,229 | $17,229 | $18,982 | $14,874 | $15,213 | $15,951 | $15,951 | $16,300 | $16,062 | $16,062 | $16,062 | $16,062 |
| Deferred income taxes | $824 | $874 | $2,658 | $2,484 | $1,508 | $1,360 | $1,351 | $1,295 | $4,198 | $4,281 | $4,281 | $4,131 | $4,091 | $4,172 | $4,017 | $4,017 | $4,115 | $4,239 | $4,239 | $4,239 | $4,239 |
| Due to Brazilian venture partner | $35 | $30 | $24 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Deferred revenues | $27 | $26 | $30 | $19 | $21 | $67 | $55 | $56 | $51 | $52 | $52 | $47 | $40 | $46 | $59 | $59 | $59 | $49 | $49 | $49 | $49 |
| Other long-term liabilities | $325 | $245 | $288 | $386 | $403 | $326 | $681 | $664 | $2,411 | $2,406 | $2,406 | $2,206 | $2,287 | $1,768 | $1,967 | $1,967 | $1,986 | $1,865 | $1,865 | $1,865 | $1,865 |
| **Total liabilities** | **$7,223** | **$7,829** | **$16,862** | **$16,186** | **$13,573** | **$13,548** | **$14,170** | **$22,867** | **$34,506** | **$34,350** | **$34,350** | **$33,292** | **$33,409** | **$33,974** | **$34,355** | **$34,355** | **$33,668** | **$33,709** | **$34,126** | **$34,564** | **$34,564** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Total FIS stockholders equity** | **$6,581** | **$6,557** | **$9,315** | **$9,741** | **$10,838** | **$10,215** | **$9,896** | **$9,985** | **$49,195** | **$49,440** | **$49,440** | **$49,167** | **$49,219** | **$49,045** | **$49,313** | **$49,313** | **$48,474** | **$48,404** | **$51,071** | **$50,846** | **$50,846** |
| Noncontrolling interest | $157 | $135 | $86 | $104 | $109 | $7 | $7 | $7 | $17 | $16 | $16 | $15 | $14 | $176 | $174 | $174 | $175 | $175 | $175 | $175 | $175 |
| **Total equity** | **$6,737** | **$6,692** | **$9,401** | **$9,845** | **$10,947** | **$10,222** | **$9,903** | **$9,992** | **$49,212** | **$49,456** | **$49,456** | **$49,182** | **$49,233** | **$49,221** | **$49,487** | **$49,487** | **$48,649** | **$48,579** | **$51,246** | **$51,021** | **$51,021** |
| **Total liabilities and equity** | **$13,960** | **$14,521** | **$26,263** | **$26,031** | **$24,520** | **$23,770** | **$24,073** | **$32,859** | **$83,718** | **$83,806** | **$83,806** | **$82,474** | **$82,642** | **$83,195** | **$83,842** | **$83,842** | **$82,317** | **$82,288** | **$85,372** | **$85,584** | **$85,584** |

*Source: Wedbush Securities Estimates, Company Data*



**FIS**
**Quarterly Cash Flows Statement (Cumulative)**

| ($ and Numbers in millions, except per share data) | 2013A | 2014A | 2015A | 2016A | 2017A | 2018A | 2019A | | | | | 2020A | | | | | 2021E | | | | |
| Fiscal year ends December 31st | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | Q1:19 | Q2:19 | Q3:19 | Q4:19 | FY19 | Q1:20 | Q2:20 | Q3:20 | Q4:20 | FY20 | Q1:21 | Q2:21 | Q3:21E | Q4:21E | FY21E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Activities:** | | | | | | | | | | | | | | | | | | | | | |
| Net Income | $518 | $707 | $651 | $590 | $1,355 | $882 | $149 | $304 | $459 | $302 | $303 | $18 | $40 | $61 | $164 | $164 | ($370) | ($28) | $147 | $448 | $448 |
| Depreciation and amortization | $615 | $626 | $670 | $1,174 | $1,391 | $1,420 | $368 | $736 | $1,488 | $2,444 | $2,444 | $914 | $1,830 | $2,760 | $3,714 | $3,714 | $953 | $1,924 | $2,760 | $3,714 | $3,714 |
| Amortization of debt issue costs | $20 | $20 | $11 | $19 | $19 | $17 | $4 | $10 | $17 | $25 | $25 | $8 | $16 | $24 | $31 | $31 | $7 | $15 | $15 | $15 | $15 |
| Gain on sale of assets | ($32) | | ($149) | $0 | ($62) | $50 | $6 | $0 | $18 | $18 | $18 | $2 | $3 | $3 | $9 | $9 | ($1) | ($230) | ($230) | ($230) | ($230) |
| Gain on mFoundry acquisition | ($9) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Stock-based compensation | $53 | $56 | $98 | $137 | $107 | $84 | $19 | $43 | $138 | $402 | $402 | $56 | $125 | $182 | $283 | $283 | $157 | $241 | $182 | $283 | $283 |
| Deferred income taxes | $2 | ($6) | $48 | ($164) | ($985) | ($116) | ($10) | ($68) | ($75) | ($109) | ($109) | ($108) | ($118) | ($24) | ($206) | ($206) | ($22) | $87 | $87 | $87 | $87 |
| Excess income tax benefit from SBC | ($40) | ($40) | ($29) | ($32) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other operating activities, net | | $21 | $4 | ($2) | $196 | $96 | $0 | $121 | ($25) | $179 | $179 | $0 | $0 | $0 | $136 | $136 | $528 | $528 | $528 | $528 | $528 |
| **Net changes in Working Capital** | | | | | | | | | | | | | | | | | | | | | |
| Trade receivables | ($56) | ($115) | ($103) | $57 | ($167) | $78 | $13 | $93 | $12 | ($161) | ($161) | $96 | $105 | $78 | ($75) | ($75) | ($219) | ($171) | ($412) | ($657) | ($657) |
| Settlement activity | ($2) | ($6) | $5 | $15 | ($51) | $9 | ($56) | ($27) | $165 | ($165) | ($165) | ($368) | $172 | $594 | $862 | $862 | $122 | $10 | ($2) | ($50) | ($50) |
| Prepaid expenses and other assets | ($42) | ($34) | ($40) | ($8) | ($2) | $4 | ($117) | ($140) | ($2) | ($129) | ($129) | $61 | ($153) | ($128) | ($264) | ($264) | ($129) | ($308) | ($655) | ($38) | ($38) |
| Deferred contract costs | ($67) | ($87) | ($120) | ($138) | ($166) | ($248) | ($107) | ($174) | ($258) | ($379) | ($379) | ($171) | ($252) | ($354) | ($473) | ($473) | ($113) | ($212) | ($354) | ($473) | ($473) |
| Deferred revenue | ($61) | $33 | $63 | $182 | ($6) | ($100) | $110 | $39 | ($51) | $40 | $40 | $86 | $22 | ($50) | $58 | $58 | $89 | $35 | $35 | $35 | $35 |
| Accounts payable and other liabilities | $162 | ($10) | $28 | $95 | $115 | ($183) | ($85) | ($117) | ($145) | ($57) | ($57) | ($211) | ($177) | ($122) | $203 | $203 | ($166) | ($27) | $390 | $828 | $828 |
| **Net Cash from Operating Activities** | **$1,060** | **$1,165** | **$1,137** | **$1,925** | **$1,744** | **$1,993** | **$294** | **$820** | **$1,741** | **$2,410** | **$2,411** | **$383** | **$1,613** | **$3,024** | **$4,442** | **$4,442** | **$836** | **$1,865** | **$2,492** | **$4,489** | **$4,489** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Investing Activities:** | | | | | | | | | | | | | | | | | | | | | |
| Additions to property and equipment | ($132) | ($149) | ($133) | ($145) | ($145) | ($127) | ($37) | ($57) | ($135) | ($200) | ($200) | ($55) | ($110) | ($186) | ($263) | ($263) | ($69) | ($143) | ($204) | ($297) | ($297) |
| Additions to computer software | ($205) | ($223) | ($282) | ($471) | ($468) | ($495) | ($108) | ($228) | ($409) | ($628) | ($628) | ($251) | ($457) | ($652) | ($866) | ($866) | ($229) | ($470) | ($716) | ($977) | ($977) |
| Acquisitions, net of cash acquired | ($151) | ($595) | ($1,720) | $0 | $0 | $0 | $0 | $0 | ($6,629) | ($6,632) | ($6,632) | ($402) | ($469) | ($469) | ($469) | ($469) | $0 | $0 | ($469) | ($469) | ($469) |
| Net proceeds from sale of assets | $27 | | $241 | $0 | $1,307 | ($16) | $43 | $43 | $49 | $49 | $49 | $0 | $0 | $0 | $0 | $0 | $0 | $367 | $0 | $0 | $0 |
| Other investing activities, net | ($5) | ($18) | ($3) | ($3) | ($4) | ($30) | ($41) | ($42) | ($43) | ($90) | ($90) | $92 | $90 | $92 | $684 | $684 | ($23) | ($77) | $0 | $0 | $0 |
| **Net cash from Investing Activities** | **($465)** | **($985)** | **($1,898)** | **($619)** | **$690** | **($668)** | **($143)** | **($284)** | **($7,167)** | **($7,501)** | **($7,501)** | **($616)** | **($946)** | **($1,215)** | **($914)** | **($914)** | **($321)** | **($323)** | **($1,389)** | **($1,743)** | **($1,743)** |
| | | | | | | | | | | | | | | | | | | | | | |
| **Financing Activities:** | | | | | | | | | | | | | | | | | | | | | |
| Borrowings | $10,494 | $7,936 | $13,216 | $7,745 | $9,615 | $26,371 | $5,952 | $19,201 | $25,425 | $33,352 | $33,352 | $10,958 | $27,025 | $37,125 | $47,695 | $47,695 | $13,858 | $26,969 | $37,125 | $47,695 | $47,695 |
| Repayment of borrowings | ($10,422) | ($7,364) | ($11,561) | ($8,749) | ($11,689) | ($26,148) | ($5,754) | ($10,028) | ($15,997) | ($24,672) | ($24,672) | ($10,391) | ($27,196) | ($37,646) | ($49,067) | ($49,067) | ($14,364) | ($27,696) | ($37,646) | ($49,067) | ($49,067) |
| Debt issuance costs | ($19) | ($14) | ($37) | ($25) | ($13) | ($30) | $0 | ($71) | ($71) | ($101) | ($101) | $0 | $0 | $0 | $0 | $0 | ($74) | ($74) | ($74) | ($74) | ($74) |
| Excess income tax benefit from SBC | $40 | $40 | $29 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Proceeds from exercise of stock options | $143 | $61 | $57 | $112 | $208 | $288 | $62 | $86 | $136 | $161 | $161 | $176 | $274 | $302 | $332 | $332 | $73 | $76 | $76 | $76 | $76 |
| Treasury stock activity | ($476) | ($522) | ($320) | ($40) | ($153) | ($1,255) | ($423) | ($423) | ($422) | ($453) | ($453) | ($46) | ($49) | ($102) | ($112) | ($112) | ($494) | ($908) | ($102) | ($112) | ($112) |
| Dividends paid | ($256) | ($275) | ($305) | ($341) | ($385) | ($421) | ($113) | ($226) | ($441) | ($656) | ($656) | ($216) | ($433) | ($650) | ($868) | ($868) | ($244) | ($486) | ($730) | ($974) | ($974) |
| Distributions to Brazilian Venture partner | | ($35) | ($24) | ($20) | ($23) | ($26) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other financing activities, net | ($51) | ($25) | ($41) | ($23) | ($40) | ($15) | $1 | ($24) | ($39) | ($50) | ($50) | ($4) | ($18) | ($222) | ($731) | ($731) | ($136) | ($136) | ($136) | ($136) | ($136) |
| **Net cash from Financing Activities** | **($546)** | **($198)** | **$1,015** | **($1,309)** | **($2,480)** | **($1,236)** | **($275)** | **$8,515** | **$8,591** | **$7,581** | **$7,581** | **$477** | **($397)** | **($1,193)** | **($2,751)** | **($2,751)** | **($1,381)** | **($2,255)** | **($1,487)** | **($2,592)** | **($2,592)** |
| | | | | | | | | | | | | | | | | | | | | | |
| Effect of FX changes | ($20) | ($37) | ($59) | $4 | $31 | ($51) | ($3) | $2 | ($38) | $18 | $18 | ($16) | ($24) | $7 | $41 | $41 | ($40) | ($31) | $0 | $0 | $0 |
| **Net increase (decrease) in cash** | **$30** | **($55)** | **$195** | **$1** | **($15)** | **$38** | **($127)** | **$9,053** | **$3,127** | **$2,508** | **$2,509** | **$228** | **$246** | **$623** | **$818** | **$818** | **($906)** | **($745)** | **($384)** | **$154** | **$154** |
| Cash, beginning of year | $518 | $548 | $493 | $682 | $683 | $665 | $703 | $703 | $703 | $703 | $703 | $3,212 | $3,212 | $3,212 | $3,212 | $3,212 | $4,030 | $4,030 | $4,030 | $4,030 | $4,030 |
| **Cash, end of year** | **$548** | **$493** | **$688** | **$683** | **$668** | **$703** | **$576** | **$9,756** | **$3,830** | **$3,211** | **$3,212** | **$3,440** | **$3,458** | **$3,835** | **$4,030** | **$4,030** | **$3,124** | **$3,285** | **$3,646** | **$4,184** | **$4,184** |

*Source: Wedbush Securities Estimates, Company Data*

**WEDBUSH**

## Valuation

Our $182 PT factors a P/E multiple of 24.1x our projected CY22CEPS, as a combination of accelerating revenue growth and cost synergies will likely result in 20% CEPS growth during the next 2-3 years.

## Risks to the Attainment of Our Price Target and Rating:

• The ability to generate revenue/cost synergies from the integration with WP • An elongated IT budget cycle impacting IT spending decisions• Increased competition, especially from large technology companies

## Analyst Certification

We, Moshe Katri and Ryan Campbell, certify that the views expressed in this report accurately reflect our personal opinions and that we have not and will not, directly or indirectly, receive compensation or other payments in connection with our specific recommendations or views contained in this report.

## Mentioned Companies

| Company | Rating | Price | Target |
|---|---|---|---|
| Fidelity National Information Services | OUTPERFORM | $139.12 | $182.00 |

## Investment Rating System:

OUTPERFORM: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

NEUTRAL: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

UNDERPERFORM: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe of the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating distribution (as of August 3, 2021) | Investment Banking Relationships (as of August 3, 2021) |
|---|---|
| OUTPERFORM: 65.00%<br>NEUTRAL: 32.63%<br>UNDERPERFORM: 2.37% | OUTPERFORM: 15.79%<br>NEUTRAL: 4.84%<br>UNDERPERFORM: 0.00% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

## Company Specific Disclosures

1. WS makes a market in the securities of Fidelity National Information Services.

## Price Charts

**WEDBUSH**



Fidelity National Information Services Rating History as of 08-02-2021

Outperform (OP); Neutral (N); Underperform (UP); Not Rated (NR)

Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.

Disclosure information regarding historical ratings and price targets is available: Research Disclosures

*WS changed its rating system from (Strong Buy/ Buy/ Hold/ Sell) to (Outperform/ Neutral/ Underperform) on July 14, 2009.

Applicable disclosure information is also available upon request by contacting the Research Department at (212) 833-1375, by email to leslie.lippai@wedbush.com. You may also submit a written request to the following: Wedbush Securities, Attn: Research Department, 142 W 57th Street, New York, NY 10019.

### OTHER DISCLOSURES

The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis: neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.

Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 3–7 of this report for analyst certification and important disclosure information.

**WEDBUSH**

## Equity Research

### CONSUMER AND RETAIL

**Consumer Data Analytics**

| Jen Redding | (212) 344-2386 | jen.redding@wedbush.com |

**Footwear & Apparel**

| Tom Nikic | (212) 938-9932 | tom.nikic@wedbush.com |

**Hardlines Retail**

| Seth Basham | (212) 938-9954 | seth.basham@wedbush.com |

**Homebuilders/Building Products**

| Jay McCanless | (212) 833-1381 | jay.mccanless@wedbush.com |

**Leisure**

| James Hardiman | (212) 833-1362 | james.hardiman@wedbush.com |

**Restaurants**

| Nick Setyan | (213) 688-4519 | nick.setyan@wedbush.com |

### TMT

**Digital Media**

| Michael Pachter | (213) 688-4474 | michael.pachter@wedbush.com |

**Digital Media**

| Nick McKay | (213) 688-4343 | nick.mckay@wedbush.com |

**Enterprise Software**

| Dan Ives | (212) 344-2073 | dan.ives@wedbush.com |

**Hardware**

| Matt Bryson | (617) 695-6302 | matthew.bryson@wedbush.com |

**Payments/IT Services**

| Moshe Katri | (212) 938-9947 | moshe.katri@wedbush.com |

**Internet**

| Ygal Arounian | (212) 938-9929 | ygal.arounian@wedbush.com |

### HEALTHCARE

**Biotechnology**

| David Nierengarten, Ph.D. | (415) 274-6862 | david.nierengarten@wedbush.com |

**Biotechnology**

| Robert Driscoll, Ph.D. | (415) 274-6863 | robert.driscoll@wedbush.com |

**Emerging Pharmaceuticals**

| Liana Moussatos, Ph.D. | (415) 263-6626 | liana.moussatos@wedbush.com |

**Biotechnology**

| Laura Chico, Ph.D. | (212) 668-9868 | laura.chico@wedbush.com |

### FINANCIAL INSTITUTIONS GROUP

**Mid-Cap Banks**

| David Chiaverini | (212) 938-9934 | david.chiaverini@wedbush.com |

**Regional Banks**

| Peter Winter | (212) 938-9942 | peter.winter@wedbush.com |

**Specialty Finance**

| Henry Coffey | (212) 833-1382 | henry.coffey@wedbush.com |

### RESEARCH MANAGEMENT

**Kevin Merritt, CFA**

Director of Research

kevin.merritt@wedbush.com

(212) 938-9949

**Kirsten Fraunces**

EVP, Head of Capital Markets

kirsten.fraunces@wedbush.com

(213) 688-4404

### COMMODITY AGRICULTURE RESEARCH

**Al Kluis**

Kluis Commodity Advisors

info@kluiscommodityadvisors.com

(888) 345-2855

### FIXED INCOME FUTURE & RATES RESEARCH

**Arthur Bass**

Managing Director

Arthur.Bass@Wedbush.com

(212) 259-6582

### CORPORATE ACCESS

**Equity Corporate Access**

equitycorporateaccess@wedbush.com

**Sophia Dao**

Associate, Corporate Access

equitycorporateaccess@wedbush.com

(213) 688-4380

### TRADING

**Consumer/Financials**

| Bryan Lonsinger | (212) 938-9925 | bryan.lonsinger@wedbush.com |

**Healthcare**

| Sahak Manualian | (213) 688-4533 | sahak.manuelian@wedbush.com |

**TMT**

| Joel Kulina | (212) 938-2056 | joel.kulina@wedbush.com |

### WEDBUSH OFFICES

**LOS ANGELES**
1000 Wilshire Boulevard
Los Angeles, CA 90017
(213) 688-8000

**NEW YORK**
142 W 57th Street
New York, NY 10019
(212) 938-9920

**SAN FRANCISCO**
2 Embarcadero Center, Suite 600
San Francisco, CA 94111
(415) 273-7300

**BOSTON**
265 Franklin Street
Boston, MA 02110
(617) 832-3700

**CHICAGO**
141 W. Jackson Boulevard, Suite 1710A
Chicago, IL 60604
(312) 786-1930

**www.wedbush.com**