# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| IN RE FIDELITY NATIONAL INFORMATION SERVICES, INC. SECURITIES LITIGATION | Case No. 3:23-cv-252-TJC-PDB<br><br>Honorable Timothy J. Corrigan<br><br>Honorable Patricia D. Barksdale |

## STIPULATION OF DISMISSAL AS TO DEFENDANT STEPHANIE FERRIS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Lead Plaintiffs Nebraska Investment Council, North Carolina Retirement Systems, and North Carolina Supplemental Retirement Plans, and Defendants Fidelity National Information Services, Inc., Gary Norcross, James Woodall, Stephanie Ferris, and Thomas Warren, by and through their respective counsel, hereby stipulate and agree to the dismissal of the claims in the above-captioned lawsuit as to Defendant Stephanie Ferris only, without prejudice, and with each party to bear her or its own attorneys' fees and costs, subject to the terms in the parties' Stipulation and Agreement of Settlement, dated December 17, 2025.

Dated: December 18, 2025

| | |
|---|---|
| /s/ Michael P. Canty | /s/ John M. Skakun III |
| Michael P. Canty (*pro hac vice*) | Hille R. Sheppard (*pro hac vice*) |
| James T. Christie (*pro hac vice*) | John M. Skakun III (*pro hac vice*) |
| Nicholas D. Manningham (*pro hac vice*) | Caroline A. Wong (*pro hac vice*) |
| **LABATON KELLER SUCHAROW** | Takayuki Ono (*pro hac vice*) |
| **LLP** | **SIDLEY AUSTIN LLP** |

1

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 8180-0477
mcanty@labaton.com
jchristie@labaton.com
nmanningham@labaton.com

*Lead Counsel for Lead Plaintiffs*

**GRAYROBINSON, P.A.**
John A. Boudet (FL Bar No. 515670)
301 East Pine Street
Suite 1400
Orlando, Florida 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
john.boudet@gray-robinson.com

*Liaison Counsel for Lead Plaintiffs*

One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
hsheppard@sidley.com
jskakun@sidley.com
caroline.wong@sidley.com
tono@sidley.com

Ian M. Ross (FL Bar No. 91214)
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5191
iross@sidley.com

R. Eric Bilik (FL Bar No. 987840)
**MCGUIREWOODS LLP**
50 North Laura Street Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2685
Facsimile: (904) 360 6304
ebilik@mcguirewoods.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I filed a true and correct copy of the foregoing with the Clerk of Court via CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case.

/s/ Michael P. Canty

Michael P. Canty
