# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE FIDELITY NATIONAL
INFORMATION SERVICES, INC.
SECURITIES LITIGATION

Case No. 3:23-cv-252-TJC-PDB

## O R D E R

Upon review of the Stipulation of Dismissal as to Defendant Stephanie Ferris (Doc. 119), filed on December 18, 2025, the claims against Defendant Stephanie Ferris are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs, subject to the terms in the parties' Stipulation and Agreement of Settlement. The file remains open.

**DONE AND ORDERED** in Jacksonville, Florida, the 12th day of January, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies to:

Counsel of record